# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

Lynn Barton

E-filing

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.

See Attachment A

CV 08   1341

TO: (Name and address of defendant)
See Attachment B

EDL

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)
Reed R. Kathrein Hagens Berman Sobol Shapiro LLP 715 Hearst Avenue, Suite 202 Berkeley, CA 94710

an answer to the complaint which is herewith served upon you, within 20    days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE_____

(BY) DEPUTY CLERK

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| Name of SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other *(specify)*:

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                  Date                                         Signature of Server

                                                          _____
                                                          Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

**Attachment A for Summons**

**Defendants**

1. Fidelity National Financial, Inc.
2. Fidelity National Title Insurance Company
3. Ticor Title Insurance Company
4. Ticor Title Insurance Company of Florida
5. Chicago Title Insurance Company
6. National Title Insurance of New York, Inc.
7. Security Union Title Insurance Company
8. The First American Corporation
9. First American Title Insurance Company
10. United General Title Insurance Company
11. Landamerica Financial Group, Inc.
12. Commonwealth Land Title Insurance Company
13. Lawyers Title Insurance Corporation
14. Transnation Title Insurance Company
15. Stewart Title Guarantee Company
16. Stewart Title Insurance Company

**Attachment B for Summons**

**Defendants**

1. Fidelity National Financial, Inc.
   c/o CT Corporation System
   818 West Seventh St.
   Los Angeles, CA 90017

2. Fidelity National Title Insurance Company
   c/o CT Corporation System
   818 West Seventh St.
   Los Angeles, CA 90017

3. Ticor Title Insurance Company
   c/o CT Corporation System
   818 West Seventh St.
   Los Angeles, CA 90017

4. Ticor Title Insurance Company of Florida
   c/o CT Corporation System
   818 West Seventh St.
   Los Angeles, CA 90017

5. Chicago Title Insurance Company
   c/o CT Corporation System
   818 West Seventh St.
   Los Angeles, CA 90017

6. National Title Insurance of New York, Inc.
   c/o CT Corporation System
   818 West Seventh St.
   Los Angeles, CA 90017

7. Security Union Title Insurance Company
   c/o CT Corporation System
   818 West Seventh St.
   Los Angeles, CA 90017

8. The First American Corporation
   1 First American Way
   Santa Ana, CA 92707

9. First American Title Insurance Company
   c/o Timothy P. Sullivan
   1 First American Way
   Santa Ana, CA 92707

1

**Attachment B for Summons**

10. United General Title Insurance Company
    c/o CT Corporation System
    818 West Seventh St.
    Los Angeles, CA 90017

11. Landamerica Financial Group, Inc.
    5600 Cox Road
    Glen allen, VA 23060

12. Commonwealth Land Title Insurance Company
    c/o Capital Corporate Services, Inc.
    455 Capitol Mall, Suite 217
    Sacramento, CA 95814

13. Lawyers Title Insurance Corporation
    c/o Capital Corporate Services, Inc.
    455 Capitol Mall, Suite 217
    Sacramento, CA 95814

14. Transnation Title Insurance Company
    c/o Capital Corporate Services, Inc.
    455 Capitol Mall, Suite 217
    Sacramento, CA 95814

15. Stewart Title Guaranty Company
    c/o Geri Kaye
    1101 Civic Dr.
    Walnut Creek, CA 94596

16. Stewart Title Insurance Company
    c/o Capital Corporate Services, Inc.
    455 Capitol Mall, Suite 217
    Sacramento, CA 95814