| | |
|---|---|
| 1 | FRANK E. MERIDETH, JR. (46266) |
| 2 | GREENBERG TAURIG, LLP<br>2450 Colorado Avenue, Suite 400E |
| 3 | Santa Monica, California 90404<br>Tel: (310) 586-7700  Fax: (310) 586-7800 |
| 4 | meridethf@gtlaw.com |
| 5 | Attorneys for Defendants THE FIRST<br>AMERICAN CORPORATION, |
| 6 | FIRST AMERICAN TITLE INSURANCE |
| 7 | COMPANY, and UNITED GENERAL<br>TITLE INSURANCE COMPANY |
| 8 | (acting on behalf of the Defendants<br>listed below for purposes of this stipulation) |
| 9 | |
| 10 | REED R. KATHEREIN (139304)<br>JEFF D. FRIEDMAN (173886) |
| 11 | HAGENS BERMAN SOBOL SHAPIRO LLP |
| 12 | 1301 Fifth Avenue, Suite 202<br>Berkeley, CA 94710 |
| 13 | Tel: (510) 725-3000 Fax (510) 725-3001<br>reed@hbsslaw.com; jefff@hbsslaw.com |
| 14 | |
| 15 | Attorneys for Plaintiff Lynn Barton |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LYNN BARTON, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FIDELITY NATIONAL FINANCIAL, INC., *et al.*,<br><br>Defendants. | CASE NO. CV 08-1341 EDL<br><br>Assigned Judge: Hon. Elizabeth D. Laporte<br><br>STIPULATION AND [PROPOSED] ORDER RE TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT |

---

STIPULATION AND [PROPOSED] ORDER RE TIME TO RESPOND TO COMPLAINT
NY 238,734,167v3 111017010100

WHEREAS, this action was filed on March 10, 2008;

WHEREAS, Plaintiff has served her Summons and Complaint on certain of the Defendants. Accordingly, absent an extension of time, Federal Rule of Civil Procedure 12(a)(1)(A) would require certain of the Defendants to answer, move or otherwise respond to the Complaint on or before different dates (beginning, at the earliest, April 2, 2008);

WHEREAS, the served defendants have requested an initial extension of time within which to move against, answer or otherwise respond to the Complaint, and Plaintiff's counsel has agreed to that request; and

WHEREAS not all of the Defendants have yet retained local counsel admitted in the Northern District of California, but have authorized counsel for Defendant First American Corporation to file this Stipulation.

NOW THEREFORE, the undersigned parties through their respective counsel stipulate and respectfully request on behalf of all Defendants that the Court order as follows:

1.  The attorneys for the following Defendants hereby accept service of the Complaint on behalf of those Defendants.

Greenberg Traurig, LLP: The First American Corporation, First American Title Insurance Company, And United General Title Insurance Company

Simpson Thacher & Bartlett LLP: Fidelity National Financial, Inc., Fidelity National Title Insurance Company, Ticor Title Insurance Company, Ticor Title Insurance Company Of Florida, Chicago Title Insurance Company, And Security Union Title Insurance Company

Fulbright & Jaworski, LLP and Sidley Austin LLP: Stewart Title Guaranty Company And Stewart Title Insurance Company

Sutherland Asbill & Brennan, LLP: Landamerica Financial Group, Inc., Commonwealth Land Title Insurance Company, Lawyers Title Insurance Corporation, And Transnation Title Insurance Company.

2. The time for all of the Defendants listed in Paragraph 1 above to move against, answer or otherwise respond to the Complaint shall be extended through and including May 27, 2008. This is the first extension of Defendants' time to move against, answer or otherwise respond to the Complaint in this action.

Defendants reserve their rights to move for a stay of all proceedings in this action until the Judicial Panel on Multidistrict Litigation determines the pending Motion for Transfer of Actions Pursuant to 28 U.S.C. § 1407 for Coordinated or Consolidated Pretrial Proceedings filed in *In re Title Insurance RESPA and Antitrust Litigation* (the "MDL Motion"), or to request further extensions of this deadline, and Plaintiff reserves her rights to oppose such motion or request. Nothing in this stipulation shall be construed as a waiver of any party's right to seek or oppose transfer of this action or coordination or consolidation of this action with any other action.

