Reed R. Kathrein (139304)
Jeff D. Friedman (173886)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
jefff@hbsslaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LYNN BARTON, On Behalf of Herself and all Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FIDELITY NATIONAL FINANCIAL, INC., FIDELITY NATIONAL TITLE INSURANCE COMPANY, TICOR TITLE INSURANCE COMPANY, TICOR TITLE INSURANCE COMPANY OF FLORIDA, CHICAGO TITLE INSURANCE COMPANY, NATIONAL TITLE INSURANCE OF NEW YORK, INC., SECURITY UNION TITLE INSURANCE COMPANY, THE FIRST AMERICAN CORPORATION, FIRST AMERICAN TITLE INSURANCE COMPANY, UNITED GENERAL TITLE INSURANCE COMPANY, LANDAMERICA FINANCIAL GROUP, INC., COMMONWEALTH LAND TITLE INSURANCE COMPANY, LAWYERS TITLE INSURANCE CORPORATION, TRANSNATION TITLE INSURANCE COMPANY, STEWART TITLE GUARANTY COMPANY and STEWART TITLE INSURANCE COMPANY,<br><br>Defendants. | No. 08-cv-1341 EDL<br><br>CERTIFICATE OF SERVICE<br><br><br><br><br><br><br><br><br><br><br><br>ACTION FILED: March 10, 2008 |

010031-17 231899 V1

# DECLARATION OF SERVICE

I, the undersigned, declare:

That declarant is and was, at all times herein mentioned, a citizen of the United States and is employed in the city of Berkeley, California, over the age of 18 years, and not a party to or interested in the within action; that declarant's business address is 715 Hearst Avenue, Suite 202, Berkeley, California 94710.

On April 2, 2008, declarant served the DECLINATION TO PROCEED BEFORE MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE on all interested parties in this action.

[X] **BY MAIL**

By placing a true copy thereof enclosed in sealed envelopes address as follows: **See Attached Service List.** There is a regular communication by mail between the place of mailing and the places so addressed. I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, this document will be deposited with the U.S. Postal Service on this date with postage thereon fully prepaid at Berkeley, California in the ordinary course of business.

Executed this 2nd day of April 2008, at Berkeley, California.

_____
KIRSTEN ERICKSON

CERTIFICATE OF SERVICE- 08-cv-1341 EDL                - 1 -

010031-17 231899 V1

*Barton v. Fidelity National Financial, Inc., et al.*
Case No. 08-cv-1341 EDL

Service List
April 2, 2008

**Counsel for Defendants**

| SIMPSON THACHER & BARTLETT LLP<br>Barry R. Ostrager<br>Kevin J. Arquit<br>Patrick T. Shilling<br>425 Lexington Avenue<br>New York, NY 10017-3954<br>Telephone: (212) 455-2000<br>Facsimile: (212) 455-2502<br>bostrager@stblaw.com<br>karquit@stblaw.com<br>pshilling@stblaw.com<br><br>**VIA U.S. MAIL** | FULBRIGHT & JAWORSKI L.L.P.<br>Mark A. Robertson<br>David Foster<br>George Gasper<br>666 Fifth Avenue<br>New York, NY 10103<br>Telephone: (212) 318-3304<br>Facsimile: (212) 318-3400<br>mrobertson@fulbright.com<br>dfoster@fulbright.com<br>ggasper@fulbright.com<br><br>**VIA U.S. MAIL** |
| --- | --- |
| SIDLEY AUSTIN LLP<br>Samuel R. Miller<br>555 California Street<br>San Francisco, CA 94104<br>Telephone: (415) 772-7447<br>Facsimile: (415) 772-7400<br>srmiller@sidley.com<br><br>**VIA U.S. MAIL** | SEVERSON & WERSON<br>Mark Joseph Kenney<br>One Embarcadero Center, Suite 2600<br>San Francisco, CA 94111<br>Telephone: (415) 677-5505<br>Facsimile: (415) 956-0439<br>mjk@severson.com<br><br>**VIA U.S. MAIL** |