MARGARET A. KEANE (State Bar No. 255378)
mkeane@dl.com
KRIS MAN (State Bar No. 246008)
kman@dl.com
DEWEY & LEBOEUF LLP
One Embarcadero Center, Suite 400
San Francisco, CA 94111-3619
Telephone: (415) 951-1100
Facsimile: (415) 951-1180

Attorneys for Defendant
*National Title Insurance Of New York, Inc.*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNN BARTON, on behalf of herself and all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>FIDELITY NATIONAL FINANCIAL, INC., et al.,<br><br>　　　　　　Defendants. | Case No.: 3:08-cv-01341-EDL<br><br>Assigned Judge: Hon. Elizabeth D. Laporte<br><br>**NOTICE OF APPEARANCE** |

　　　PLEASE TAKE NOTICE THAT Margaret A. Keane of Dewey & LeBoeuf LLP, located at One Embarcadero Center, Suite 400, San Francisco, California 94111, will appear as counsel of record for Defendant National Title Insurance of New York, Inc. in the above-captioned matter.

Dated: April 3, 2008

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　DEWEY & LeBOEUF LLP


　　　　　　　　　　　　　　　　　　　By: /s/   Margaret A. Keane
　　　　　　　　　　　　　　　　　　　MARGARET A. KEANE
　　　　　　　　　　　　　　　　　　　mkeane@dl.com
　　　　　　　　　　　　　　　　　　　DEWEY & LEBOEUF LLP
　　　　　　　　　　　　　　　　　　　One Embarcadero Center, Suite 400
　　　　　　　　　　　　　　　　　　　San Francisco, CA 94111
　　　　　　　　　　　　　　　　　　　Tel: (415) 951-1100
　　　　　　　　　　　　　　　　　　　Fax: (415) 951-1180

　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　*National Title Insurance of New York, Inc.*

## PROOF OF SERVICE

I declare that I am over the age of eighteen (18) years and not a party to this action. My business address is: Dewey & LeBoeuf LLP, One Embarcadero Center, Suite 400, San Francisco, CA 94111.

On April 3, 2008, the foregoing **Notice of Appearance** was filed with the Clerk of the Court using the Official Court Electronic Case Filing System ("ECF System"). The ECF System is designed to automatically generate an e-mail message, with a link to the filed document(s), to all parties in the case registered for electronic filing, which constitutes service.

Executed on April 3, 2008 at San Francisco, California.


    /s/   Margaret A. Keane
MARGARET A. KEANE

---

NOTICE OF APPEARANCE