1  Reed R. Kathrein (139304)
   Jeff D. Friedman (173886)
2  HAGENS BERMAN SOBOL SHAPIRO LLP
   715 Hearst Avenue, Suite 202
3  Berkeley, CA 94710
   Telephone: (510) 725-3000
4  Facsimile: (510) 725-3001
   reed@hbsslaw.com
5  jefff@hbsslaw.com
6
   Attorneys for Plaintiff
7
   [Additional Counsel listed on Signature Page]
8
9
10                    UNITED STATES DISTRICT COURT
11                    NORTHERN DISTRICT OF CALIFORNIA
12                         SAN FRANCISCO DIVISION

13  LYNN BARTON, On Behalf of Herself and all    )   No. 08-cv-1341 JSW
    Others Similarly Situated,                    )
14                                                )   ADMINISTRATIVE MOTION TO
                                      Plaintiff,  )   CONSIDER WHETHER CASES
15                                                )   SHOULD BE RELATED
         v.                                       )
16                                                )
    FIDELITY NATIONAL FINANCIAL, INC.,            )
17  FIDELITY NATIONAL TITLE INSURANCE             )
    COMPANY, TICOR TITLE INSURANCE                )
18  COMPANY, TICOR TITLE INSURANCE                )
    COMPANY OF FLORIDA, CHICAGO TITLE             )
19  INSURANCE COMPANY, NATIONAL TITLE             )
    INSURANCE OF NEW YORK, INC.,                  )
20  SECURITY UNION TITLE INSURANCE                )
    COMPANY, THE FIRST AMERICAN                   )
21  CORPORATION, FIRST AMERICAN TITLE             )
    INSURANCE COMPANY, UNITED                     )
22  GENERAL TITLE INSURANCE COMPANY,              )
    LANDAMERICA FINANCIAL GROUP, INC.,            )
23  COMMONWEALTH LAND TITLE                       )
    INSURANCE COMPANY, LAWYERS TITLE              )
24  INSURANCE CORPORATION,                        )
    TRANSNATION TITLE INSURANCE                   )
25  COMPANY, STEWART TITLE GUARANTY               )
    COMPANY and STEWART TITLE                     )
26  INSURANCE COMPANY,                            )
                                                  )
27                                  Defendants.   )   ACTION FILED: March 10, 2008
                                                  )
28

010031-17 230931 V1

TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:

Pursuant to Local Rule 3-12, Plaintiff Lynn Barton respectfully submits this administrative motion to consider whether a case filed in this District, *Barton v. Fidelity National Financial, Inc., et al.*, Case No. 08-cv-1341 EDL ("Barton") (filed March 10, 2008) should be related to another case filed in this District, *Gentilcore v. Fidelity National Financial, Inc., et al.*, Case No. 08-cv-1374 MMC ("Gentilcore") (filed March 11, 2008).

Pursuant to Local Rule 3-12(d)(2), Plaintiff states that Barton involves the same Defendants as in Gentilcore. In addition, these cases involve similar factual allegations. Specifically, both of the cases are proposed class actions on behalf of purchasers of title insurance, against overlapping Defendants. Both of these cases allege a conspiracy to fix, maintain and inflate the prices of title insurance sold in the United States. They both allege a violation of Section 1 of the Sherman Antitrust Act.

Pursuant to Local Rule 3-12(a)(2), it appears likely that there will be an unduly burdensome duplication of labor and expense or the possibility of conflicting results if the cases are conducted before different Judges.

DATED: April 4, 2008.     HAGENS BERMAN SOBOL SHAPIRO LLP


By _____/s/ Jeff D. Friedman_____
         JEFF D. FRIEDMAN (173886)

Reed R. Kathrein (139304)
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
jefff@hbsslaw.com
reed@hbsslaw.com

Steve W. Berman
Anthony D. Shapiro
Thomas E. Loeser (202724)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, California 98101
Telephone: (206) 623-7292

1  
2  
3  

Facsimile: (206) 623-0594  
steve@hbsslaw.com  
tony@hbsslaw.com  
toml@hbsslaw.com  

4   Attorneys for Plaintiff

5  
6  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28  

ADMIN. MOT. TO CONSIDER WHETHER CASES SHOULD    - 2 -  
BE RELATED – NO. 08-cv-1341 EDL  
010031-17  230931 V1

**CERTIFICATE OF SERVICE**

I hereby certify that on April 4, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered, as denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

                                                       /s/ Jeff D. Friedman
                                                       JEFF D. FRIEDMAN

ADMIN. MOT. TO CONSIDER WHETHER CASES SHOULD BE RELATED – NO. 08-cv-1341 EDL    - 3 -
010031-17 230931 V1

# Mailing Information for a Case 3:08-cv-01341-JSW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Steve W. Berman**
  steve@hbsslaw.com,robert@hbsslaw.com,heatherw@hbsslaw.com

- **Jeff D Friedman**
  jefff@hbsslaw.com,nancyq@hbsslaw.com,sf_filings@hbsslaw.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com,sf_filings@hbsslaw.com

- **Margaret Anne Keane**
  mkeane@dl.com

- **Kris Hue Chau Man**
  kman@dl.com,sholstrom@dl.com

- **Frank E. Merideth , Jr**
  meridethf@gtlaw.com,mckayj@gtlaw.com

- **Anthony D. Shapiro**
  tony@hbsslaw.com,george@hbsslaw.com,ronnie@hbsslaw.com

## Manual Notice List

The following is the list of attorneys who are **not**
on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Thomas Eric Loeser
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
```