1  MARGARET A. KEANE (State Bar No. 255378)
   mkeane@dl.com
2  KRIS MAN (State Bar No. 246008)
   kman@dl.com
3  DEWEY & LEBOEUF LLP
   One Embarcadero Center, Suite 400
4  San Francisco, CA 94111-3619
   Telephone: (415) 951-1100
5  Facsimile: (415) 951-1180

6  Attorneys for Defendant
   *National Title Insurance Of New York, Inc.*

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10 | LYNN BARTON, on behalf of herself and all     | Case No.: 3:08-cv-01341-~~EDL~~ JSW
11 | others similarly situated,                     |
   |                                                | ~~Assigned Judge: Hon. Elizabeth D. Laporte~~
12 |                    Plaintiff,                  |
13 |       v.                                       | STIPULATION AND ~~[PROPOSED]~~ ORDER
   |                                                | RE TIME TO RESPOND TO COMPLAINT
14 | FIDELITY NATIONAL FINANCIAL, INC.,             |
   | et al.,                                        |
15 |                    Defendants.                 |

16

17         WHEREAS, this action was filed on March 11, 2008;

18         WHEREAS, Plaintiff has served her Summons and Complaint on certain of the defendants;

19         WHEREAS, defendants The First American Corporation, First American Title Insurance

20  Company, United General Title Insurance Company, Fidelity National Financial, Inc., Fidelity National

21  Title Insurance Company, Ticor Title Insurance Company, Ticor Title Insurance Company of Florida,

22  Chicago Title Insurance Company, Security Union Title Insurance Company, Stewart Title Guaranty

23  Company, Stewart Title Insurance Company, Landamerica Financial Group, Inc., Commonwealth Land

24  Title Insurance Company, Lawyers Title Insurance Corporation, and Transnation Title Insurance

25  Company filed on April 1, 2008 a Stipulation and [Proposed] Order extending the time through and

26  including May 27, 2008 to move against, answer or otherwise respond to the Complaint; and

27         WHEREAS, the served defendant, National Title Insurance of New York, Inc., has requested to

28  be added to the Stipulation and [Proposed] Order filed on April 1, 2008, and Plaintiff's counsel has
    agreed to that request.

STIPULATION AND ~~[PROPOSED]~~ ORDER RE TIME TO RESPOND TO COMPLAINT

1  NOW THEREFORE, the undersigned parties, through their respective counsel stipulate and respectfully request that the Court order as follows:

1. The attorneys for the Defendant National Title Insurance of New York, Inc. hereby accept service of the Complaint on its behalf.

2. The time for Defendant National Title Insurance of New York, Inc. to move against, answer or otherwise respond to the Complaint shall be extended through and including May 27, 2008. This is the first extension of this Defendant's time to move against, answer or otherwise respond to the Complaint in this action.

Defendant reserves its rights to move for a stay of all proceedings in this action until the Judicial Panel on Multidistrict Litigation determines the pending Motion for Transfer of Actions Pursuant to 28 U.S.C. § 1407 for Coordinated or Consolidated Pretrial Proceedings filed in *In re Title Insurance RESPA and Antitrust Litigation* (the "MDL Motion"), or to request further extensions of this deadline, and Plaintiff reserves her rights to oppose such motion or request. Nothing in this stipulation shall be construed as a waiver of any party's right to seek or oppose transfer of this action or coordination or consolidation of this action with any other action.

This stipulation may be executed in counterparts, including by signature transmitted by facsimile.

Dated: April 2, 2008

Respectfully submitted,

DEWEY & LeBOEUF LLP

By: _____
KRIS MAN

Attorneys for Defendant National Title Insurance of New York, Inc.

Dated: April 4, 2008

HAGENS BERMAN SOBOL SHAPIRO LLP

By: _____
Jeff D. Friedman

Attorneys for Plaintiff Lynn Barton

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: April 4, 2008

~~HONORABLE ELIZABETH D. LAPORTE~~
Judge Jeffrey S. White

STIPULATION AND ~~[PROPOSED]~~ ORDER RE TIME TO RESPOND TO COMPLAINT