FRANK E. MERIDETH, JR. (46266)
GREENBERG TRAURIG, LLP
2450 Colorado Avenue, Suite 400E
Santa Monica, California 90404
Tel: (310) 586-7700 Fax: (310) 586-7800
meridethf@gtlaw.com

Attorneys for Defendants THE FIRST
AMERICAN CORPORATION,
FIRST AMERICAN TITLE INSURANCE
COMPANY, and UNITED GENERAL
TITLE INSURANCE COMPANY
(acting on behalf of the Defendants
listed below for purposes of this stipulation)

REED R. KATHREIN (139304)
JEFF D. FRIEDMAN (173886)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Tel: (510) 725-3000 Fax (510) 725-3001
reed@hbsslaw.com; jefff@hbsslaw.com

Attorneys for Plaintiff Lynn Barton

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNN BARTON, on behalf of herself and all others similarly situated,<br><br>       Plaintiff,<br><br>       v.<br><br>FIDELITY NATIONAL FINANCIAL, INC., *et al.*,<br><br>       Defendants. | CASE NO. CV 08-1341 JSW<br><br>Assigned Judge: Hon. Jeffrey S. White<br><br>**STIPULATION AND [PROPOSED] ORDER FURTHER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT** |

1    WHEREAS, on March 10, 2008, Plaintiff filed a Complaint seeking recovery
2    under the Sherman Act, Cal. Bus. and Prof. Code §§ 16720, *et seq.*, Cal. Bus. and Prof.
3    Code §§ 17200, *et seq.* and alleging unjust enrichment;

4    WHEREAS, on April 4, 2008, this Court So Ordered the parties' stipulation
5    extending the time for all Defendants to move against, answer or otherwise respond to
6    the Complaint through and including May 27, 2008;

7    WHEREAS, this action is one of sixty-four (64) actions recently filed in district
8    courts across the country that are the subject of a pending Motion for Transfer of Actions
9    Pursuant to 28 U.S.C. § 1407 for Coordinated or Consolidated Pretrial Proceedings filed
10   with the Judicial Panel on Multidistrict Litigation ("J.P.M.L.") in *In re Title Insurance*
11   *RESPA and Antitrust Litigation* (the "MDL Motion"), and that motion is scheduled for
12   argument before the J.P.M.L. on May 29, 2008; and

13   WHEREAS, Defendants believe that judicial economy and efficiency will be
14   promoted by extending the May 27, 2008 deadline to respond to the Complaint in the
15   above-captioned action pending a determination of the MDL Motion, and therefore, have
16   requested a further extension of time within which to move against, answer or otherwise
17   respond to the Complaint; and

18   WHEREAS, Plaintiff's counsel has agreed to this request;

19   NOW THEREFORE, the undersigned parties through their respective counsel
20   stipulate and respectfully request on behalf of all Defendants that the Court order as
21   follows:

22   The time for all Defendants to move against, answer or otherwise respond to the
23   Complaint in the above-captioned action shall be extended until 30 days following the
24   determination of the pending MDL Motion by the J.P.M.L.

25   Defendants reserve their rights to move for a stay of all proceedings in this action
26   until the Judicial Panel on Multidistrict Litigation determines the pending MDL Motion,
27   or to request further extensions of this deadline, and Plaintiff reserves her rights to

28

STIPULATION AND [PROPOSED] ORDER FURTHER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT

1  oppose such motion or request.  Nothing in this stipulation shall be construed as a waiver

2  of any party's right to seek or oppose transfer of this action or coordination or

3  consolidation of this action with any other action.

