FRANK E. MERIDETH, JR. (46266)
GREENBERG TRAURIG, LLP
2450 Colorado Avenue, Suite 400E
Santa Monica, California 90404
Tel: (310) 586-7700 Fax: (310) 586-7800
meridethf@gtlaw.com

Attorneys for Defendants THE FIRST
AMERICAN CORPORATION,
FIRST AMERICAN TITLE INSURANCE
COMPANY, and UNITED GENERAL
TITLE INSURANCE COMPANY

REED R. KATHREIN (139304)
JEFF D. FRIEDMAN (173886)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Tel: (510) 725-3000 Fax (510) 725-3001
reed@hbsslaw.com; jefff@hbsslaw.com

Attorneys for Plaintiff Lynn Barton

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNN BARTON, on behalf of herself and all others similarly situated, | CASE NO. CV 08-1341 JSW |
| Plaintiff, | Assigned Judge: Hon. Jeffrey S. White |
| v. | **STIPULATION RE FURTHER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT** |
| FIDELITY NATIONAL FINANCIAL, INC., *et al.*, | |
| Defendants. | |

1     WHEREAS, on March 10, 2008, the Complaint in this action was filed;

2     WHEREAS, this action was the subject of a motion to transfer before the Judicial

3 Panel on Multidistrict Litigation ("J.P.M.L.") ("Motion to Transfer") and during the

4 pendency of the Motion to Transfer, this Court extended the time for Defendants to

5 respond to the Complaint to May 27, 2008, and then extended the deadline to thirty (30)

6 days following the determination of the Motion to Transfer;

7     WHEREAS, the Motion to Transfer was denied by the J.P.M.L. on June 9, 2008,

8 thus setting the deadline to answer or otherwise respond to the complaint to July 9, 2008;

9     WHEREAS, Defendants have requested additional time to answer or otherwise

10 respond to the Complaint in the above-captioned action and Plaintiff has agreed to this

11 request;

12     NOW THEREFORE, the undersigned parties through their respective counsel

13 stipulate and respectfully request on behalf of all Defendants that the Court order as

14 follows:

15     1.    The time for all Defendants to move against, answer or otherwise respond to

16 the Complaint in the above-captioned action shall be extended through and including July

17 24, 2008.

18     2.    Nothing in this stipulation shall be construed as a waiver of any party's right

19 to seek or oppose transfer of this action or coordination or consolidation of this action

20 with any other action.

21

22

23

24

25

26

27

28

STIPULATION RE FURTHER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT

3.     This stipulation may be executed in counterparts, including by signature transmitted by facsimile.

Respectfully Submitted,

Dated:  July 3, 2008                    GREENBERG TRAURIG, LLP


By     _____/S/_____
         FRANK E. MERIDETH, JR.
Attorneys for Defendants THE FIRST
AMERICAN CORPORATION, FIRST
AMERICAN TITLE INSURANCE COMPANY,
and UNITED GENERAL TITLE INSURANCE
COMPANY

*Of Counsel*:
GREENBERG TRAURIG, LLP
James I. Serota
Kenneth Lapatine
Stephen L. Saxl
200 Park Avenue
New York, New York 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
serotaj@gtlaw.com
lapatinek@gtlaw.com
saxls@gtlaw.com

Attorneys for Defendants THE FIRST
AMERICAN CORPORATION, FIRST
AMERICAN TITLE INSURANCE COMPANY,
and UNITED GENERAL TITLE INSURANCE
COMPANY

STIPULATION RE FURTHER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT

CHRISTENSEN, GLASER, FINK, JACOBS,
WEIL & SHAPIRO, LLP
Bryan M. Sullivan
10250 CONSTELLATION BOULEVARD
19th Floor
Los Angeles, CA 90067
Telephone: (310) 553-3000
Facsimile: (310) 556-2920
bsullivan@chrisglase.com

Attorneys for Defendants FIDELITY NATIONAL
FINANCIAL, INC., FIDELITY NATIONAL
TITLE INSURANCE COMPANY, TICOR
TITLE INSURANCE COMPANY, TICOR
TITLE INSURANCE COMPANY OF FLORIDA,
CHICAGO TITLE INSURANCE COMPANY,
and SECURITY UNION TITLE INSURANCE
COMPANY

*Of Counsel:*
SIMPSON THACHER & BARTLETT LLP
Barry R. Ostrager
Kevin J. Arquit
Patrick T. Shilling
425 Lexington Avenue
New York, New York 10017-3954
Telephone: (212) 455-2000
Facsimile: (212) 455-2502
bostrager@stblaw.com
karquit@stblaw.com
pshilling@stblaw.com

Attorneys for Defendants FIDELITY NATIONAL
FINANCIAL, INC., FIDELITY NATIONAL
TITLE INSURANCE COMPANY, TICOR
TITLE INSURANCE COMPANY, TICOR
TITLE INSURANCE COMPANY OF FLORIDA,
CHICAGO TITLE INSURANCE COMPANY,
and SECURITY UNION TITLE INSURANCE
COMPANY

STIPULATION RE FURTHER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT

SIDLEY AUSTIN LLP
Samuel R. Miller
555 California St.
San Francisco, CA 94104
Telephone: (415) 772-7447
Facsimile: (415) 772-7400
srmiller@sidley.com

Attorneys for Defendants
STEWART TITLE GUARANTY COMPANY
and STEWART TITLE INSURANCE
COMPANY

*Of Counsel:*
FULBRIGHT & JAWORSKI L.L.P.
Mark A. Robertson
David Foster
George Gasper
666 Fifth Avenue
New York, New York 10103
Telephone:  212-318-3304
Facsimile: 212-318-3400
mrobertson@fulbright.com
dfoster@fulbright.com
ggasper@fulbright.com

Attorneys for Defendants
STEWART TITLE GUARANTY COMPANY
and STEWART TITLE INSURANCE
COMPANY

STIPULATION RE FURTHER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT

SEVERSON & WERSON
Mark Joseph Kenney (SBN 87345)
One Embarcadero Center, Ste. 2600
San Francisco, CA 94111
Telephone: (415) 677-5505
Facsimile: (415) 956-0439
mjk@severson.com

Attorneys for Defendants LANDAMERICA
FINANCIAL GROUP, INC.,
COMMONWEALTH LAND TITLE
INSURANCE COMPANY, LAWYERS TITLE
INSURANCE CORPORATION, and
TRANSNATION TITLE INSURANCE CO.

*Of Counsel*:
SUTHERLAND ASBILL & BRENNAN, LLP
Phillip Stano
1275 Pennsylvania Avenue, NW
Washington, D.C. 20004-2415
Telephone: (202) 383-0261
Facsimile: (202) 637-3539
Philip.stano@sablaw.com

Attorneys for Defendants LANDAMERICA
FINANCIAL GROUP, INC.,
COMMONWEALTH LAND TITLE
INSURANCE COMPANY, LAWYERS TITLE
INSURANCE CORPORATION, and
TRANSNATION TITLE INSURANCE CO.

Margaret A. Keane
DEWEY & LEBOEUF LLP
One Embarcadero Center, Suite 400
San Francisco, CA 94111
Telephone: (415) 951-1100
Facsimile: (415) 951-1180
mkeane@dl.com
Attorneys for Defendant NATIONAL TITLE
INSURANCE OF NEW YORK, INC.

STIPULATION RE FURTHER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT

Dated:  July 3, 2008                HAGENS BERMAN SOBOL SHAPIRO LLP


                                By:  _____/S/_____
                                     Jeff D. Friedman (173886)
                                     Reed R. Kathrein (139304)
                                     715 Hearst Avenue, Suite 202
                                     Berkeley, CA 94710
                                     Tel: (510) 725-3000 Fax (510) 725-3001
                                     reed@hbsslaw.com
                                     jefff@hbsslaw.com

                                         - and -

                                     Thomas E. Loeser (202724)
                                     Steve W. Berman
                                     Anthony D. Shapiro
                                     HAGENS BERMAN SOBOL SHAPIRO
                                     LLP
                                     1301 Fifth Avenue, Suite 2900
                                     Seattle, Washington 98101
                                     Tel: (206) 623-7292
                                     Fax (206) 623-0594
                                     toml@hbsslaw.com
                                     tony@hbsslaw.com
                                     steve@hbsslaw.com

                                     Attorneys for Plaintiff LYNN BARTON

STIPULATION RE FURTHER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT

1  FRANK E. MERIDETH, JR. (46266)
   GREENBERG TRAURIG, LLP
2  2450 Colorado Avenue, Suite 400E
   Santa Monica, California 90404
3  Tel: (310) 586-7700 Fax: (310) 586-7800
   meridethf@gtlaw.com
4
   Attorneys for Defendants THE FIRST
5  AMERICAN CORPORATION,
   FIRST AMERICAN TITLE INSURANCE
6  COMPANY, and UNITED GENERAL
7  TITLE INSURANCE COMPANY

8  REED R. KATHREIN (139304)
   JEFF D. FRIEDMAN (173886)
9  HAGENS BERMAN SOBOL SHAPIRO LLP
10 715 Hearst Avenue, Suite 202
   Berkeley, CA 94710
11 Tel: (510) 725-3000 Fax (510) 725-3001
   reed@hbsslaw.com; jefff@hbsslaw.com
12
13 Attorneys for Plaintiff Lynn Barton

14

15                 **UNITED STATES DISTRICT COURT**

16              **NORTHERN DISTRICT OF CALIFORNIA**

17
   LYNN BARTON, on behalf of          CASE NO. CV 08-1341 JSW
18 herself and all others similarly
   situated,
19                                     Assigned Judge: Hon. Jeffrey S. White
20            Plaintiff,

21            v.                       **[PROPOSED] ORDER RE FURTHER
                                       EXTENDING TIME FOR
22 FIDELITY NATIONAL                   DEFENDANTS TO RESPOND TO
   FINANCIAL, INC., *et al.*,          COMPLAINT**
23
24            Defendants.

25

26

27

28

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.


DATED: _____    _____

                                              HON. JEFFREY S. WHITE