FRANK E. MERIDETH, JR. (46266)
GREENBERG TRAURIG, LLP
2450 Colorado Avenue, Suite 400E
Santa Monica, California 90404
Tel: (310) 586-7700 Fax: (310) 586-7800
meridethf@gtlaw.com

Attorneys for Defendants THE FIRST
AMERICAN CORPORATION,
FIRST AMERICAN TITLE INSURANCE
COMPANY, and UNITED GENERAL
TITLE INSURANCE COMPANY

REED R. KATHREIN (139304)
JEFF D. FRIEDMAN (173886)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Tel: (510) 725-3000 Fax (510) 725-3001
reed@hbsslaw.com; jefff@hbsslaw.com

Attorneys for Plaintiff Lynn Barton

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNN BARTON, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FIDELITY NATIONAL FINANCIAL, INC., *et al.*,<br><br>Defendants. | CASE NO. CV 08-1341 JSW<br><br>Assigned Judge: Hon. Jeffrey S. White<br><br>[PROPOSED] ORDER RE FURTHER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT |

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2

3  DATED: July 3, 2008

4  _____
   HON. JEFFREY S. WHITE

[PROPOSED] ORDER RE FURTHER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT