1  AMAMGBO & ASSOCIATES
   DONALD AMAMGBO, ESQ.
2  7901 Oakport Street, Suite 4900
   Oakland, CA 94621
3  Telephone: 510-615-6000
   Facsimile: 510-615-6025
4

5  REGINALD TERRELL
   THE TERRELL LAW GROUP
6  223 25th Street
   Richmond, CA 94804
7  Telephone: 510-237-9700
   Facsimile: 510-237-4616
8  Email: reggiet2@aol.com

9
   Attorneys for Plaintiff
10 Lisa Blackwell

11
                    UNITED STATES DISTRICT COURT
12
                    NORTHERN DISTRICT OF CALIFORNIA
13

14

15 LYNN BARTON, on behalf of herself and all
   others similarly situated                    Case No.: C08-1341 JSW
16
   Plaintiffs,
17                                               [PROPOSED] ORDER RELATING
   v.                                            CASES
18
   FIDELITY NATIONAL FINANCIAL, INC.,
19 et al.,

20 Defendants.

21 **This document relates to:**                 Case No.: C08-cv-01928 MEJ

22 Lisa Blackwell, on behalf of himself and all
   others similarly situated,
23
   Plaintiff,
24
                    Plaintiff,
25
   v.
26
   FIDELITY NATIONAL FINANCIAL, INC.,
27 et al.,

28                  Defendants._____

Defendants.

On July 25, 2008, Plaintiffs in <u>Blackwell v. Fidelity National Financial, Inc. et al.</u>, Case No. C08-01928 MEJ, filed an Administrative Motion to Consider Whether Cases Should Be Related, pursuant to Local Rule 3-12. The Court, having considered the papers and pleadings on file, and good cause appearing, HEREBY GRANTS the motion.

IT IS ORDERED that <u>Blackwell v. Fidelity National Financial, Inc. et al.</u>, Case No. C08-01928 MEJ is hereby related to Barton v. Fidelity National Financial, Inc., Case No.: 08-CV-01341 JSW.

<u>Blackwell v. Fidelity National Financial, Inc. et al.</u>, Case No. C08-01928 MEJ shall be reassigned to the undersigned judge pursuant to local Rule 3-12(f).

Dated: August 5, 2008

*Jeffrey S. White*
The Honorable Jeffrey S. White
United States District Judge

2
DECL. OF REGINALD TERRELL ISO MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED