1

2

3

4

5

6

7

8                                    UNITED STATES DISTRICT COURT

9                                  NORTHERN DISTRICT OF CALIFORNIA

10                                    SAN FRANCISCO DIVISION

| | |
|---|---|
| LYNN BARTON, On Behalf of Herself and all Others Similarly Situated,<br><br>                                      Plaintiff,<br><br>            v.<br><br>FIDELITY NATIONAL FINANCIAL, INC., FIDELITY NATIONAL TITLE INSURANCE COMPANY, TICOR TITLE INSURANCE COMPANY, TICOR TITLE INSURANCE COMPANY OF FLORIDA, CHICAGO TITLE INSURANCE COMPANY, NATIONAL TITLE INSURANCE OF NEW YORK, INC., SECURITY UNION TITLE INSURANCE COMPANY, THE FIRST AMERICAN CORPORATION, FIRST AMERICAN TITLE INSURANCE COMPANY, UNITED GENERAL TITLE INSURANCE COMPANY, LANDAMERICA FINANCIAL GROUP, INC., COMMONWEALTH LAND TITLE INSURANCE COMPANY, LAWYERS TITLE INSURANCE CORPORATION, TRANSNATION TITLE INSURANCE COMPANY, STEWART TITLE GUARANTY COMPANY and STEWART TITLE INSURANCE COMPANY,<br><br>                                      Defendants. | No. 08-cv-1341 JSW<br>No. 08-cv-1374 JSW<br>No. 08-cv-1928 MEJ<br>No. 08-cv-3391 JSW<br><br>[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO CONSOLIDATE RELATED ACTIONS FOR ALL PURPOSES<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>ACTION FILED:  March 10, 2008 |

27

28

The Court, having considered the papers filed in support of the motion by the parties in the above-captioned cases to consolidate these actions, and, for good cause shown, hereby enters the following Order:

1.     Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, the following related actions are to be consolidated for all purposes, including, but not limited to, discovery and all pretrial and trial proceedings:

| ABBREVIATED CASE NAME | CASE NO. | DATE FILED |
|---|---|---|
| *Barton v. Fidelity National Financial, Inc. et al.* | 08-1341-JSW | 03/10/08 |
| *Gentilcore v. Fidelity National Financial, Inc. et al.* | 08-1374-JSW | 03/11/08 |
| *Blackwell v. Fidelity National Financial, Inc. et al.* | 08-1928-MEJ | 4/11/08 |
| *Romero v. Fidelity National Financial, Inc. et al.* | 08-3391-JSW | 7/14/08 |

2.     A Master Docket and a Master File are hereby established for the consolidated actions.

3.     The following actions, now pending in other districts within California shall be consolidated for all purposes, including, but not limited to, discovery and all pretrial and trial proceedings, upon the transfer of such cases to this District:

| ABBREVIATED CASE NAME | CASE NO. | DATE FILED |
|---|---|---|
| *Martinez v. Fidelity National Financial, Inc. et al.* | 08-0499-MJL (S.D. Cal.) | 03/18/08 |
| *Davis v. Fidelity National Financial, Inc. et al.* | 08-1897-DSF (C.D. Cal.) | 03/20/08 |
| *Kothari v. Fidelity National Financial, Inc. et al.* | 08-0440-DSF (C.D. Cal.) | 4/23/08 |
| *Magana v. Fidelity National Financial, Inc. et al.* | 08-0591-DSF (C.D. Cal.) | 5/28/08 |
| *Moynahan v. Fidelity National Financial, Inc. et al.* | 08-0620-AHS (C.D. Cal.) | 6/04/08 |

4.     The consolidated actions shall be identified as *In re California Title Insurance Antitrust Litigation*, Civil Action No. 08-CV-1341-JSW.  Any other actions now pending or later filed in or transferred into this District that arise out of the same facts and claims alleged in the related actions shall be consolidated for all purposes, if and when they are brought to the Court's attention.

5.     Every pleading filed in these consolidated actions, or in any separate action included herein, shall bear the following caption:

| In re CALIFORNIA TITLE INSURANCE ANTITRUST LITIGATION | File No:  08-CV-1341-JSW |
|---|---|
| THIS DOCUMENT RELATES TO: | CLASS ACTION |

6.     When a pleading is intended to be applicable to all actions governed by this Order, the words "All Actions" shall appear immediately after the words "This Document Relates To:" in the caption set out above.

7.     When a pleading is intended to be applicable only to some, but not all, of the consolidated actions, the Court's docket number for each individual action to which the pleading is intended to be applicable and the last name of the first-named plaintiff in the action shall appear immediately after the words "This Document Relates To:" in the caption set out above.

8.     When a document is filed and the caption shows that it is to be applicable to less than all of the consolidated actions, the clerk shall file the document in the Master File, and shall note the filing in both the Master Docket and the docket of each applicable action.

9.     When a case related to the subject matter of the consolidated actions is filed in this Court or transferred to this Court from another court, the clerk of this Court shall:

a.     Place a copy of this Order in the separate file for such action, after notification to counsel, who shall mail to the attorneys for the plaintiffs in the newly-filed or transferred case a copy of this Order and direct that this

1    Order be served upon or mailed to any new defendants in the newly-filed or

2    transferred case; and

3        b.    Make an appropriate entry on the Master Docket.  This Court requests the

4            assistance of counsel in calling the attention of the clerk of this Court to the

5            filing or transfer of any new case which may properly be consolidated as

6            part of *In re California Title Insurance Antitrust Litigation*.

7        10.    California Plaintiffs shall file a Consolidated Complaint within thirty (30) days of

8    the later of appointment of Interim Class Counsel or receipt in this District of the last case set forth

9    as related in this litigation.  Defendants' answer or other responsive pleadings are due forty-five

10   (45) days following the filing of the Consolidated Complaint.  The deadline set forth in this Court's

11   Initial Scheduling Order for the Rule 26(f) conference is extended until ten (10) days following the

12   filing of Defendants' Answers, or in the event Defendants file motions to dismiss, 10 days after the

13   Court's ruling on those motions, with corresponding extensions of the additional deadlines set forth

14   in the Initial Scheduling Order.

15       ORDERED this  6th  day of  August . 2008.

16

17   _____
     The Honorable Jeffrey S. White
18   United States District Court Judge

19   DATE:  July 23, 2008

20   Submitted by:

     HAGENS BERMAN SOBOL SHAPIRO LLP
21

22   By    /s/  Reed R. Kathrein
             REED R. KATHREIN
23

24   Jeff D. Friedman (173886)
     715 Hearst Avenue, Suite 202
25   Berkeley, CA 94710
     Telephone: (510) 725-3000
26   Facsimile: (510) 725-3001
     jefff@hbsslaw.com
27   reed@hbsslaw.com

28    Attorneys for Plaintiffs Barton and Gentilcore

[PROPOSED]  ORDER CONSOLIDATING CALIFORNIA          - 3 -
ACTIONS - 08-cv-1341 JSW
010031-17 251275 V1