Daniel C. Girard (CA Bar No. 114826)
Elizabeth C. Pritzker (CA Bar No. 146267)
Aaron M. Sheanin (CA Bar No. 214472)
Alex C. Turan (CA Bar No. 227273)
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, California 94104
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

*Attorneys for Plaintiffs Ruben Romero and Sarah Yahn*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CALIFORNIA TITLE INSURANCE ANTITRUST LITIGATION | Case No. 08-CV-01341 JSW |
| THIS DOCUMENT RELATES TO : | **ADR CERTIFICATION PURSUANT TO CIV. L.R. 16-8(b) AND ADR L.R. 3-5(b)** |
| RUBEN ROMERO, and SARAH YAHN, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FIDELITY NATIONAL FINANCIAL, INC., et al.,<br><br>Defendants. | Case No. 08-CV-03391 JSW |

1 | Pursuant to Civil local Rule 16-8(b) and ADR Local Rule 3-5(b), plaintiffs Ruben Romero and Sarah Yahn and their undersigned counsel hereby certify that they have:

(1) Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" or the portions of the ADR internet site *www.adr.cand.uscourts.gov* specified on the site as necessary to comply with these Local Rules;

(2) Discussed the available dispute resolution options provided by the Court and private parties; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: August 15, 2008          As to Plaintiff:     Ruben Romero

By: _____/s/   Ruben Romero_____
    Ruben Romero


Dated: August 15, 2008          As to Plaintiff:     Sarah Yahn

By: _____/s/   Sarah Yahn_____
    Sarah Yahn


Dated: August 15, 2008          As to Counsel for Plaintiffs:

By: _____/s/   Alex C. Turan_____
    Daniel C. Girard
    Alex C. Turan
    **GIRARD GIBBS LLP**
    601 California Street, 14th Floor
    San Francisco, California  94108
    Telephone: (415) 981-4800
    Facsimile: (415) 981-4846

    *Counsel for Plaintiffs Ruben Romero and Sara Yahn*


   I, Alex C. Turan, am the ECF user whose ID and password are being used to file this ADR Certification Pursuant to Civ. L.R. 16-8(b) and ADR L.R. 3-5(b).  In compliance with General Order 45, X.B., I hereby attest that Ruben Romero and Sarah Yahn, plaintiffs in this action, have concurred in this filing.

By: _____/s/   Alex C. Turan_____
    Alex C. Turan