Daniel C. Girard (CA Bar No. 114826)
Elizabeth C. Pritzker (CA Bar No. 146267)
Aaron M. Sheanin (CA Bar No. 214472)
Alex C. Turan (CA Bar No. 227273)
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, California 94104
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

*Attorneys for Plaintiffs Ruben Romero and Sarah Yahn*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE CALIFORNIA TITLE INSURANCE ANTITRUST LITIGATION | Case No. 08-CV-01341 JSW |
| THIS DOCUMENT RELATES TO : | **CERTIFICATE OF SERVICE** |
| RUBEN ROMERO, and SARAH YAHN, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FIDELITY NATIONAL FINANCIAL, INC., et al.,<br><br>Defendants. | Case No. 08-CV-03391 JSW |

1  I, Anne-Michele Von Goetz, declare under penalty of perjury that the following is true and correct:

I am a citizen of the United States and am over the age of 18 years. I am employed in the County of San Francisco by Girard Gibbs LLP, located at 601 California Street, 14th Floor, San Francisco, California 94108, whose members are members of the State Bar of California and this Court, and at whose direction service is made. I am not a party to this action. On August 15, 2008, I caused the following documents to be electronically filed using the CM/ECF System:

    1.    ADR CERTIFICATION PURSUANT TO CIV. L.R. 16-8(b) AND ADR L.R. 3-5(b);

    2.    CERTIFICATE OF SERVICE.

Notice of this filing will be sent by the ECF system to those who are currently on the list to receive e-mail notices by operation of the Court's electronic filing system.

Dated: August 15, 2008:        By: _____/s/ _Anne-Michele Von Goetz_____
                                         Anne-Michele Von Goetz