1  Daniel C. Girard (CA Bar No. 114826)
2  Elizabeth C. Pritzker (CA Bar No. 146267)
   Aaron M. Sheanin (CA Bar No. 214472)
3  Alex C. Turan (CA Bar No. 227273)
   **GIRARD GIBBS LLP**
4  601 California Street, 14th Floor
   San Francisco, California 94104
5  Telephone: (415) 981-4800
6  Facsimile: (415) 981-4846

7  *Attorneys for Plaintiffs Ruben Romero and Sarah Yahn*

8                    **UNITED STATES DISTRICT COURT**

9                  **NORTHERN DISTRICT OF CALIFORNIA**

10

11 | IN RE CALIFORNIA TITLE INSURANCE          Case No. 08-CV-01341 JSW
   | ANTITRUST LITIGATION
12

13 | THIS DOCUMENT RELATES TO :                **NOTICE OF FILING OF AFFIDAVITS**
                                               **OF PROOF OF SERVICE**
14

15 | RUBEN ROMERO, and SARAH YAHN, on behalf of
   | themselves and others similarly situated,   Case No. 08-CV-03391 JSW
16
17 |                        Plaintiffs,
18 |            v.
19 | FIDELITY NATIONAL FINANCIAL, INC., et al.,
20
21 |                        Defendants.

22

23

24

25

26

27

28

TO ALL PARTIES AND THEIR COUNSEL OF RECORD: On August 19, 2008, Plaintiff's Ruben Romero and Sarah Yahn electronically filed the affidavits of proof of service in Civil Action Number 08-cv-03391 for the following defendants:

1. Chicago Title Insurance Company;
2. Fidelity National Title;
3. Fidelity National Financial;
4. Security Union Title Insurance Company;
5. National Title Insurance Company of New York, Inc.;
6. United General Title Insurance;
7. Ticor Title Insurance Company of Florida;
8. Ticor Title Insurance Company;
9. First America Title Insurance Company; and
10. LandAmerica Financial Group, Inc.

True and correct copies of the above referenced affidavits are attached here as Exhibits A through J.

Dated: August 20, 2008

By:    /s/  Alex C. Turan
Daniel C. Girard
Alex C. Turan
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, California  94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

***Counsel for Plaintiffs Ruben Romero and Sara Yahn***

**<u>Certificate of Service</u>**

I, Anne-Michele Von Goetz, declare under penalty of perjury that the following is true and correct:

I am a citizen of the United States and am over the age of 18 years. I am employed in the County of San Francisco by Girard Gibbs LLP, located at 601 California Street, 14th Floor, San Francisco, California 94108, whose members are members of the State Bar of California and this Court, and at whose direction service is made. I am not a party to this action. On August 20, 2008, I caused the following documents to be electronically filed using the CM/ECF System:

    1.    NOTICE OF FILING OF AFFIDAVITS OF PROOF OF SERVICE

Notice of this filing will be sent by the ECF system to those who are currently on the list to receive e-mail notices by operation of the Court's electronic filing system.

Dated: August 20, 2008:            By: _____*/s/ Anne-Michele Von Goetz*_____
                                    Anne-Michele Von Goetz

# EXHIBIT A

| ATTORNEY OR PARTY WITHOUT ATTORNEY   (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| GIRARD GIBBS LLP<br>601 CALIFORNIA ST<br>STE 1400<br>SAN FRANCISCO CA 94108 | 415 981-4800<br>Ref. No. or File No. | |

ATTORNEY FOR    PLAINTIFF

Insert name of court and name of judicial district and branch if any.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SHORT TITLE OF CASE:

ROMERO v. FIDELITY NATIONAL, et al.

| INVOICE NO. | DATE: | TIME: | DEP./DIV. | CASE NUMBER: |
|---|---|---|---|---|
| 202262 | | | | CV083391 |

PROOF OF SERVICE

1. At the time of service I was at least 18 years of age and not a party to
this action, and I SERVED COPIES of the:

SUMMONS IN A CIVIL ACTION; CLASS ACTION COMPLAINT; CIVIL COVER SHEET;
ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;
U.S. DISTRICT COURT, SAN FRANCISCO OFFICE HOURS; ECF REGISTRATION
INFORMATION HANDOUT.

2. a. Party served:   CHICAGO TITLE INSURANCE
                      COMPANY by serving CT CORPORATION SYSTEMS, INC.
   b. Person served: MARGARET WILSON
                     Clerk
   c. Address: 818 W SEVENTH ST
               SECOND FLOOR
               LOS ANGELES CA 90017

3. Manner of Service in compliance with: Federal Rules of Procedure

4. I served the party named in item 2

   a. BY PERSONALLY DELIVERING the copies (1) On: 07/17/08 (2) At: 1:15PM

5. Person serving: EDWIN R. HERNANDEZ        Fee for service $      .00

APEX ATTORNEY SERVICES              d.  Registered California process server
1055 WEST SEVENTH STREET            (1) [ X ] Employee or [   ] Independent Contractor
LOS ANGELES, CA 90017               (2) Registration No. 3104
213-488-1500 FAX                    (3) County: LOS ANGELES
                                    (4) Expiration:

I declare under penalty of perjury, under the laws of the of California, and of the United States of America that the foregoing is true and correct.

DATE: 08/08/08                          >
                                    SIGNATURE

# EXHIBIT B

| ATTORNEY OR PARTY WITHOUT ATTORNEY   (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| GIRARD GIBBS LLP<br>601 CALIFORNIA ST<br>STE 1400<br>SAN FRANCISCO CA 94108 | 415 981-4800<br><br>Ref. No. or File No. | |

ATTORNEY FOR   PLAINTIFF

Insert name of court and name of judicial district and branch if any.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SHORT TITLE OF CASE:

ROMERO v. FIDELITY NATIONAL, et al.

| INVOICE NO. | DATE: | TIME: | DEP./DIV. | CASE NUMBER: |
|---|---|---|---|---|
| 202278 | | | | CV083391 |

PROOF OF SERVICE

1. At the time of service I was at least 18 years of age and not a party to this action, and I SERVED COPIES of the:

SUMMONS IN A CIVIL ACTION; CLASS ACTION COMPLAINT; CIVIL COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; U.S. DISTRICT COURT, SAN FRANCISCO OFFICE HOURS; ECF REGISTRATION INFORMATION HANDOUT.

2. a. Party served:   FIDELITY NATIONAL TITLE
                      INSURANCE COMPANY by serving CT CORPORATION SYSTEMS, INC.
   b. Person served: MARGARET WILSON
                      Clerk
   c. Address: 818 W SEVENTH ST
               SECOND FLOOR
               LOS ANGELES CA 90017

3. Manner of Service in compliance with: Federal Rules of Procedure

4. I served the party named in item 2

   a. BY PERSONALLY DELIVERING the copies (1) On: 07/17/08 (2) At: 1:15PM

5. Person serving: EDWIN R. HERNANDEZ       Fee for service $       .00

APEX ATTORNEY SERVICES           d.  Registered California process server
1055 WEST SEVENTH STREET         (1) [ X ] Employee or [   ] Independent Contractor
LOS ANGELES, CA 90017            (2) Registration No. 3104
213-488-1500 FAX                 (3) County: LOS ANGELES
                                 (4) Expiration:

I declare under penalty of perjury, under the laws of the of California, and of the United States of America that the foregoing is true and correct.

DATE: 08/08/08                        >
                                 SIGNATURE

# EXHIBIT C

| ATTORNEY OR PARTY WITHOUT ATTORNEY  (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| GIRARD GIBBS LLP<br>601 CALIFORNIA ST<br>STE 1400<br>SAN FRANCISCO CA 94108 | 415 981-4800<br><br>Ref. No. or File No. | |

ATTORNEY FOR    PLAINTIFF

Insert name of court and name of judicial district and branch if any.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SHORT TITLE OF CASE:

ROMERO v. FIDELITY NATIONAL, et al.

| INVOICE NO. | DATE: | TIME: | DEP./DIV. | CASE NUMBER: |
|---|---|---|---|---|
| 202284 | | | | CV083391 |

PROOF OF SERVICE

1. At the time of service I was at least 18 years of age and not a party to this action, and I SERVED COPIES of the:

SUMMONS IN A CIVIL ACTION; CLASS ACTION COMPLAINT; CIVIL COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; U.S. DISTRICT COURT, SAN FRANCISCO OFFICE HOURS; ECF REGISTRATION INFORMATION HANDOUT.

2. a. Party served:   FIDELITY NATIONAL FINANCIAL,
                       INC., by serving CT CORPORATION SYSTEMS, INC.
   b. Person served: MARGARET WILSON
                      Clerk
   c. Address: 818 W SEVENTH ST
               SECOND FLOOR
               LOS ANGELES CA 90017

3. Manner of Service in compliance with: Federal Rules of Procedure

4. I served the party named in item 2

   a. BY PERSONALLY DELIVERING the copies (1) On: 07/17/08 (2) At: 1:15PM

5. Person serving: EDWIN R. HERNANDEZ        Fee for service $      .00


APEX ATTORNEY SERVICES              d.  Registered California process server
1055 WEST SEVENTH STREET            (1) [ X ] Employee or [   ] Independent Contractor
LOS ANGELES, CA 90017               (2) Registration No. 3104
213-488-1500 FAX                    (3) County: LOS ANGELES
                                    (4) Expiration:

I declare under penalty of perjury, under the laws of the of California, and of the United States of America that the foregoing is true and correct.

DATE: 08/08/08                      >
                                    SIGNATURE

# EXHIBIT D

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| GIRARD GIBBS LLP<br>601 CALIFORNIA ST<br>STE 1400<br>SAN FRANCISCO CA 94108 | 415 981-4800<br><br>Ref. No. or File No. | |

ATTORNEY FOR  PLAINTIFF

Insert name of court and name of judicial district and branch if any.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SHORT TITLE OF CASE:

ROMERO v. FIDELITY NATIONAL, et al.

| INVOICE NO. | DATE: | TIME: | DEP./DIV. | CASE NUMBER: |
|---|---|---|---|---|
| 202279 | | | | CV083391 |

PROOF OF SERVICE

1. At the time of service I was at least 18 years of age and not a party to this action, and I SERVED COPIES of the:

SUMMONS IN A CIVIL ACTION; CLASS ACTION COMPLAINT; CIVIL COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; U.S. DISTRICT COURT, SAN FRANCISCO OFFICE HOURS; ECF REGISTRATION INFORMATION HANDOUT.

2. a. Party served:   SECURITY UNION TITLE INSURANCE
                      COMPANY by serving CT CORPORATION SYSTEMS, INC.
   b. Person served: MARGARET WILSON
                      Clerk
   c. Address: 818 W SEVENTH ST
                SECOND FLOOR
                LOS ANGELES CA 90017

3. Manner of Service in compliance with: Federal Rules of Procedure

4. I served the party named in item 2

      a. BY PERSONALLY DELIVERING the copies (1) On: 07/17/08 (2) At: 1:15PM

5. Person serving: EDWIN R. HERNANDEZ          Fee for service $       .00

APEX ATTORNEY SERVICES          d.  Registered California process server
1055 WEST SEVENTH STREET        (1) [ X ] Employee or [    ] Independent Contractor
LOS ANGELES, CA 90017           (2) Registration No. 3104
213-488-1500 FAX                (3) County: LOS ANGELES
                                (4) Expiration:

I declare under penalty of perjury, under the laws of the of California, and of the United States of America that the foregoing is true and correct.

DATE:  08/08/08                    >
                                      SIGNATURE

EXHIBIT E

| ATTORNEY OR PARTY WITHOUT ATTORNEY   (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| GIRARD GIBBS LLP<br>601 CALIFORNIA ST<br>STE 1400<br>SAN FRANCISCO CA 94108 | 415 981-4800<br><br>Ref. No. or File No. | |

ATTORNEY FOR    PLAINTIFF

Insert name of court and name of judicial district and branch if any.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SHORT TITLE OF CASE:

ROMERO v. FIDELITY NATIONAL, et al.

| INVOICE NO. | DATE: | TIME: | DEP./DIV. | CASE NUMBER: |
|---|---|---|---|---|
| 202281 | | | | CV083391 |

PROOF OF SERVICE

1. At the time of service I was at least 18 years of age and not a party to this action, and I SERVED COPIES of the:

SUMMONS IN A CIVIL ACTION; CLASS ACTION COMPLAINT; CIVIL COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; U.S. DISTRICT COURT, SAN FRANCISCO OFFICE HOURS; ECF REGISTRATION INFORMATION HANDOUT.

2. a. Party served:   NATIONAL TITLE INSURANCE
                      COMPANY OF NEW YORK, INC., by serving CT CORPORATION
                      SYSTEMS, INC.
   b. Person served: MARGARET WILSON
                      Clerk
   c. Address: 818 W SEVENTH ST
               SECOND FLOOR
               LOS ANGELES CA 90017

3. Manner of Service in compliance with: Federal Rules of Procedure

4. I served the party named in item 2

   a. BY PERSONALLY DELIVERING the copies (1) On: 07/17/08 (2) At: 1:15PM

5. Person serving: EDWIN R. HERNANDEZ        Fee for service $        .00

APEX ATTORNEY SERVICES                d.  Registered California process server
1055 WEST SEVENTH STREET              (1) [ X ] Employee or [   ] Independent Contractor
LOS ANGELES, CA 90017                 (2) Registration No. 3104
213-488-1500 FAX                      (3) County: LOS ANGELES
                                      (4) Expiration:

I declare under penalty of perjury, under the laws of the of California, and of the United States of America that the foregoing is true and correct.

DATE: 08/08/08                        >
                                      SIGNATURE

EXHIBIT F

| ATTORNEY OR PARTY WITHOUT ATTORNEY   (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| GIRARD GIBBS LLP<br>601 CALIFORNIA ST<br>STE 1400<br>SAN FRANCISCO CA 94108 | 415 981-4800<br><br>Ref. No. or File No. | |

ATTORNEY FOR   PLAINTIFF

Insert name of court and name of judicial district and branch if any.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SHORT TITLE OF CASE:

ROMERO v. FIDELITY NATIONAL, et al.

| INVOICE NO. | DATE: | TIME: | DEP./DIV. | CASE NUMBER: |
|---|---|---|---|---|
| 202282 | | | | CV083391 |

PROOF OF SERVICE

1. At the time of service I was at least 18 years of age and not a party to this action, and I SERVED COPIES of the:

SUMMONS IN A CIVIL ACTION; CLASS ACTION COMPLAINT; CIVIL COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; U.S. DISTRICT COURT, SAN FRANCISCO OFFICE HOURS; ECF REGISTRATION INFORMATION HANDOUT.

2. a. Party served:   UNITED GENERAL TITLE INSURANCE
                      COMPANY by serving CT CORPORATION SYSTEMS, INC.
   b. Person served: MARGARET WILSON
                      Clerk
   c. Address: 818 W SEVENTH ST
               SECOND FLOOR
               LOS ANGELES CA 90017

3. Manner of Service in compliance with: Federal Rules of Procedure

4. I served the party named in item 2

   a. BY PERSONALLY DELIVERING the copies (1) On: 07/17/08 (2) At: 1:15PM

5. Person serving: EDWIN R. HERNANDEZ          Fee for service $        .00

APEX ATTORNEY SERVICES          d.  Registered California process server
1055 WEST SEVENTH STREET        (1) [ X ] Employee or [    ] Independent Contractor
LOS ANGELES, CA 90017           (2) Registration No. 3104
213-488-1500 FAX                (3) County: LOS ANGELES
                                (4) Expiration:

I declare under penalty of perjury, under the laws of the of California, and of the United States of America that the foregoing is true and correct.

DATE: 08/08/08                          >
                            SIGNATURE

EXHIBIT G

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| GIRARD GIBBS LLP<br>601 CALIFORNIA ST<br>STE 1400<br>SAN FRANCISCO CA 94108 | 415 981-4800<br><br>Ref. No. or File No. | |

ATTORNEY FOR  PLAINTIFF

Insert name of court and name of judicial district and branch if any.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SHORT TITLE OF CASE:

ROMERO v. FIDELITY NATIONAL, et al.

| INVOICE NO. | DATE: | TIME: | DEP./DIV. | CASE NUMBER: |
|---|---|---|---|---|
| 202286 | | | | CV083391 |

PROOF OF SERVICE

1. At the time of service I was at least 18 years of age and not a party to this action, and I SERVED COPIES of the:

SUMMONS IN A CIVIL ACTION; CLASS ACTION COMPLAINT; CIVIL COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; U.S. DISTRICT COURT, SAN FRANCISCO OFFICE HOURS; ECF REGISTRATION INFORMATION HANDOUT.

2. a. Party served:  TICOR TITLE INSURANCE COMPANY
                      OF FLORIDA
   b. Person served:  MARGARET WILSON
                      Clerk
   c. Address: 818 W SEVENTH ST
               SECOND FLOOR
               LOS ANGELES CA 90017

3. Manner of Service in compliance with: Federal Rules of Procedure

4. I served the party named in item 2

   a. BY PERSONALLY DELIVERING the copies (1) On: 07/17/08 (2) At: 1:15PM

5. Person serving: EDWIN R. HERNANDEZ        Fee for service $      .00

APEX ATTORNEY SERVICES              d.  Registered California process server
1055 WEST SEVENTH STREET            (1) [ X ] Employee or [   ] Independent Contractor
LOS ANGELES, CA 90017               (2) Registration No. 3104
213-488-1500 FAX                    (3) County: LOS ANGELES
                                    (4) Expiration:

I declare under penalty of perjury, under the laws of the of California, and of the United States of America that the foregoing is true and correct.

DATE: 08/08/08                    >
                                  SIGNATURE

EXHIBIT H

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| GIRARD GIBBS LLP<br>601 CALIFORNIA ST<br>STE 1400<br>SAN FRANCISCO CA 94108 | 415 981-4800<br><br>Ref. No. or File No. | |

ATTORNEY FOR    PLAINTIFF

Insert name of court and name of judicial district and branch if any.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SHORT TITLE OF CASE:

ROMERO v. FIDELITY NATIONAL, et al.

| INVOICE NO. | DATE: | TIME: | DEP./DIV. | CASE NUMBER: |
|---|---|---|---|---|
| 202287 | | | | CV083391 |

PROOF OF SERVICE

1. At the time of service I was at least 18 years of age and not a party to this action, and I SERVED COPIES of the:

SUMMONS IN A CIVIL ACTION; CLASS ACTION COMPLAINT; CIVIL COVER SHEET;
ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;
U.S. DISTRICT COURT, SAN FRANCISCO OFFICE HOURS; ECF REGISTRATION
INFORMATION HANDOUT.

2. a. Party served:   TICOR TITLE INSURANCE COMPANY
                      by serving CT CORPORATION SYSTEMS, INC.
   b. Person served: MARGARET WILSON
                      Authorized to Accept
   c. Address: 818 W SEVENTH ST
               SECOND FLOOR
               LOS ANGELES CA 90017

3. Manner of Service in compliance with: Federal Rules of Procedure

4. I served the party named in item 2

   a. BY PERSONALLY DELIVERING the copies (1) On: 07/17/08 (2) At: 1:15PM

5. Person serving: EDWIN R. HERNANDEZ        Fee for service $        .00

APEX ATTORNEY SERVICES            d.  Registered California process server
1055 WEST SEVENTH STREET          (1) [ X ] Employee or [   ] Independent Contractor
LOS ANGELES, CA 90017             (2) Registration No. 3104
213-488-1500 FAX                  (3) County: LOS ANGELES
                                  (4) Expiration:

I declare under penalty of perjury, under the laws of the of California, and of the United States of America that the foregoing is true and correct.

DATE: 08/08/08                    >
                                  SIGNATURE

EXHIBIT I

| ATTORNEY OR PARTY WITHOUT ATTORNEY   (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| GIRARD GIBBS LLP<br>601 CALIFORNIA ST<br>STE 1400<br>SAN FRANCISCO CA 94108 | 415 981-4800<br><br>Ref. No. or File No. | |

ATTORNEY FOR   PLAINTIFF

Insert name of court and name of judicial district and branch if any.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SHORT TITLE OF CASE:

ROMERO v. FIDELITY NATIONAL, et al.

| INVOICE NO. | DATE: | TIME: | DEP./DIV. | CASE NUMBER: |
|---|---|---|---|---|
| 202288 | | | | CV083391 |

PROOF OF SERVICE

1. At the time of service I was at least 18 years of age and not a party to this action, and I SERVED COPIES of the:

SUMMONS IN A CIVIL ACTION; CLASS ACTION COMPLAINT; CIVIL COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; U.S. DISTRICT COURT, SAN FRANCISCO OFFICE HOURS; ECF REGISTRATION INFORMATION HANDOUT.

2. a. Party served:   FIRST AMERICA TITLE INSURANCE
                        COMPANY
   b. Person served: ALBERT RUSH
                      Authorized to Accept
   c. Address: 1 FIRST AMERICAN WAY
               SANTA ANA CA 92707

3. Manner of Service in compliance with: Federal Rules of Procedure

4. I served the party named in item 2

   a. BY PERSONALLY DELIVERING the copies (1) On: 07/29/08 (2) At: 3:38PM

5. Person serving: EDWIN R. HERNANDEZ        Fee for service $       .00

APEX ATTORNEY SERVICES            d.  Registered California process server
1055 WEST SEVENTH STREET          (1) [ X ] Employee or [   ] Independent Contractor
LOS ANGELES, CA 90017             (2) Registration No. 3104
213-488-1500 FAX                  (3) County: LOS ANGELES
                                  (4) Expiration:

I declare under penalty of perjury, under the laws of the of California, and of the United States of America that the foregoing is true and correct.

DATE: 08/08/08                    >
                                  SIGNATURE

# EXHIBIT J

| ATTORNEY OR PARTY WITHOUT ATTORNEY   (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| GIRARD GIBBS LLP<br>601 CALIFORNIA ST<br>STE 1400<br>SAN FRANCISCO CA 94108 | 415 981-4800<br><br>Ref. No. or File No. | |

ATTORNEY FOR    PLAINTIFF

Insert name of court and name of judicial district and branch if any.
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SHORT TITLE OF CASE:
ROMERO v. FIDELITY NATIONAL, et al.

| INVOICE NO. | DATE: | TIME: | DEP./DIV. | CASE NUMBER: |
|---|---|---|---|---|
| 202289 | | | | CV083391 |

PROOF OF SERVICE

1. At the time of service I was at least 18 years of age and not a party to this action, and I SERVED COPIES of the:

SUMMONS IN A CIVIL ACTION; CLASS ACTION COMPLAINT; CIVIL COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; U.S. DISTRICT COURT, SAN FRANCISCO OFFICE HOURS; ECF REGISTRATION INFORMATION HANDOUT.

2. a. Party served:   LANDAMERICA FINANCIAL GROUP,
                 INC., by serving CT CORPORATION SYSTEMS, INC.
   b. Person served: ANNA M. KING
                 Authorized to Accept
   c. Address: 5600 COX ROAD
               GLEN ALLEN VA 23060

3. Manner of Service in compliance with: Federal Rules of Procedure

4. I served the party named in item 2

    a. BY PERSONALLY DELIVERING the copies (1) On: 08/04/08 (2) At: 11:35AM

5. Person serving: KENNETH B. CONDREY        Fee for service $        .00

APEX ATTORNEY SERVICES          d.  Registered California process server
1055 WEST SEVENTH STREET        (1) [  ] Employee or [ x ] Independent Contractor
LOS ANGELES, CA 90017           (2) Registration No.
213-488-1500 FAX                (3) County:
                                (4) Expiration:

I declare under penalty of perjury, under the laws of the of California, and of the United States of America that the foregoing is true and correct.

DATE: 08/08/08                        >
                                 SIGNATURE   Kenne B. Condrey