1  BARRACK, RODOS & BACINE
   STEPHEN R. BASSER (121590)
2  sbasser@barrack.com
   JOHN L. HAEUSSLER (215044)
3  jhaeussler@barrack.com
   One America Plaza
4  600 West Broadway, Suite 900
   San Diego, CA 92101
5  Telephone: (619) 230-0800
   Facsimile: (619) 230-1874
6
   [Additional counsel listed on signature page]
7
   Attorneys for Plaintiff Lisa Laurian Downing
8

9

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12

13  In re CALIFORNIA TITLE INSURANCE   )  Case No.: 08-cv-1341-JSW
    ANTITRUST LITIGATION               )
14                                     )  CLASS ACTION
                                       )
15  THIS DOCUMENT RELATES TO:          )  NOTICE OF ADMINISTRATIVE
                                       )  MOTION AND ADMINISTRATIVE
16      ALL ACTIONS.                   )  MOTION TO RELATE CASE 08-CV-
                                       )  1341-JSW WITH 08-CV-3606-VRW
17                                     )
                                       )
18                                     )  DEMAND FOR JURY TRIAL
                                       )

NOT. OF ADMIN. MOTION & ADMIN. MOTION TO RELATE CASES
Case No.: 08-CV-1341-JSW

## I. INTRODUCTION

Pursuant to Local Rule 3-12, and the order of this Court dated July 24, 2008 issued in *In re California Title Insurance Antitrust Litigation,* 08-CV-1341-JSW, Lisa Laurian Downing hereby submits this request to relate *Downing v. Fidelity, et al.*, 08-CV-3606-VRW with *In re California Title Insurance Antitrust Litigation*, 08-CV-1341-JSW, a consolidated case pending before this Court.

Since March 10, 2008, five title insurance price-fixing actions have been filed against substantially similar defendants, based on substantially similar facts and circumstances which are now pending in the United States District Court, Northern District of California.

On July 24, 2008, this Court ordered that four of these cases, *Barton v. Fidelity, et al.*, 08-CV-1341-JWS, *Gentilcore v. Fidelity National Financial, Inc., et al.*, 08-CV-1374-JWS, *Blackwell v. Fidelity Financial, Inc., et al.*, 08-CV-1928-MEJ, and *Romero v. Fidelity National Financial, Inc.*, 08-CV-3391-JWS, be consolidated and identified as *In re California Title Insurance Antitrust Litigation*, Civil Action No. 08-CV-1341-JSW (the "Consolidated Action"). The Court further ordered that all subsequently filed cases that arose out of the same facts and circumstances as the Consolidated Action be consolidated once brought to the Court's attention. Thereafter on July 28, 2008 *Downing v. Fidelity, et al.*, was filed along with a notice of pendency of other actions identifying and discussing this Court's July 24, 2008 consolidation order and the Consolidated Action.

## II. ARGUMENT

Both *Downing v. Fidelity, et al.*, and the Consolidated Action allege that Defendant title insurers ("Title Insurers") engaged in anticompetitive conduct in violation of Section 1 of the Sherman Antitrust Act of 1890, 15 U.S.C. § 1, the California Business and Professional Code and unjust enrichment.

All of the essential claims, allegations and causes of action in the *Downing v. Fidelity, et al.*, and the Consolidated Action are not only similar, but charge essentially the same parties with wrongdoing. Both *Downing v. Fidelity, et al.*, and the Consolidated Action will involve similar issues related to any motions to dismiss, class certification and summary judgment.

1    Given that *Downing v. Fidelity, et al.*, and the Consolidated Action involve substantially
2    similar claims and arise from a common nucleus of facts involving alleged price-fixing, it would
3    conserve the resources of the Court and the parties to have this action related and consolidated
4    with *In re California Title Insurance Antitrust Litig.*, 08-CV-1341-JSW. Absent such relation,
5    parallel proceeding involving the same parties and the same claims arising from the same set of
6    facts would occur almost simultaneously before two different judges sitting in the same district.

**III.    CONCLUSION**

For the foregoing and above-referenced reasons, it is respectfully requested that *Downing v. Fidelity, et al.*, be related with *In re California Title Insurance Antitrust Litigation*, currently pending before this Court.

DATED: August 20, 2008

BARRACK, RODOS & BACINE
STEPHEN R. BASSER
JOHN L. HAEUSSLER

_____
STEPHEN R. BASSER

One America Plaza
600 West Broadway, Suite 900
San Diego, CA 92101
Telephone: (619) 230-0800

BARRACK, RODOS & BACINE
DANIEL E. BACINE
JEFFREY GITTLEMAN
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-0600

Attorneys for Plaintiff Lisa Laurian Downing

# CERTIFICATE OF SERVICE

*In re California Title Insurance Antitrust Litigation*
Case No. 08-CV-1341-VRM

I, the undersigned, state that I am employed in the City and County of San Diego, State of California; that I am over the age of eighteen (18) years and not a party to the within action; that I am employed at Barrack, Rodos & Bacine, 402 West Broadway, Suite 850, San Diego, California 92101; and that on August 20, 2008, I served a true copy of the attached:

**NOTICE OF ADMINISTRATIVE MOTION AND ADMINISTRATIVE MOTION TO RELATE CASES 08-CV-1341-JSW WITH 08-CV-3606-VRW**

to the parties listed on the attached Service List by the following means of service:

☒ **BY E-FILE:** I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

☒ **BY E-MAIL**: I e-mailed a true copy addressed as indicated in the attached Service List, on the above-mentioned date.

☒ **BY MAIL:** I placed a true copy as a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List, on the above-mentioned date. I am familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business and there is a regular communication by mail between the place of mailing and the place so addressed.

☒ **BY OVERNIGHT UPS DELIVERY:** I placed a true copy in a sealed envelope and addressed to the parties listed on the attached Service List, on the above-mentioned date. It was deposited with UPS on that same day in the ordinary course of business and there is a regular communication via UPS between the place of mailing and the place so addressed.

☐ To the parties listed below by the following means of service:
**BY PERSONAL SERVICE/HAND DELIVERY:**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 20th day of August, 2008.

TARA R. BURD

**SERVICE LIST**
**California Title Insurance**

| **Attorneys for Defendants THE FIRST AMERICAN CORPORATION, FIRST AMERICAN TITLE INSURANCE COMPANY, and UNITED GENERAL TITLE INSURANCE COMPANY** | **Attorneys for Defendant NATIONAL TITLE INSURANCE OF NEW YORK, INC.** |
|---|---|
| James I. Serota, Esq. (serotaj@gtlaw.com) Kenneth Lapatine, Esq. (lapatinek@gtlaw.com) Stephen L. Saxl, Esq. (saxls@gtlaw.com) Anastasia Angelova, Esq. (angelovaa@gtlaw.com) GREENBERG TRAURIG, LLP 200 Park Avenue New York, NY 10166 Telephone: (212) 801-9200 Facsimile:  (212) 801-6400 | Kris Hue Chau Man (kman@dl.com) Margaret Anne Keane (mkeane@dl.com) DEWEY & LEBOEUF LLP One Embarcadero Center Suite 400 San Francisco, CA 94111 Telephone: (415) 951-1100 Facsimile:  (415) 951-1180 |
| Frank E. Meredith, Jr. (meredithf@gtlaw.com) GREENBERG TRAURIG LLP 2450 Colorado Avenue Suite 400E Santa Monica, CA 90404 Telephone: (310) 586-7700 Facsimile:  (310) 586-7800 | |

**Attorney for Defendants FIDELITY NATIONAL FINANCIAL, INC., FIDELITY NATIONAL TITLE INSURANCE COMPANY, TICOR TITLE INSURANCE COMPANY, TICOR TITLE INSURANCE COMPANY OF FLORIDA, CHICAGO TITLE INSURANCE COMPANY AND SECURITY UNION TITLE INSURANCE COMPANY**

Bryan Sullivan, Esq.
(bsullivan@chrisglase.com)
CHRISTENSEN, GLASER, FINK,
  JACOBS, WEIL & SHAPIRO, LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, CA 90067
Telephone: (310) 556-7819
Facsimile: (310) 556-2920

**Attorney for Defendants LANDAMERICA FINANCIAL GROUP, INC., COMMONWEALTH LAND TITLE INSURANCE CORP., LAWYERS TITLE INSURANCE CORPORATION AND TRANSNATION TITLE INSURANCE COMPANY**

Phillip E. Stano
(phillip.stano@sutherland.com)
SUTHERLAND
1275 Pennsylvania Ave., NW
Washington, DC 20004-2415
Telephone: (202) 383-0261
Facsimile: (202) 637-3563

**Attorney for Defendants STEWART TITLE GUARANTY COMPANY AND STEWART TITLE INSURANCE COMPANY**

Samuel R. Miller, Esq.
(srmiller@sidley.com)
SIDLEY AUSTIN LLP
555 California St.
San Francisco, CA 94104
Telephone: (415) 772-7447
Facsimile: (415) 772-7400

| **Defendant OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY** | **Defendant OLD REPUBLIC INTERNATIONAL CORPORATION** |
|---|---|
| **R Wayne Shupe<br>555 12th Street, Suite 2150<br>Oakland, CA 94607-4046 | **307 North Michigan Avenue<br>Chicago, IL 60601<br>Telephone: (312) 346-8100 |

**Attorneys for Plaintiff LISA GENTILCORE**

Reed R. Kathrein
(reed@hbsslaw.com)
Jeff D. Friedman
(jefff@hbsslaw.com)
HAGGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001

**Attorneys for Plaintiffs RUBEN ROMERO AND SARAH YAHN**

Daniel C. Girard
(dcg@girardgibbs.com)
Aaron M. Sheanin
(ams@girardgibbs.com)
Alex C. Turan
(act@girardgibbs.com)
Elizabeth Cheryl Pritzker
(ecp@girardgibbs.com)
GIRARD GIBBS LLP
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile:  (415) 981-4846

**Attorneys for Plaintiff LYNN BARTON**

Jeff D. Friedman
(jefff@hbsslaw.com)
Reed R. Kathrein
(reed@hbsslaw.com)
HAGGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001

Anthony D. Shapiro
(tony@hbsslaw.com)
Steve W. Berman
(reed@hbsslaw.com)
Thomas Eric Loeser
(toml@ hbsslaw.com)
HAGGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seatlle, WA 98101
Telephone: (206) 623-0594
Facsimile:  (206) 623-0594

** Via UPS

**Attorneys for Plaintiff LISA BLACKWELL**

Donald Chidi Amamgbo
(Donald@amamgbolaw.com)
AMAMBGO & ASSOCIATES
123 Oakport, Suite 4900
Oakland, CA 94621
Telephone: (510) 615-6000
Facsimile:  (510) 615-6025

Reginald Von Terrell
(reggiet@aol.com)
THE TERRELL LAW GROUP
229 25th Street
Richmond, CA 94804
Telephone: (510) 237-9700
Facsimile:  (510) 237-4616