BARRACK, RODOS & BACINE
STEPHEN R. BASSER (121590)
sbasser@barrack.com
JOHN L. HAEUSSLER (215044)
jhaeussler@barrack.com
One America Plaza
600 West Broadway, Suite 900
San Diego, CA 92101
Telephone: (619) 230-0800
Facsimile: (619) 230-1874

[Additional counsel listed on signature page]

Attorneys for Plaintiff Lisa Laurian Downing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re CALIFORNIA TITLE INSURANCE ANTITRUST LITIGATION | Case No.: 08-cv-1341-JSW |
| | CLASS ACTION |
| THIS DOCUMENT RELATES TO: | |
| ALL ACTIONS. | STIPULATION AND [PROPOSED] ORDER RELATING CASES |

1   Plaintiff, Lisa Laurian Downing, and Defendants Fidelity National Financial, Inc.,

2   Fidelity National Title Insurance Company, Ticor Title Insurance Company, Ticor Title

3   Insurance Company of Florid, Chicago Title Insurance Company, National Title Insurance of

4   New York, Inc., Security Union Title Insurance Company, The First American Corporation,

5   First American Title Insurance company, LandAmerica Financial Group, Inc., Commonwealth

6   Land Title Insurance Company, Lawyers Title Insurance Corporation, Transnation Title

7   Insurance Company, Stewart Title Guaranty Company and Stewart Title Insurance Company

8   (collectively "Defendants") by and through their respective counsel of record, hereby stipulate

9   as follows:

10   WHEREAS, both Plaintiff and Defendants agree that *Downing v. Fidelity, et al.*, 08-CV-

11   3606-VRW and *In re California Title Insurance Antitrust Litigation*, 08-CV-1341-JSW actions

12   all raise substantially similar claims, issues and allegations; and

13   WHEREAS, relating such cases is in the interest of judicial economy and the economy

14   of parties;

15   IT IS HEREBY STIPULATED by and between the parties referenced below, through

16   their respective counsel that the following actions are to be related in this Court: *Downing v.*

17   *Fidelity, et al.*, 08-CV-3606-VRW and *In re California Title Antitrust Litigation*, 08-CV-1341-

18   JSW.

19   DATED: August 20, 2008                    BARRACK, RODOS & BACINE
                                               STEPHEN R. BASSER
20                                             JOHN L. HAEUSSLER

21

22                                             JOHN L. HAEUSSLER

23                                             One America Plaza
                                               600 West Broadway, Suite 900
24                                             San Diego, CA 92101
                                               Telephone: (619) 230-0800
25

26

27

28
                                               1

1                                  BARRACK, RODOS & BACINE

GERRY J. RODOS

2                                  JEFFREY B. GITTLEMAN

3300 Two Commerce Square

3                                  2001 Market Street

Philadelphia, PA 19103

4                                  Telephone: (215) 963-0600

5                                  Attorneys for Plaintiff Lisa Laurian Downing

DATED: August 20, 2008          GREENBERG TRAURIG, LLP

6                                  FRANK E. MERIDETH, JR.

7

8                                  FRANK E. MERIDETH, JR.

9                                  2450 Colorado Avenue

Suite 400E

10                                Santa Monica, CA 90404

Telephone: (310) 586-7700

11                                Facsimile: (310) 586-7800

12                                GREENBERG TRAURIG, LLP

JAMES I. SEROTA

13                                KENNETH LAPATINE

STEPHEN L. SAXL

14                                200 Park Avenue

New York, NY 10166

15                                Telephone: (212) 801-9200

Facsimile: (212) 801-6400

16

Attorneys for Defendants The First American

17                                Corporation, First American Title Insurance

Company, and United General Title

18                                Insurance Company

19

20

21

22

23

24

25

26

27

28

STIP. & [PROP.] ORDER RELATING CASES

Case No.: 08-CV-1341-JSW

1  DATED: August 20, 2008          CHRISTENSEN, GLASER, FINK,
                                     JACOBS, WEIL & SHAPIRO, LLP
2                                    BRIAN SULLIVAN

3                                    _Brian Sullivan / by permission_
4                                    BRIAN SULLIVAN          AAA

5                                    10250 Constellation Boulevard, 19th Floor
                                     Los Angeles, CA 90067
6                                    Telephone: (310) 556-7819
                                     Facsimile: (310) 556-2920
7
                                     SIMPSON THACHER & BARTLETT LLP
8                                    BARRY R. OSTRAGER
                                     KEVIN L. ARQUIT
9                                    PATRICK T. SHILLING
                                     425 Lexington Avenue
10                                   New York, NY 10017-3954
                                     Telephone: (212) 455-2000
11                                   Facsimile: (212) 455-2502

12                                   Attorney for Defendants Fidelity National
                                     Financial, Inc., Fidelity National Title
13                                   Insurance Company, Ticor Title Insurance
                                     Company, Ticor Title Insurance Company of
14                                   Florid, Chicago Title Insurance Company,
                                     and Security Union Title Insurance Company
15  DATED: August 20, 2008          SIDLEY AUSTIN LLP
                                     SAMUEL R. MILLER
16

17                                   _Samuel R. Miller / by permission_
18                                   SAMUEL R. MILLER        AAA

19                                   555 California St.
                                     San Francisco, CA 94104
20                                   Telephone: (415) 772-7447
                                     Facsimile: (415) 772-7400
21
                                     FULBRIGHT & JAWORSKI L.L.P.
22                                   MARK A. ROBERTSON
                                     DAVID M. FOSTER
23                                   666 Fifth Avenue
                                     New York, NY 10103
24                                   Telephone: (212) 318-3304
                                     Facsimile: (212) 318-3400
25
                                     Attorneys for Defendants Stewart Title
26                                   Guaranty Company and Stewart Title
                                     Insurance Company
27

28

                                   3

1 | DATED: August 20, 2008

2

                                    SEVERSON & WERSON
                                    MARK JOSEPH KENNY

3

4                                   *Mark Joseph Kenny/by permission*
                                    MARK JOSEPH KENNY        *AKA*

5                                   One Embarcadero Center, Ste. 2600
                                    San Francisco, CA 94111
6                                   Telephone: (415) 677-5505
                                    Facsimile: (415) 956-0439
7
                                    SUTHERLAND ASBILL &
8                                     BRENNAN, LLP
                                    PHILLIP STANO
9                                   1275 Pennsylvania Avenue, NW
                                    Washington, D.C. 20004-2415
10                                  Telephone: (202) 383-0261
                                    Facsimile: (202) 637-3539
11
                                    Attorneys for Defendants LandAmerica
12                                  Financial Group, Inc., Commonwealth Land
                                    Title Insurance Company, Lawyers Title
13                                  Insurance Corporation, and Transnation Title
                                    Insurance Co.
14

15

16 | DATED: August 20, 2008

                                    DEWEY & LEBOEUF LLP
                                    MARGARET A. KEANE
17

18                                  *Margaret A. Keane/by permission*
19                                  MARGARET A. KEANE         *AKA*

20                                  One Embarcadero Center, Suite 400
                                    San Francisco, CA 94111
21                                  Telephone: (415) 951-1100
                                    Facsimile: (415) 951-1180
22
                                    Attorneys for Defendant National Title
23                                  Insurance of New York, Inc.

24
                                    * * *
25
                                    **ORDER**
26
     PURSUANT TO STIPULATION, IT IS SO ORDERED that *In re California Title*
27
*Insurance Antitrust Litigation*, 08-CV-1341-JSW and *Downing v. Fidelity, et al.*, 08-CV-3606-
28

4

1   VRW, actions are to be related and all further proceedings in the above-referenced actions will

2   be before this Court.

3   DATED: _____, 2008

4                                                    _____
                                                     UNITED STATES DISTRICT COURT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                                    5

1

## CERTIFICATE OF SERVICE

2

*In re California Title Insurance Antitrust Litigation*
Case No. 08-CV-1341-JSW

3

4        I, the undersigned, state that I am employed in the City and County of San Diego, State
of California; that I am over the age of eighteen (18) years and not a party to the within action;

5        that I am employed at Barrack, Rodos & Bacine, 402 West Broadway, Suite 850, San Diego,
California 92101; and that on August 20, 2008, I served a true copy of the attached:

6

7

## STIPULATION AND [PROPOSED] ORDER RELATING CASES

8

to the parties listed on the attached Service List by the following means of service:

9

☒    **BY E-FILE:**  I electronically filed the foregoing with the Clerk of the Court using the
CM/ECF system.

10

11

☒    **BY E-MAIL**: I e-mailed a true copy addressed as indicated in the attached Service List,
on the above-mentioned date.

12

☒    **BY MAIL**:    I placed a true copy as a sealed envelope with postage thereon fully
prepaid and addressed to the parties listed on the attached Service List, on the above-

13      mentioned date.  I am familiar with the firm's practice of collection and processing
correspondence for mailing.  It is deposited with the U.S. Postal Service on that same

14      day in the ordinary course of business and there is a regular communication by mail
between the place of mailing and the place so addressed.

15

16

☒    **BY OVERNIGHT UPS DELIVERY:**      I placed a true copy in a sealed envelope
and addressed to the parties listed on the attached Service List, on the above-mentioned

17      date.  It was deposited with UPS on that same day in the ordinary course of business and
there is a regular communication via UPS between the place of mailing and the place so

18      addressed.

19

☐    **BY PERSONAL SERVICE/HAND DELIVERY:**

20

21        I declare under penalty of perjury under the laws of the State of California that the
foregoing is true and correct.  Executed this 20th day of August, 2008.

22

23

24                                                TARA R. BURD

25

26

27

28

STIP. & [PROP.] ORDER RELATING CASES
Case No. 08-CV-1341-JSW
*NY 239,099,333v1 8-15-08*

## SERVICE LIST
### California Title Insurance

**Attorneys for Defendants THE FIRST AMERICAN CORPORATION, FIRST AMERICAN TITLE INSURANCE COMPANY, and UNITED GENERAL TITLE INSURANCE COMPANY**

James I. Serota, Esq.
(serotaj@gtlaw.com)
Kenneth Lapatine, Esq.
(lapatinek@gtlaw.com)
Stephen L. Saxl, Esq.
(saxls@gtlaw.com)
Anastasia Angelova, Esq.
(angelovaa@gtlaw.com)
GREENBERG TRAURIG, LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400

Frank E. Meredith, Jr.
(meredithf@gtlaw.com)
GREENBERG TRAURIG LLP
2450 Colorado Avenue
Suite 400E
Santa Monica, CA 90404
Telephone: (310) 586-7700
Facsimile: (310) 586-7800

**Attorneys for Defendant NATIONAL TITLE INSURANCE OF NEW YORK, INC.**

Kris Hue Chau Man
(kman@dl.com)
Margaret Anne Keane
(mkeane@dl.com)
DEWEY & LEBOEUF LLP
One Embarcadero Center
Suite 400
San Francisco, CA 94111
Telephone: (415) 951-1100
Facsimile: (415) 951-1180

**<u>Attorney for Defendants FIDELITY
NATIONAL FINANCIAL, INC.,
FIDELITY NATIONAL TITLE
INSURANCE COMPANY, TICOR
TITLE INSURANCE COMPANY,
TICOR TITLE INSURANCE COMPANY
OF FLORIDA, CHICAGO TITLE
INSURANCE COMPANY AND
SECURITY UNION TITLE INSURANCE
COMPANY</u>**

Bryan Sullivan, Esq.
(bsullivan@chrisglase.com)
CHRISTENSEN, GLASER, FINK,
  JACOBS, WEIL & SHAPIRO, LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, CA 90067
Telephone: (310) 556-7819
Facsimile:  (310) 556-2920

**<u>Attorney for Defendants
LANDAMERICA FINANCIAL GROUP,
INC., COMMONWEALTH LAND
TITLE INSURANCE CORP., LAWYERS
TITLE INSURANCE CORPORATION
AND TRANSNATION TITLE
INSURANCE COMPANY</u>**

Phillip E. Stano
(phillip.stano@sutherland.com)
SUTHERLAND
1275 Pennsylvania Ave., NW
Washington, DC 20004-2415
Telephone: (202) 383-0261
Facsimile:  (202) 637-3563

**Attorney for Defendants STEWART
TITLE GUARANTY COMPANY AND
STEWART TITLE INSURANCE
COMPANY**

Samuel R. Miller, Esq.
(srmiller@sidley.com)
SIDLEY AUSTIN LLP
555 California St.
San Francisco, CA 94104
Telephone: (415) 772-7447
Facsimile:  (415) 772-7400

**Defendant OLD REPUBLIC NATIONAL
TITLE INSURANCE COMPANY**

**R Wayne Shupe
555 12th Street, Suite 2150
Oakland, CA 94607-4046

**Defendant OLD REPUBLIC
INTERNATIONAL CORPORATION**

**307 North Michigan Avenue
Chicago, IL 60601
Telephone: (312) 346-8100

**Attorneys for Plaintiff LISA GENTILCORE**

Reed R. Kathrein
(reed@hbsslaw.com)
Jeff D. Friedman
(jefff@hbsslaw.com)
HAGGENS BERMAN SOBOL SHAPIRO
  LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001

**Attorneys for Plaintiff LYNN BARTON**

Jeff D. Friedman
(jefff@hbsslaw.com)
Reed R. Kathrein
(reed@hbsslaw.com)
HAGGENS BERMAN SOBOL SHAPIRO
  LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001

Anthony D. Shapiro
(tony@hbsslaw.com)
Steve W. Berman
(reed@hbsslaw.com)
Thomas Eric Loeser
(toml@ hbsslaw.com)
HAGGENS BERMAN SOBOL SHAPIRO
  LLP
1301 Fifth Avenue, Suite 2900
Seatlle, WA 98101
Telephone: (206) 623-0594
Facsimile:  (206) 623-0594

** Via UPS

**Attorneys for Plaintiffs RUBEN ROMERO AND SARAH YAHN**

Daniel C. Girard
(dcg@girardgibbs.com)
Aaron M. Sheanin
(ams@girardgibbs.com)
Alex C. Turan
(act@girardgibbs.com)
Elizabeth Cheryl Pritzker
(ecp@girardgibbs.com)
GIRARD GIBBS LLP
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile:  (415) 981-4846

**Attorneys for Plaintiff LISA BLACKWELL**

Donald Chidi Amamgbo
(Donald@amamgbolaw.com)
AMAMBGO & ASSOCIATES
123 Oakport, Suite 4900
Oakland, CA 94621
Telephone: (510) 615-6000
Facsimile:  (510) 615-6025

Reginald Von Terrell
(reggiet@aol.com)
THE TERRELL LAW GROUP
229 25th Street
Richmond, CA 94804
Telephone: (510) 237-9700
Facsimile:  (510) 237-4616