```
BARRACK, RODOS & BACINE
STEPHEN R. BASSER (121590)
sbasser@barrack.com
JOHN L. HAEUSSLER (215044)
jhaeussler@barrack.com
One America Plaza
600 West Broadway, Suite 900
San Diego, CA 92101
Telephone: (619) 230-0800
Facsimile: (619) 230-1874

[Additional counsel listed on signature page]

Attorneys for Plaintiff Lisa Laurian Downing
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re CALIFORNIA TITLE INSURANCE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS. | Case No.: 08-cv-1341-JSW<br><br>CLASS ACTION<br><br>STIPULATION AND [PROPOSED] ORDER RELATING CASES |

1  Plaintiff, Lisa Laurian Downing, and Defendants Fidelity National Financial, Inc., Fidelity National Title Insurance Company, Ticor Title Insurance Company, Ticor Title Insurance Company of Florid, Chicago Title Insurance Company, National Title Insurance of New York, Inc., Security Union Title Insurance Company, The First American Corporation, First American Title Insurance company, LandAmerica Financial Group, Inc., Commonwealth Land Title Insurance Company, Lawyers Title Insurance Corporation, Transnation Title Insurance Company, Stewart Title Guaranty Company and Stewart Title Insurance Company (collectively "Defendants") by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, both Plaintiff and Defendants agree that *Downing v. Fidelity, et al.*, 08-CV-3606-VRW and *In re California Title Insurance Antitrust Litigation*, 08-CV-1341-JSW actions all raise substantially similar claims, issues and allegations; and

WHEREAS, relating such cases is in the interest of judicial economy and the economy of parties;

IT IS HEREBY STIPULATED by and between the parties referenced below, through their respective counsel that the following actions are to be related in this Court: *Downing v. Fidelity, et al.*, 08-CV-3606-VRW and *In re California Title Antitrust Litigation*, 08-CV-1341-JSW.

DATED: August 20, 2008

BARRACK, RODOS & BACINE
STEPHEN R. BASSER
JOHN L. HAEUSSLER

/s/

JOHN L. HAEUSSLER

One America Plaza
600 West Broadway, Suite 900
San Diego, CA 92101
Telephone: (619) 230-0800

1

|     |                          |                                                                                                                                      |
|-----|--------------------------|--------------------------------------------------------------------------------------------------------------------------------------|
| 1   |                          | BARRACK, RODOS & BACINE<br>GERRY J. RODOS                                                                                             |
| 2   |                          | JEFFREY B. GITTLEMAN<br>3300 Two Commerce Square                                                                                      |
| 3   |                          | 2001 Market Street<br>Philadelphia, PA 19103                                                                                          |
| 4   |                          | Telephone: (215) 963-0600                                                                                                             |
| 5   | DATED: August 20, 2008   | Attorneys for Plaintiff Lisa Laurian Downing<br>GREENBERG TRAURIG, LLP                                                                |
| 6   |                          | FRANK E. MERIDETH, JR.                                                                                                                |
| 7   |                          | *Frank E. Merideth, Jr. /by permission*                                                                                               |
| 8   |                          | FRANK E. MERIDETH, JR.   AAA                                                                                                          |
| 9   |                          | 2450 Colorado Avenue<br>Suite 400E                                                                                                    |
| 10  |                          | Santa Monica, CA 90404<br>Telephone: (310) 586-7700                                                                                   |
| 11  |                          | Facsimile: (310) 586-7800                                                                                                             |
| 12  |                          | GREENBERG TRAURIG, LLP<br>JAMES I. SEROTA                                                                                             |
| 13  |                          | KENNETH LAPATINE<br>STEPHEN L. SAXL                                                                                                   |
| 14  |                          | 200 Park Avenue<br>New York, NY 10166                                                                                                 |
| 15  |                          | Telephone: (212) 801-9200<br>Facsimile: (212) 801-6400                                                                                |
| 16  |                          |                                                                                                                                       |
| 17  |                          | Attorneys for Defendants The First American Corporation, First American Title Insurance Company, and United General Title Insurance Company |
| 18  |                          |                                                                                                                                       |
| 19  |                          |                                                                                                                                       |
| 20  |                          |                                                                                                                                       |
| 21  |                          |                                                                                                                                       |
| 22  |                          |                                                                                                                                       |
| 23  |                          |                                                                                                                                       |
| 24  |                          |                                                                                                                                       |
| 25  |                          |                                                                                                                                       |
| 26  |                          |                                                                                                                                       |
| 27  |                          |                                                                                                                                       |
| 28  |                          |                                                                                                                                       |

STIP. & [PROP.] ORDER RELATING CASES
Case No.: 08-CV-1341-JSW

| | | |
|---|---|---|
| 1 | DATED: August 20, 2008 | CHRISTENSEN, GLASER, FINK, JACOBS, WEIL & SHAPIRO, LLP |
| 2 | | BRIAN SULLIVAN |

*Brian Sullivan / by permission*
_____
BRIAN SULLIVAN          AAA

10250 Constellation Boulevard, 19th Floor
Los Angeles, CA 90067
Telephone: (310) 556-7819
Facsimile: (310) 556-2920

SIMPSON THACHER & BARTLETT LLP
BARRY R. OSTRAGER
KEVIN L. ARQUIT
PATRICK T. SHILLING
425 Lexington Avenue
New York, NY 10017-3954
Telephone: (212) 455-2000
Facsimile: (212) 455-2502

Attorney for Defendants Fidelity National Financial, Inc., Fidelity National Title Insurance Company, Ticor Title Insurance Company, Ticor Title Insurance Company of Florid, Chicago Title Insurance Company, and Security Union Title Insurance Company

DATED: August 20, 2008

SIDLEY AUSTIN LLP
SAMUEL R. MILLER

*Samuel R. Miller / by permission*
_____
SAMUEL R. MILLER          AAA

555 California St.
San Francisco, CA 94104
Telephone: (415) 772-7447
Facsimile: (415) 772-7400

FULBRIGHT & JAWORSKI L.L.P.
MARK A. ROBERTSON
DAVID M. FOSTER
666 Fifth Avenue
New York, NY 10103
Telephone: (212) 318-3304
Facsimile: (212) 318-3400

Attorneys for Defendants Stewart Title Guaranty Company and Stewart Title Insurance Company

3

STIP. & [PROP.] ORDER RELATING CASES
Case No.: 08-CV-1341-JSW

| | | |
|---|---|---|
| 1 | DATED: August 20, 2008 | SEVERSON & WERSON |
| 2 | | MARK JOSEPH KENNY |

*[signature: Mark Joseph Kenny by permission ARM]*
_____
MARK JOSEPH KENNY

One Embarcadero Center, Ste. 2600
San Francisco, CA 94111
Telephone: (415) 677-5505
Facsimile: (415) 956-0439

SUTHERLAND ASBILL &
  BRENNAN, LLP
PHILLIP STANO
1275 Pennsylvania Avenue, NW
Washington, D.C. 20004-2415
Telephone: (202) 383-0261
Facsimile: (202) 637-3539

Attorneys for Defendants LandAmerica Financial Group, Inc., Commonwealth Land Title Insurance Company, Lawyers Title Insurance Corporation, and Transnation Title Insurance Co.

DATED: August 20, 2008

DEWEY & LEBOEUF LLP
MARGARET A. KEANE

*[signature: Margaret A. Keane by permission ARM]*
_____
MARGARET A. KEANE

One Embarcadero Center, Suite 400
San Francisco, CA 94111
Telephone: (415) 951-1100
Facsimile: (415) 951-1180

Attorneys for Defendant National Title Insurance of New York, Inc.

* * *

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that *In re California Title Insurance Antitrust Litigation*, 08-CV-1341-JSW and *Downing v. Fidelity, et al.*, 08-CV-3606-

4

STIP. & [PROP.] ORDER RELATING CASES
Case No.: 08-CV-1341-JSW

1  VRW, actions are to be related and all further proceedings in the above-referenced actions will
   be before this Court. Further, pursuant to the Court's prior Order, the Downing case shall be
2  subject to the consolidation order in 08-1341.

3  DATED: August 21, 2008

                                                    /s/ Jeffrey S. White
4                                                   UNITED STATES DISTRICT COURT JUDGE

**Attorney for Defendants FIDELITY NATIONAL FINANCIAL, INC., FIDELITY NATIONAL TITLE INSURANCE COMPANY, TICOR TITLE INSURANCE COMPANY, TICOR TITLE INSURANCE COMPANY OF FLORIDA, CHICAGO TITLE INSURANCE COMPANY AND SECURITY UNION TITLE INSURANCE COMPANY**

Bryan Sullivan, Esq.
(bsullivan@chrisglase.com)
CHRISTENSEN, GLASER, FINK,
  JACOBS, WEIL & SHAPIRO, LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, CA 90067
Telephone: (310) 556-7819
Facsimile:  (310) 556-2920

**Attorney for Defendants LANDAMERICA FINANCIAL GROUP, INC., COMMONWEALTH LAND TITLE INSURANCE CORP., LAWYERS TITLE INSURANCE CORPORATION AND TRANSNATION TITLE INSURANCE COMPANY**

Phillip E. Stano
(phillip.stano@sutherland.com)
SUTHERLAND
1275 Pennsylvania Ave., NW
Washington, DC 20004-2415
Telephone: (202) 383-0261
Facsimile:  (202) 637-3563

**Attorney for Defendants STEWART TITLE GUARANTY COMPANY AND STEWART TITLE INSURANCE COMPANY**

Samuel R. Miller, Esq.
(srmiller@sidley.com)
SIDLEY AUSTIN LLP
555 California St.
San Francisco, CA 94104
Telephone: (415) 772-7447
Facsimile:  (415) 772-7400

| **Defendant OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY** | **Defendant OLD REPUBLIC INTERNATIONAL CORPORATION** |
|---|---|
| **R Wayne Shupe<br>555 12th Street, Suite 2150<br>Oakland, CA 94607-4046 | **307 North Michigan Avenue<br>Chicago, IL 60601<br>Telephone: (312) 346-8100 |

**Attorneys for Plaintiff LISA GENTILCORE**

Reed R. Kathrein
(reed@hbsslaw.com)
Jeff D. Friedman
(jefff@hbsslaw.com)
HAGGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001

**Attorneys for Plaintiff LYNN BARTON**

Jeff D. Friedman
(jefff@hbsslaw.com)
Reed R. Kathrein
(reed@hbsslaw.com)
HAGGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001

Anthony D. Shapiro
(tony@hbsslaw.com)
Steve W. Berman
(reed@hbsslaw.com)
Thomas Eric Loeser
(toml@ hbsslaw.com)
HAGGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seatlle, WA 98101
Telephone: (206) 623-0594
Facsimile: (206) 623-0594

** Via UPS

**Attorneys for Plaintiffs RUBEN ROMERO AND SARAH YAHN**

Daniel C. Girard
(dcg@girardgibbs.com)
Aaron M. Sheanin
(ams@girardgibbs.com)
Alex C. Turan
(act@girardgibbs.com)
Elizabeth Cheryl Pritzker
(ecp@girardgibbs.com)
GIRARD GIBBS LLP
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

**Attorneys for Plaintiff LISA BLACKWELL**

Donald Chidi Amamgbo
(Donald@amamgbolaw.com)
AMAMBGO & ASSOCIATES
123 Oakport, Suite 4900
Oakland, CA 94621
Telephone: (510) 615-6000
Facsimile: (510) 615-6025

Reginald Von Terrell
(reggiet@aol.com)
THE TERRELL LAW GROUP
229 25th Street
Richmond, CA 94804
Telephone: (510) 237-9700
Facsimile: (510) 237-4616