IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE CALIFORNIA TITLE INSURANCE
ANTITRUST LITIGATION

No. 08-01341 JSW

THIS DOCUMENT RELATES TO ALL ACTIONS

**ORDER**

_____/

    If a case subject to this Court's Consolidation Order, dated July 24, 2008 (Docket No. 30), is transferred into this District or is filed in this District and such case is not automatically assigned to the undersigned, in order to effectuate that Order and to assist both the Court and the Clerk, the parties are HEREBY ORDERED to file a notice of such filing in the Master Docket, *i.e.* in this *lowest* numbered case 08-1341.

    **IT IS SO ORDERED.**

Dated: September 10, 2008

                                                                     JEFFREY S. WHITE
                                                                     UNITED STATES DISTRICT JUDGE