UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re CALIFORNIA TITLE INSURANCE ANTITRUST LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br><br> ALL ACTIONS | Case No. 08-CV-01341-JSW <br><br> ~~(Proposed)~~ **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

David M. Foster, an active member in good standing of the bar of The United States District Court for the District of Columbia whose business address and telephone number is Fulbright & Jaworski LLP, Market Square, 801 Pennsylvania Avenue, N.W., Washington, D.C. 20004, telephone number (202) 662-0200 having applied for admission to practice in the Northern District of California on a *pro hac vice* basis representing Defendants Stewart Title Guaranty Company and Stewart Title Insurance Company in the above-entitled matter.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must be indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: DEC 1 2 2008

_____
United States District Judge
JEFFREY S. WHITE