1  Barry R. Ostrager, State Bar No. 183770
     bostrager@stblaw.com
2  SIMPSON THACHER & BARTLETT LLP
   1999 Avenue of the Stars, 29th Floor
3  Los Angeles, California 90067
   Telephone: (310) 407-7500
4  Facsimile:  (310) 407-7502

5  Kevin J. Arquit (Pro Hac Vice)
     karquit@stblaw.com
6  Patrick T. Shilling (Pro Hac Vice)
     pshilling@stblaw.com
7  SIMPSON THACHER & BARTLETT LLP
   425 Lexington Avenue
8  New York, New York  10017
   Telephone: (212) 455-2000
9  Facsimile:  (212) 455-2002

10 James Schreier, State Bar No. 64570
     jschreier@glaserweil.com
11 Bryan M. Sullivan, State Bar No. 209743
     bsullivan@glaserweil.com
12 GLASER, WEIL, FINK, JACOBS & SHAPIRO, LLP
   10250 Constellation Boulevard, 19th Floor
13 Los Angeles, California 90067
   Telephone:  (310) 553-3000
14 Facsimile:  (310) 556-2920

15 Attorneys for Defendants FIDELITY NATIONAL
   FINANCIAL, INC., FIDELITY NATIONAL TITLE
16 INSURANCE COMPANY, TICOR TITLE
   INSURANCE COMPANY, TICOR TITLE
17 INSURANCE COMPANY OF FLORIDA, CHICAGO
   TITLE INSURANCE COMPANY, and SECURITY
18 UNION TITLE INSURANCE COMPANY

19                    UNITED STATES DISTRICT COURT
20                    NORTHERN DISTRICT OF CALIFORNIA
21                         SAN FRANCISCO DIVISION

22 In re                              )  Case No. 08-cv-1341-JSW
                                      )
23 CALIFORNIA TITLE INSURANCE         )  **STIPULATION AND ORDER OF**
   ANTITRUST LITIGATION               )  **SUBSTITUTION OF COUNSEL**
24                                    )
   THIS DOCUMENT RELATES TO:          )
25                                    )
       ALL ACTIONS                    )
26 _____   )

27

28

664076                    Stipulation and Order of Substitution of Counsel

PLEASE TAKE NOTICE that, pursuant to Local Civil Rule 11.5, Sutherland Asbill & Brennan LLP and Severson & Werson withdraw as counsel for defendants Commonwealth Land Title Insurance Company and Lawyers Title Insurance Corporation and the law firms Simpson Thacher & Bartlett LLP and Glaser, Weil, Fink, Jacobs & Shapiro LLP are being substituted as attorneys of record for defendants Commonwealth Land Title Insurance Company and Lawyers Title Insurance Corporation in the above-captioned proceeding. Please take notice that Transnation Title Insurance Company is no longer in existence due to its merger with Lawyers Title Insurance Corporation.

SIMPSON THACHER & BARTLETT LLP

By:   /s/ Barry R. Ostrager
      Barry R. Ostrager
      Kevin J. Arquit
      Patrick T. Shilling
      425 Lexington Avenue
      New York, New York 10017
      Telephone: (212) 455-2000
      Facsimile: (212) 455-2502
      bostrager@stblaw.com
      karquit@stblaw.com
      pshilling@stblaw.com

*-and-*

GLASER, WEIL, FINK, JACOBS & SHAPIRO, LLP

By:   /s/ Bryan M. Sullivan
      Bryan McGlynn Sullivan
      James Stephen Schreier
      10250 Constellation Boulevard
      19th Floor
      Los Angeles, CA 90067
      Telephone: (310) 553-3000
      Facsimile: (310) 556-2920
      bsullivan@chrisglase.com
      jschreier@glaserweil.com

*Successor Attorneys for Commonwealth Land Title Insurance Company and Lawyers Title Insurance Corporation*

664076

Stipulation and Order of Substitution of Counsel

|   |   |
|---|---|
| 1 | SUTHERLAND ASBILL & BRENNAN LLP |
| 2 | By: /s/ Phillip E. Stano |
|   | Phillip E. Stano |
|   | Brian C. Spahn |
|   | 1275 Pennsylvania Avenue N. W. |
|   | Washington, D.C. 20004-2415 |
|   | Telephone: (202) 383-0100 |
|   | Facsimile: (202) 637-3593 |
|   | Phillip.stano@sutherland.com |
|   | Brian.spahn@sutherland.com |

-and-

SEVERSON & WERSON

By: /s/ Mark Joseph Kenney
Mark Joseph Kenney
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439
mjk@severson.com

*Withdrawing Attorneys for Commonwealth Land Title Insurance Company and Lawyers Title Insurance Corporation*

SO ORDERED:

__/s/ Jeffrey S. White_____   January 15_____, 2009
The Honorable Jeffrey S. White
United States District Judge

664076          Stipulation and Order of Substitution of Counsel