IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CALIFORNIA TITLE INSURANCE ANTITRUST LITIGATION | No. 08-01341 JSW |
| THIS DOCUMENT RELATES TO ALL ACTIONS | **ORDER SETTING BRIEFING SCHEDULE** |

On January 20, 2009, Defendants filed motions to dismiss, which are noticed for hearing on March 13, 2009. It is HEREBY ORDERED that Plaintiffs' opposition briefs shall be due on February 6, 2009, and Defendants' reply briefs shall be due on February 13, 2009. If the Court finds the matter suitable for disposition without oral argument, it shall notify the parties in advance of the hearing date. If the parties wish to modify this briefing schedule, the parties shall submit a stipulation or administrative motion to the Court demonstrating good cause for any such modification.

**IT IS SO ORDERED.**

Dated: January 21, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE