Reed Kathrein (139304)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001

Steve W. Berman (*pro hac vice*)
Thomas M. Loeser (202724)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Daniel C. Girard (114826)
Elizabeth Pritzker (146267)
GIRARD GIBBS LLP
601 California Street, 14th Floor
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

Guido Saveri (22349)
R. Alexander Saveri (173102)
Cadio Zirpoli (179108)
SAVERI & SAVERI, INC.
111 Pine Street, Suite 1700
San Francisco, California 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

*Attorneys for Plaintiffs and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re CALIFORNIA TITLE INSURANCE ANTITRUST LITIGATION | No. 08-cv-1341-JSW <br><br> CLASS ACTION <br><br> STIPULATION AND [PROPOSED] ORDER EXTENDING PAGE LIMITS OF PLAINTIFFS' CONSOLIDATED MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS <br><br> Honorable Jeffrey S. White <br><br> Date: March 13, 2009 <br> Time: 9:00 a.m. <br> Place: Courtroom 2 |
| THIS DOCUMENT RELATES TO: <br><br> ALL ACTIONS | |

STIPULATION AND ORDER EXTENDING PAGE LIMITS OF
PLAINTIFFS' CONSOLIDATED OPPOSITION TO
DEFENDANTS' MOTIONS TO DISMISS - 08-CV-1341-JSW

1  WHEREAS on January 20, 2009, Defendants Fidelity National Financial, Inc., Fidelity National Title Insurance Company, Ticor Title Insurance Company, Ticor Title Insurance Company of Florida, Chicago Title Insurance Company, Security Union Title Insurance Company, National Title Insurance of New York, First American Corporation, First American Title Insurance Company, United General Title Insurance Company, Commonwealth Land Title Insurance Company, Lawyers Title Insurance Corporation, Transnation Title Insurance Company, Stewart Title Guaranty Company, Stewart Title Insurance Company, and Old Republic National Title Insurance Company (collectively, "Defendants"), filed a Joint Motion to Dismiss Plaintiffs' Consolidated Class Action Complaint (Doc. 100) (hereafter, "Defendants' Joint Motion to Dismiss");

WHEREAS, on January 20, 2009, Defendant Old Republic International Corporation filed a Motion to Dismiss (Doc. 101) (hereafter, "Old Republic's Motion to Dismiss");

WHEREAS, on January 21, 2009, the Court issued an order setting a briefing schedule on Defendants' Joint Motion to Dismiss and on Old Republic's Motion to Dismiss (Doc. 102), directing that Plaintiffs file their memoranda of points and authorities in opposition to Defendants' respective motions to dismiss on or before February 6, 2009;

WHEREAS, Plaintiffs have met and conferred with Defendants on a proposal by Plaintiffs to submit a single consolidated memorandum in opposition to Defendants' Joint Motion to Dismiss and Old Republic's Motion to Dismiss, and have also met and conferred on a request by Plaintiffs for relief from the Court's standing order regarding the length of legal memoranda to be filed in support of or in opposition to any motion, to permit the filing of a single consolidated opposition memorandum of no more than 25 pages in length;

WHEREAS, Defendants do not oppose a request by Plaintiffs for an order permitting Plaintiffs to file a single consolidated memorandum of point and authorities in opposition to both motions, and Defendants also do not oppose Plaintiffs' request for relief from the Court's standing order to permit the filing of a single consolidated memorandum of points and authorities in opposition to Defendants' Joint Motion to Dismiss and Old Republic's Motion to Dismiss, not to exceed 25 pages in length; and

STIPULATION AND ORDER EXTENDING PAGE LIMITS OF
PLAINTIFFS' CONSOLIDATED OPPOSITION TO
DEFENDANTS' MOTIONS TO DISMISS - 08-CV-1341-JSW

1  WHEREAS, Defendant Old Republic International Corporation reserves its right to file a
2  separate reply memorandum of law in further support of Old Republic's Motion to Dismiss and
3  Plaintiffs acknowledge Old Republic International Corporation's right to do so;

4  IT IS HEREBY STIPULATED, by and between Plaintiffs and Defendants, through their
5  respective counsel, and subject to Court approval, that Plaintiffs may seek relief from the Court's
6  standing order and, subject to Court approval and said relief being granted, Plaintiffs may file and
7  serve a single consolidated memorandum in opposition to Defendants' Joint Motion to Dismiss
8  and Old Republic's Motion to Dismiss of no more than 25 pages in length.

DATED: February 4, 2009                By      /s/ Steve W. Berman

Steve W. Berman (*pro hac vice*)
Thomas E. Loeser (CA Bar No.202724)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Fifth Avenue, Suite 2900
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Reed R. Kathrein (CA Bar No. 139304)
Jeff D. Friedman (CA Bar No.173886)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001

By      /s/ Elizabeth C. Pritzker
Daniel C. Girard (CA Bar No. 114826)
Elizabeth C. Pritzker (CA Bar No. 146267)
Aaron M. Sheanin (CA Bar No. 214472)
Alex C. Turan (CA Bar No. 227273)
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, California 94104
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

STIPULATION AND ORDER EXTENDING PAGE LIMITS OF
PLAINTIFFS' CONSOLIDATED OPPOSITION TO
DEFENDANTS' MOTIONS TO DISMISS - 08-CV-1341-JSW

|     |                                                                                                                                                                                                                                                                                                                                                                          |
| --- | ------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------- |
| 1   | By      /s/ Guido Saveri                                                                                                                                                                                                                                                                                                                                                  |
| 2   | Guido Saveri (CA Bar No. 22349)<br>R. Alexander Saveri (CA Bar No. 173102)                                                                                                                                                                                                                                                                                                |
| 3   | Cadio R. Zirpoli (CA Bar No. 179108)<br>**SAVERI & SAVERI, INC.**                                                                                                                                                                                                                                                                                                         |
| 4   | 111 Pine Street, Suite 1700<br>San Francisco, California 94111                                                                                                                                                                                                                                                                                                            |
| 5   | Telephone: (415) 217-6810<br>Facsimile: (415) 217-6813                                                                                                                                                                                                                                                                                                                    |
| 6   |                                                                                                                                                                                                                                                                                                                                                                           |
| 7   | *Interim Co-Lead Counsel for Plaintiffs and the Proposed Class*                                                                                                                                                                                                                                                                                                           |
| 8   |                                                                                                                                                                                                                                                                                                                                                                           |
| 9   | By      /s/ Frank E. Merideth, Jr.                                                                                                                                                                                                                                                                                                                                        |
| 10  | Frank E. Merideth, Jr. (Sbn 46266)<br>**GREENBERG TRAURIG, LLP**                                                                                                                                                                                                                                                                                                          |
| 11  | 2450 Colorado Avenue, Suite 400E<br>Santa Monica, California 90404                                                                                                                                                                                                                                                                                                        |
| 12  | Telephone: (310) 586-7700<br>Facsimile: (310) 586-7800                                                                                                                                                                                                                                                                                                                    |
| 13  |                                                                                                                                                                                                                                                                                                                                                                           |
| 14  | James I. Serota<br>Kenneth Lapatine                                                                                                                                                                                                                                                                                                                                       |
| 15  | Stephen L. Saxl<br>Anastasia A. Angelova                                                                                                                                                                                                                                                                                                                                  |
| 16  | **GREENBERG TRAURIG LLP**<br>200 Park Avenue                                                                                                                                                                                                                                                                                                                              |
| 17  | New York, New York 10166<br>Telephone: (212) 801-9200                                                                                                                                                                                                                                                                                                                     |
| 18  | Facsimile: (212) 801-6400                                                                                                                                                                                                                                                                                                                                                 |
| 19  | *Attorneys for Defendants The First American*                                                                                                                                                                                                                                                                                                                             |
| 20  | *Corporation, First American Title Insurance Company and United General Title Insurance*                                                                                                                                                                                                                                                                                  |
| 21  | *Company*                                                                                                                                                                                                                                                                                                                                                                 |
| 22  |                                                                                                                                                                                                                                                                                                                                                                           |
| 23  | By      /s/ James S. Schreier<br>James S. Schreier                                                                                                                                                                                                                                                                                                                        |
| 24  | Bryan M. Sullivan<br>**GLASER, WEIL, FINK, JACOBS &**                                                                                                                                                                                                                                                                                                                     |
| 25  | **SHAPIRO, LLP**<br>10250 Constellation Boulevard                                                                                                                                                                                                                                                                                                                         |
| 26  | 19th Floor<br>Los Angels, California 90067                                                                                                                                                                                                                                                                                                                           |
| 27  | Telephone: (310) 553-3000<br>Facsimile: (310) 556-2920                                                                                                                                                                                                                                                                                                                    |
| 28  |                                                                                                                                                                                                                                                                                                                                                                           |

STIPULATION AND ORDER EXTENDING PAGE LIMITS OF
PLAINTIFFS' CONSOLIDATED OPPOSITION TO
DEFENDANTS' MOTIONS TO DISMISS - 08-CV-1341-JSW

| | |
|---|---|
| 1 | Barry R. Ostrager |
| 2 | Kevin J. Arquit |
|   | Patrick T. Schilling |
| 3 | **SIMPSON THATCHER & BARTLETT LLP** |
| 4 | 425 Lexington Avenue |
|   | New York, New York 10017 |
| 5 | Telephone: (212) 455-2000 |
|   | Facsimile: (212) 455-2502 |
| 6 | |
| 7 | *Attorneys for Defendants Fidelity National Financial, Inc., Fidelity Title Insurance Company, Ticor Title Insurance Company, Ticor Title Insurance Company of Florida, Chicago Title Insurance Company, Security Union Title Insurance Company, Commonwealth Land Title Insurance Company, Lawyers Title Insurance Corporation and Transnation Title Insurance Co.* |

By _____/s/ Samuel R. Miller_____
    Samuel R. Miller
    **SIDLEY AUSTIN LLP**
    555 California Street
    San Francisco, CA 94104
    Telephone: (415) 772-7447
    Facsimile: (415) 772-7400

David M. Foster
**FULBRIGHT & JAWORSKI LLP**
801 Pennsylvania Avenue, NW
Washington, D.C. 20004
Telephone: (202) 662-4517
Facsimile: (202) 662-4643

Mark A. Robertson
**FULBRIGHT & JAWORSKI LLP**
666 Fifth Avenue
New York, New York
Telephone: (212) 318-3304
Facsimile: (212) 318-3400

*Attorneys for Defendants Stewart Title Guaranty Company and Stewart Title Insurance Company*

STIPULATION AND ORDER EXTENDING PAGE LIMITS OF
PLAINTIFFS' CONSOLIDATED OPPOSITION TO
DEFENDANTS' MOTIONS TO DISMISS - 08-CV-1341-JSW

|   |   |
|---|---|
| 1 | |
| 2 | By    /s/ Curtis Stanfield Leavitt |
| | Curtis Stanfield Leavitt |
| 3 | **LOCKE LORD BISSELL & LIDDELL LLP** |
| 4 | 400 Capitol Mall, Suite 1460 |
| | Sacramento, California 94814 |
| 5 | Telephone: (916) 554-0246 |
| | Facsimile: (916) 554-5440 |
| 6 | |
| 7 | David G. Greene |
| | Kevin J. Walsh |
| 8 | Joseph N. Froehlich |
| | **LOCKE LORD BISSELL & LIDDELL LLP** |
| 9 | 885 Third Avenue, 26th Floor |
| 10 | New York, New York 10022 |
| | Telephone: (212) 947-4700 |
| 11 | Facsimile: (212) 812-8346 |
| 12 | |
| | *Of Counsel:* |
| 13 | |
| | By Michael J. Gaertner |
| 14 | Thomas J. Cunningham |
| | Simon A. Fleischmann |
| 15 | **LOCKE LORD BISSELL & LIDDELL LLP** |
| 16 | 111 South Wacker Drive |
| 17 | Chicago, Illinois 60606 |
| | Telephone: (312) 443-0700 |
| 18 | Facsimile: (312) 443-0336 |
| 19 | |
| | *Attorneys for Defendant Old Republic* |
| 20 | *National Title Insurance Company* |
| 21 | |
| 22 | By    /s/ Margaret A. Keane |
| | Margaret A. Keane |
| 23 | **DEWEY & LEBOEUF LLP** |
| | One Embarcadero Center, Suite 400 |
| 24 | San Francisco, California |
| | Telephone: (415) 951-1100 |
| 25 | Facsimile: (415) 951-1180 |
| 26 | |
| | *Attorneys for Defendant National Title* |
| 27 | *Insurance of New York, Inc.* |
| 28 | |

STIPULATION AND ORDER EXTENDING PAGE LIMITS OF
PLAINTIFFS' CONSOLIDATED OPPOSITION TO
DEFENDANTS' MOTIONS TO DISMISS - 08-CV-1341-JSW

**IT IS SO ORDERED.**

DATED: February 5, 2009

_____
The Honorable Jeffrey S. White
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER EXTENDING PAGE LIMITS OF
PLAINTIFFS' CONSOLIDATED OPPOSITION TO
DEFENDANTS' MOTIONS TO DISMISS - 08-CV-1341-JSW