GREENBERG TRAURIG, LLP
FRANK E. MERIDETH, JR.(SBN 46266)
2450 COLORADO AVENUE, SUITE 400E
Santa Monica, California 90404
Telephone: (310) 586-7700
Facsimile: (310) 586-7800
Email: meridethf@gtlaw.com

*Attorneys for Defendants The First American Corporation, First American Title Insurance Company and United General Title Insurance Company*

*Additional Counsel Listed on Signature Page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re CALIFORNIA TITLE INSURANCE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | No. 08-cv-1341-JSW<br><br><u>CLASS ACTION</u><br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANTS' TIME TO FILE AND SERVE REPLY PAPERS IN FURTHER SUPPORT OF DEFENDANTS' MOTIONS TO DISMISS<br><br>Honorable Jeffrey S. White<br><br>Date:     April 3, 2009<br>Time:    9:00 a.m.<br>Place:    Courtroom 2 |

1  WHEREAS, on January 20, 2009, Defendants filed motions to dismiss the Consolidated Amended Class Action Complaint;

WHEREAS, on February 5, 2009, the Clerk of the Court issued a Notice setting the hearing on Defendants' Joint Motion to Dismiss and Old Republic International Corporation's Motion to Dismiss for April 3, 2009 at 9:00 a.m.;

WHEREAS, on Friday, February 6, 2009, Plaintiffs filed their Memorandum in Opposition to Defendants' motions to dismiss;

WHEREAS, pursuant to the Court's Order Setting Briefing Schedule, dated January 21, 2009, Defendants' reply briefs in further support of Defendants' motions to dismiss are due on February 13, 2009;

WHEREAS, given the need to coordinate among the numerous Defendants, Defendants have conferred with Plaintiffs and requested a one-week extension (until February 20, 2009) of the time for Defendants to submit reply papers in further support of their motions to dismiss;

WHEREAS, this is the first requested extension of this briefing deadline and the requested extension, if granted, will not affect the schedule of this action; and

WHEREAS, Plaintiffs have consented to Defendants' request;

IT IS HEREBY STIPULATED, by and between Plaintiffs and Defendants, through their respective counsel, and subject to the Court's approval, that Defendants' time to file and serve reply briefs in further support of Defendants' Joint Motion to Dismiss and Old Republic International Corporation's Motion to Dismiss is extended from February 13, 2009 until February 20, 2009.

STIPULATION AND [PROPOSED] ORDER EXTENDING
DEFENDANTS' TIME TO FILE AND SERVE REPLY PAPERS
IN FURTHER SUPPORT OF DEFENDANTS' MOTIONS TO
DISMISS
NY 239,356,255v1 2-9-09
08-CV-1341-JSW

1

| | | |
|---|---|---|
| DATED: February 9, 2009 | | GREENBERG TRAURIG, LLP |
| | By | /s/ Frank E. Merideth, Jr. |
| | | FRANK E. MERIDETH, JR. |

-and-

GREENBERG TRAURIG, LLP
James I. Serota
Kenneth Lapatine
Stephen L. Saxl
Anastasia A. Angelova
200 Park Avenue
New York, New York 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
serotaj@gtlaw.com
lapatinek@gtlaw.com
saxls@gtlaw.com
angelovaa@gtlaw.com

*Attorneys for Defendants The First American Corporation, First American Title Insurance Company and United General Title Insurance Company*

STIPULATION AND [PROPOSED] ORDER EXTENDING
DEFENDANTS' TIME TO FILE AND SERVE REPLY PAPERS
IN FURTHER SUPPORT OF DEFENDANTS' MOTIONS TO
DISMISS
NY 239,356,255v1 2-9-09
08-CV-1341-JSW

2

GLASER, WEIL, FINK, JACOBS & SHAPIRO, LLP
James S. Schreier
Bryan M. Sullivan
10250 CONSTELLATION BOULEVARD
19th Floor
Los Angeles, CA 90067
Telephone: (310) 553-3000
Facsimile: (310) 556-2920
jschreier@glaserweil.com
bsullivan@glaserweil.com

- and-

SIMPSON THACHER & BARTLETT LLP
Barry R. Ostrager
Kevin J. Arquit
Patrick T. Shilling
425 Lexington Avenue
New York, New York 10017-3954
Telephone: (212) 455-2000
Facsimile: (212) 455-2502
bostrager@stblaw.com
karquit@stblaw.com
pshilling@stblaw.com

*Attorneys for Defendants Fidelity National Financial, Inc., Fidelity National Title Insurance Company, Ticor Title Insurance Company, Ticor Title Insurance Company of Florida, Chicago Title Insurance Company, Security Union Title Insurance Company, Commonwealth Land Title Insurance Company, Lawyers Title Insurance Corporation and Transnation Title Insurance Co.*

STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANTS' TIME TO FILE AND SERVE REPLY PAPERS IN FURTHER SUPPORT OF DEFENDANTS' MOTIONS TO DISMISS
NY 239,356,255v1 2-9-09
08-CV-1341-JSW

3

SIDLEY AUSTIN LLP
Samuel R. Miller
555 California St.
San Francisco, CA 94104
Telephone: (415) 772-7447
Facsimile: (415) 772-7400
srmiller@sidley.com

-and-

FULBRIGHT & JAWORSKI L.L.P.
David M. Foster
801 Pennsylvania Avenue, NW
Washington, D.C. 20004
Telephone: (202) 662-4517
Facsimile: (202) 662-4643
dfoster@fulbright.com

-and-

FULBRIGHT & JAWORSKI L.L.P.
Mark A. Robertson
666 Fifth Avenue
New York, New York 10103
Telephone: 212-318-3304
Facsimile: 212-318-3400
mrobertson@fulbright.com

*Attorneys for Defendants Stewart Title Guaranty Company and Stewart Title Insurance Company*

STIPULATION AND [PROPOSED] ORDER EXTENDING
DEFENDANTS' TIME TO FILE AND SERVE REPLY PAPERS
IN FURTHER SUPPORT OF DEFENDANTS' MOTIONS TO
DISMISS
NY 259,356,255v1 2-9-09
08-CV-1341-JSW

4

LOCKE LORD BISSELL & LIDDELL LLP
Curtis Stanfield Leavitt
400 Capitol Mall, Suite 1460
Sacramento, California 95814
Telephone: (916)-554-0246
Facsimile: (916) 554-5440
CLeavitt@lockelord.com

-and-

LOCKE LORD BISSELL & LIDDELL LLP
David G. Greene
Kevin J. Walsh
Joseph N. Froehlich
885 Third Avenue, 26th Floor
New York, New York 10022
Telephone: (212) 947-4700
Facsimile: (212) 812-8346
DGreene@lockelord.com
KWalsh@lockelord.com
JFroehlich@lockelord.com

*Of Counsel:*

LOCKE LORD BISSELL & LIDDELL LLP
Michael J. Gaertner
Thomas J. Cunningham
Simon A. Fleischmann
111 South Wacker Drive
Chicago, Illinois 60606-4410
Telephone: (312) 443-0700
Facsimile: (312) 443-0336
mgaertner@lockelord.com

*Attorneys for Defendants Old Republic National Title Insurance Company and Old Republic International Corporation*

STIPULATION AND [PROPOSED] ORDER EXTENDING
DEFENDANTS' TIME TO FILE AND SERVE REPLY PAPERS
IN FURTHER SUPPORT OF DEFENDANTS' MOTIONS TO
DISMISS
NY 239,356,255v1 2-9-09
08-CV-1341-JSW

5

DEWEY & LEBOEUF LLP
Margaret A. Keane
One Embarcadero Center, Suite 400
San Francisco, CA 94111
Telephone: (415) 951-1100
Facsimile: (415) 951-1180
mkeane@dl.com

*Attorneys for Defendant National Title Insurance of New York, Inc.*

STIPULATION AND [PROPOSED] ORDER EXTENDING
DEFENDANTS' TIME TO FILE AND SERVE REPLY PAPERS
IN FURTHER SUPPORT OF DEFENDANTS' MOTIONS TO
DISMISS
08-CV-1341-JSW

NY 239,356,255v1 2-9-09

6

| | |
|---|---|
| 1 | HAGENS BERMAN SOBOL SHAPIRO LLP |
| 2 | By /s/ Steve W. Berman |
| | Steve W. Berman (*pro hac vice*) |
| 3 | Thomas E. Loeser (CA Bar No.202724) |
| | 1301 Fifth Avenue, Suite 2900 |
| 4 | Seattle, Washington 98101 |
| | Telephone: (206) 623-7292 |
| 5 | Facsimile: (206) 623-0594 |

HAGENS BERMAN SOBOL SHAPIRO LLP
Reed R. Kathrein (CA Bar No. 139304)
Jeff D. Friedman (CA Bar No.173886)
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001

GIRARD GIBBS LLP
By /s/ Elizabeth C. Pritzker
Daniel C. Girard (CA Bar No. 114826)
Elizabeth C. Pritzker (CA Bar No. 146267)
Aaron M. Sheanin (CA Bar No. 214472)
601 California Street, 14th Floor
San Francisco, California 94104
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

SAVERI & SAVERI, INC.
By /s/ Guido Saveri
Guido Saveri (CA Bar No. 22349)
R. Alexander Saveri (CA Bar No. 173102)
Cadio R. Zirpoli (CA Bar No. 179108)
111 Pine Street, Suite 1700
San Francisco, California 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

*Interim Co-Lead Counsel for Plaintiffs and the Proposed Class*

STIPULATION AND [PROPOSED] ORDER EXTENDING
DEFENDANTS' TIME TO FILE AND SERVE REPLY PAPERS
IN FURTHER SUPPORT OF DEFENDANTS' MOTIONS TO
DISMISS
NY 239,356,255v1 2-9-09
08-CV-1341-JSW

7

**PURSUANT TO STIPULATION, IT IS HEREBY SO ORDERED.**

DATED:  February 10, 2009

_____
The Honorable Jeffrey S. White
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER EXTENDING
DEFENDANTS' TIME TO FILE AND SERVE REPLY PAPERS
IN FURTHER SUPPORT OF DEFENDANTS' MOTIONS TO
DISMISS
NY 239,356,255v1 2-9-09
08-CV-1341-JSW

8