IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CALIFORNIA TITLE INSURANCE ANTITRUST LITIGATION | No. 08-01341 JSW |
| THIS DOCUMENT RELATES TO ALL ACTIONS | **ORDER VACATING HEARING DATE** |
| _____ / | |

This matter is set for a hearing on May 8, 2009. Having considered the parties' papers, the Court finds the matter suitable for disposition without oral argument. Accordingly, the hearing is HEREBY VACATED, and an Order shall issue in due course.

**IT IS SO ORDERED.**

Dated: May 5, 2009

_____
PHYLLIS J. HAMILTON, for
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE