GUIDO SAVERI (22349)
  guido@saveri.com
R. ALEXANDER SAVERI (173102)
  rick@saveri.com
CADIO ZIRPOLI (179108)
  zirpoli@saveri.com
SAVERI & SAVERI, INC.
111 Pine Street, Suite 1700
San Francisco, CA  94111-5619
Telephone:  (415) 217-6810
Facsimile:  (415) 217-6813

*Interim Co-Lead Counsel for Plaintiffs
 and the Proposed Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CALIFORNIA TITLE INSURANCE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master File No. : 08-CV-01341 JSW<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE FOR FILING THE CONSOLIDATED SECOND AMENDED COMPLAINT** |

Plaintiffs and defendants, by and through their respective counsel, stipulate and agree as follows:

WHEREAS, on May 21, 2009, the Court issued an Order Granting Motions To Dismiss And Granting Leave To Amend (Docket No. 124)(hereafter, "May 21, 2009 Order");

WHEREAS, the Court's May 21, 2009 Order states that plaintiffs shall file an amended complaint by no later than June 19, 2009;

WHEREAS, based upon preexisting commitments and matters that have arisen in connection with the schedule of plaintiffs' interim co-lead counsel, plaintiffs have requested, and defendants have agreed to, a short extension of the deadline to file the second amended complaint to July 6, 2009;

1  WHEREAS, this is the first request for an extension to file a second amended complaint and will not result in changing any other deadlines set by the Court;

NOW THEREFORE, the parties hereby stipulate, and request that the Court order that plaintiffs shall have until July 6, 2009 to file a second amended complaint.

DATED: June 12, 2009

By:     /s/ Guido Saveri
Guido Saveri (CA Bar No. 22349)
R. Alexander Saveri (CA Bar No. 173102)
Cadio Zirpoli (CA Bar No. 179108)
**SAVERI & SAVERI, INC.**
706 Sansome Street
San Francisco, California 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

By:     /s/ Steve Berman
Steve W. Berman (*pro hac vice*)
Thomas E. Loeser (CA Bar No. 202724)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Fifth Avenue, Suite 2900
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Reed R. Kathrein (CA Bar No. 139304)
Jeff D. Friedman (CA Bar No. 173886)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 752-3001

By:     /s/ Elizabeth C. Pritzker
Daniel C. Girard (CA Bar No. 114826)
Elizabeth C. Pritzker (CA Bar No.146267)
Aaron M. Sheanin (CA Bar No. 214472)
Alex C. Turan (CA Bar No. 227273)
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, California 94104
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

*Interim Co-Lead Counsel for Plaintiffs and the Proposed Class*

By:      /s/ Frank E. Merideth, Jr.
Frank E. Merideth, Jr. (Sbn 46266)
**GREENBERG TRAURIG, LLP**
2450 Colorado Avenue, Suite 400E
Santa Monica, California 90404
Telephone: (310) 586-7700
Facsimile: (310) 586-7800

James I. Serota
Kenneth Lapatine
Stephen L. Saxl
Anastasia A. Angelova
**GREENBERG TRAURIG LLP**
200 Park Avenue
New York, New York 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400

*Attorneys for Defendants The First American Corporation, First American Title Insurance Company and United General Title Insurance Company*

By:      /s/ James S. Schreier
James S. Schreier
Bryan M. Sullivan
**GLASER, WEIL, FINK, JACOBS & SHAPIRO, LLP**
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone: (310) 553-3000
Facsimile: (310) 556-2920

Barry R. Ostrager
Kevin J. Arquit
**SIMPSON THATCHER & BARTLETT LLP**
425 Lexington Avenue
New York, New York 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502

*Attorneys for Defendants Fidelity National Financial, Inc., Fidelity Title Insurance Company, Ticor Title Insurance Company, Ticor Title Insurance Company of Florida, Chicago Title Insurance Compay, Security Union Title Insurance Company, Commonwealth Land Title Insurance Company, Lawyers Title Insurance Corporation and Transnation Title Insurance Co.*

| | | |
|---|---|---|
| 1 | By: | /s/ Samuel R. Miller |
| 2 | | Samuel R. Miller |
| | | **SIDLEY AUSTIN LLP** |
| 3 | | 555 California Street |
| | | San Francisco, California 94104 |
| 4 | | Telephone: (415) 772-7447 |
| 5 | | Facsimile: (415) 772-7400 |

David M. Foster
**FULBRIGHT & JAWORSKI LLP**
801 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 662-4517
Facsimile: (202) 662-4643

Mark A. Robertson
**FULBRIGHT & JAWORSKI LLP**
666 Fifth Avenue
New York, New York 10103

*Attorneys for Defendants Stewart Title Guaranty Company and Stewart Title Insurance Company*

By: /s/ Curtis Stanfield Leavitt
Curtis Stanfield Leavitt
**LOCKE LORD BISSELL & LIDDELL LLP**
400 Capitol Mall, Suite 1460
Sacramento, California 94814
Telephone: (916) 554-0246
Facsimile: (916) 554-5440

David G. Greene
Kevin J. Walsh
Joseph N. Froehlich
**LOCKE LORD BISSELL & LIDDELL LLP**
885 Third Avenue, 26th Floor
New York, New York 10022
Telephone: (212) 947-4700
Facsimile: (212) 812-8346

---

STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE FOR FILING THE CONSOLIDATED
AMENDED COMPLAINT
08-CV-01341 JSW

*Of Counsel:*

By:   Michael J. Gaertner
      Thomas J. Cunningham
      Simon A. Fleischmann
      **LOCKE LORD BISSELL & LIDDELL LLP**
      111 South Wacker Drive
      Chicago, Illinois 60606
      Telephone: (312) 443-0700
      Facsimile: (312) 443-0336

*Attorneys for Defendant Old Republic National Title Insurance Company*

By:   /s/ Margaret A. Keane
      Margaret A. Keane
      **DEWEY & LEBOEUF LLP**
      One Embarcadero Center, Suite 400
      San Francisco, California 94111
      Telephone: (415) 951-1100
      Facsimile: (415) 951-1180

*Attorneys for Defendant National Title Insurance of New York, Inc.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: June 15, 2009

_____
The Hon. Jeffrey S. White
UNITED STATES DISTRICT JUDGE

Ti.024

---

STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE FOR FILING THE CONSOLIDATED AMENDED COMPLAINT
08-CV-01341 JSW

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28