This stipulation may be executed in counterparts, including by signature transmitted by facsimile;

Respectfully Submitted,

Dated: April __, 2008        GREENBERG TRAURIG, LLP

By _____
FRANK E. MERIDETH, JR.
Attorneys for Defendants THE FIRST AMERICAN CORPORATION, FIRST AMERICAN TITLE INSURANCE COMPANY, AND UNITED GENERAL TITLE INSURANCE COMPANY (acting on behalf of the Defendants listed below for purposes of this stipulation)

*Of Counsel*:
GREENBERG TRAURIG, LLP
James I. Serota
Kenneth Lapatine
Stephen L. Saxl
200 Park Avenue
New York, New York 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
serotaj@gtlaw.com
lapatinek@gtlaw.com
saxls@gtlaw.com

Attorneys for Defendants THE FIRST AMERICAN CORPORATION, FIRST AMERICAN TITLE INSURANCE COMPANY, and UNITED GENERAL TITLE INSURANCE COMPANY

SIMPSON THACHER & BARTLETT LLP
Barry R. Ostrager
Kevin J. Arquit
Patrick T. Shilling
425 Lexington Avenue
New York, New York 10017-3954
Telephone: (212) 455-2000
Facsimile: (212) 455-2502
bostrager@stblaw.com
karquit@stblaw.com
pshilling@stblaw.com

Attorneys for Defendants FIDELITY NATIONAL FINANCIAL, INC., FIDELITY NATIONAL TITLE INSURANCE COMPANY, TICOR TITLE INSURANCE COMPANY, TICOR TITLE INSURANCE COMPANY OF FLORIDA, CHICAGO TITLE INSURANCE COMPANY, and SECURITY UNION TITLE INSURANCE COMPANY

3
STIPULATION AND [PROPOSED] ORDER RE TIME TO RESPOND TO COMPLAINT
NY 238,734,167v3 111017010100

FULBRIGHT & JAWORSKI L.L.P.
Mark A. Robertson
David Foster
George Gasper
666 Fifth Avenue
New York, New York 10103
Telephone: 212-318-3304
Facsimile: 212-318-3400
mrobertson@fulbright.com
dfoster@fulbright.com
ggasper@fulbright.com
    - and -

Samuel R. Miller
SIDLEY AUSTIN LLP
555 California St.
San Francisco, CA 94104
Telephone: (415) 772-7447
Facsimile: (415) 772-7400
srmiller@sidley.com

Attorneys for Defendants
STEWART TITLE GUARANTY COMPANY
AND STEWART TITLE INSURANCE
COMPANY

By: _____
SEVERSON & WERSON
Mark Joseph Kenney (SBN 87345)
One Embarcadero Center, Ste. 2600
San Francisco, CA 94111
Telephone: (415) 677-5505
Facsimile: (415) 956-0439
mjk@severson.com

Attorneys for Defendants LANDAMERICA
FINANCIAL GROUP, INC.,
COMMONWEALTH LAND TITLE
INSURANCE COMPANY, LAWYERS TITLE
INSURANCE CORPORATION, AND

4

|    |                           |                                              |
|----|---------------------------|----------------------------------------------|
| 1  |                           | TRANSNATION TITLE INSURANCE COMPANY          |
| 2  |                           |                                              |
| 3  | Dated: _____, 2008    | HAGENS BERMAN SOBOL SHAPIRO LLP              |
| 4  |                           |                                              |
| 5  |                           | By: _____                |
|    |                           | Jeff D. Friedman (173886)                    |
| 6  |                           | Reed R. Katherein (139304)                   |
| 7  |                           | 1301 Fifth Avenue, Suite 202                 |
|    |                           | Berkeley, CA 94710                           |
| 8  |                           | Tel: (510) 725-3000 Fax (510) 725-3001       |
| 9  |                           | reed@hbsslaw.com                             |
|    |                           | jefff@hbsslaw.com                            |
| 10 |                           |                                              |
| 11 |                           | Attorneys for Plaintiff LYNN BARTON          |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____          _____
                                HON. ELIZABETH D. LAPORTE