4    This stipulation may be executed in counterparts, including by signature

5  transmitted by facsimile;

6                                        Respectfully Submitted,

7  Dated:  May 15, 2008                  GREENBERG TRAURIG, LLP

8

9                                        By  _____

10                                        FRANK E. MERIDETH, JR.

11                                        Attorneys for Defendants THE FIRST
                                          AMERICAN CORPORATION, FIRST
12                                        AMERICAN TITLE INSURANCE COMPANY,
                                          and UNITED GENERAL TITLE INSURANCE
13                                        COMPANY (acting on behalf of the Defendants
14                                        listed below for purposes of this stipulation)

15

16                                        *Of Counsel*:
                                          GREENBERG TRAURIG, LLP
17                                        James I. Serota
18                                        Kenneth Lapatine
                                          Stephen L. Saxl
19                                        200 Park Avenue
20                                        New York, New York 10166
                                          Telephone: (212) 801-9200
21                                        Facsimile: (212) 801-6400
22                                        serotaj@gtlaw.com
                                          lapatinek@gtlaw.com
23                                        saxls@gtlaw.com
24

25                                        Attorneys for Defendants THE FIRST
                                          AMERICAN CORPORATION, FIRST
26                                        AMERICAN TITLE INSURANCE COMPANY,
27                                        and UNITED GENERAL TITLE INSURANCE
                                          COMPANY
28

---

3

STIPULATION AND [PROPOSED] ORDER FURTHER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SIMPSON THACHER & BARTLETT LLP
Barry R. Ostrager
Kevin J. Arquit
Patrick T. Shilling
425 Lexington Avenue
New York, New York 10017-3954
Telephone: (212) 455-2000
Facsimile: (212) 455-2502
bostrager@stblaw.com
karquit@stblaw.com
pshilling@stblaw.com

Attorneys for Defendants FIDELITY NATIONAL
FINANCIAL, INC., FIDELITY NATIONAL
TITLE INSURANCE COMPANY, TICOR
TITLE INSURANCE COMPANY, TICOR
TITLE INSURANCE COMPANY OF FLORIDA,
CHICAGO TITLE INSURANCE COMPANY,
and SECURITY UNION TITLE INSURANCE
COMPANY


FULBRIGHT & JAWORSKI L.L.P.
Mark A. Robertson
David Foster
George Gasper
666 Fifth Avenue
New York, New York 10103
Telephone:  212-318-3304
Facsimile: 212-318-3400
mrobertson@fulbright.com
dfoster@fulbright.com
ggasper@fulbright.com

- and -

4

STIPULATION AND [PROPOSED] ORDER FURTHER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT

Samuel R. Miller
SIDLEY AUSTIN LLP
555 California St.
San Francisco, CA 94104
Telephone: (415) 772-7447
Facsimile: (415) 772-7400
srmiller@sidley.com

Attorneys for Defendants
STEWART TITLE GUARANTY COMPANY
AND STEWART TITLE INSURANCE
COMPANY

SEVERSON & WERSON
Mark Joseph Kenney (SBN 87345)
One Embarcadero Center, Ste. 2600
San Francisco, CA 94111
Telephone: (415) 677-5505
Facsimile: (415) 956-0439
mjk@severson.com
Attorneys for Defendants LANDAMERICA
FINANCIAL GROUP, INC.,
COMMONWEALTH LAND TITLE
INSURANCE COMPANY, LAWYERS TITLE
INSURANCE CORPORATION, and
TRANSNATION TITLE INSURANCE
COMPANY

Margaret A. Keane
DEWEY & LEBOEUF LLP
One Embarcadero Center, Suite 400
San Francisco, CA 94111
Telephone: (415) 951-1100
Facsimile: (415) 951-1180
mkeane@dl.com
Attorneys for Defendant NATIONAL TITLE
INSURANCE OF NEW YORK, INC.

STIPULATION AND [PROPOSED] ORDER FURTHER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT

Dated: May 15, 2008          HAGENS BERMAN SOBOL SHAPIRO LLP


                             By: //s//Jeff D. Friedman_____
                                 Jeff D. Friedman (173886)
                                 Reed R. Kathrein (139304)
                                 715 Hearst Avenue, Suite 202
                                 Berkeley, CA 94710
                                 Tel: (510) 725-3000 Fax (510) 725-3001
                                 reed@hbsslaw.com
                                 jefff@hbsslaw.com

                                 Attorneys for Plaintiff LYNN BARTON


**PURSUANT TO STIPULATION, IT IS SO ORDERED**.


DATED: _____      _____
                                  HON. JEFFREY S. WHITE

STIPULATION AND [PROPOSED] ORDER FURTHER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT