GREENBERG TRAURIG, LLP
FRANK E. MERIDETH, JR.(SBN 46266)
2450 COLORADO AVENUE, SUITE 400E
Santa Monica, California 90404
Tel: (310) 586-7700 * Fax: (310) 586-7800
Email: meridethf@gtlaw.com

*Attorneys for Defendants The First American Corporation, First American Title Insurance Company and United General Title Insurance Company*

*Additional Counsel Listed on Signature Page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re CALIFORNIA TITLE INSURANCE ANTITRUST LITIGATION | No. 08-cv-1341-JSW <br><br> <u>CLASS ACTION</u> |
| THIS DOCUMENT RELATES TO: <br><br> ALL ACTIONS | STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING DEFENDANTS' TIME TO RESPOND TO PLAINTIFFS' CONSOLIDATED SECOND AMENDED COMPLAINT <br><br> Honorable Jeffrey S. White |

STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING DEFENDANTS' TIME TO RESPOND TO PLAINTIFFS' CONSOLIDATED
SECOND AMENDED COMPLAINT
08-CV-1341-JSW

WHEREAS, on May 21, 2009, the Court issued an Order Granting Motion to Dismiss and Granting Leave to Amend (Docket No. 124);

WHEREAS, Plaintiffs filed their Consolidated Second Amended Class Action Complaint on July 6, 2009 (Docket No. 127);

WHEREAS, pursuant to Federal Rule of Civil Procedure 15(a)(3), Defendants' response to Plaintiffs' Second Amended Class Action Complaint is due on or before July 20, 2009;

WHEREAS, given the need to coordinate among the numerous Defendants, Defendants have conferred with Plaintiffs and requested a 30-day extension (until August 19, 2009) of the time for Defendants to move against, answer or otherwise respond to the Consolidated Second Amended Class Action Complaint;

WHEREAS, this is the first requested extension of this deadline and the requested extension, if granted, will not affect any other scheduled dates in this action; and

WHEREAS, Plaintiffs have consented to Defendants' request;

IT IS HEREBY STIPULATED, by and between Plaintiffs and Defendants, through their respective counsel, and subject to the Court's approval, that Defendants' time to move against, answer or otherwise respond to the Consolidated Second Amended Class Action Complaint is extended from July 20, 2009 through and including August 19, 2009.

DATED:  July 9, 2009                GREENBERG TRAURIG, LLP

By      /s/ Frank E. Merideth, Jr.
FRANK E. MERIDETH, JR.

-and-
GREENBERG TRAURIG, LLP
James I. Serota
Kenneth Lapatine
Stephen L. Saxl
Anastasia A. Angelova
200 Park Avenue
New York, New York 10166
Tel: (212) 801-9200 * Fax: (212) 801-6400
serotaj@gtlaw.com; lapatinek@gtlaw.com
saxls@gtlaw.com; angelovaa@gtlaw.com
*Attorneys for Defendants The First American Corporation, First American Title Insurance Company and United General Title Insurance Company*

GLASER, WEIL, FINK, JACOBS & SHAPIRO, LLP
James S. Schreier
Bryan M. Sullivan
10250 CONSTELLATION BOULEVARD
19th Floor
Los Angeles, CA 90067
Telephone: (310) 553-3000
Facsimile: (310) 556-2920
jschreier@glaserweil.com
bsullivan@glaserweil.com

- and-

SIMPSON THACHER & BARTLETT LLP
Barry R. Ostrager
Kevin J. Arquit
Patrick T. Shilling
425 Lexington Avenue
New York, New York 10017-3954
Telephone: (212) 455-2000
Facsimile: (212) 455-2502
bostrager@stblaw.com
karquit@stblaw.com
pshilling@stblaw.com

*Attorneys for Defendants Fidelity National Financial, Inc., Fidelity National Title Insurance Company, Ticor Title Insurance Company, Ticor Title Insurance Company of Florida, Chicago Title Insurance Company, Security Union Title Insurance Company, Commonwealth Land Title Insurance Company, Lawyers Title Insurance Corporation and Transnation Title Insurance Co.*

| | |
|---|---|
| 1 | SIDLEY AUSTIN LLP |
| 2 | Samuel R. Miller |
|   | 555 California St. |
| 3 | San Francisco, CA 94104 |
|   | Telephone: (415) 772-7447 |
| 4 | Facsimile: (415) 772-7400 |
|   | srmiller@sidley.com |
| 5 | |
|   | -and- |
| 6 | |
|   | FULBRIGHT & JAWORSKI L.L.P. |
| 7 | David M. Foster |
| 8 | 801 Pennsylvania Avenue, NW |
|   | Washington, D.C. 20004 |
| 9 | Telephone: (202) 662-4517 |
|   | Facsimile: (202) 662-4643 |
| 10 | dfoster@fulbright.com |
| 11 | |
|   | -and- |
| 12 | |
|   | FULBRIGHT & JAWORSKI L.L.P. |
| 13 | Mark A. Robertson |
| 14 | 666 Fifth Avenue |
|   | New York, New York 10103 |
| 15 | Telephone:  212-318-3304 |
|   | Facsimile: 212-318-3400 |
| 16 | mrobertson@fulbright.com |
| 17 | |
|   | *Attorneys for Defendants Stewart Title Guaranty* |
| 18 | *Company and Stewart Title Insurance Company* |

LOCKE LORD BISSELL & LIDDELL LLP
Curtis Stanfield Leavitt
400 Capitol Mall, Suite 1460
Sacramento, California 95814
Telephone: (916)-554-0246
Facsimile: (916) 554-5440
CLeavitt@lockelord.com

-and-

LOCKE LORD BISSELL & LIDDELL LLP
David G. Greene
Kevin J. Walsh
Joseph N. Froehlich
885 Third Avenue, 26th Floor
New York, New York 10022
Telephone: (212) 947-4700
Facsimile: (212) 812-8346
DGreene@lockelord.com
KWalsh@lockelord.com
JFroehlich@lockelord.com

*Of Counsel:*

LOCKE LORD BISSELL & LIDDELL LLP
Michael J. Gaertner
Thomas J. Cunningham
Simon A. Fleischmann
111 South Wacker Drive
Chicago, Illinois 60606-4410
Telephone: (312) 443-0700
Facsimile: (312) 443-0336
mgaertner@lockelord.com

*Attorneys for Defendants Old Republic National Title Insurance Company and Old Republic International Corporation*

| | |
|---|---|
| 1 | DEWEY & LEBOEUF LLP |
| 2 | Margaret A. Keane |
|   | One Embarcadero Center, Suite 400 |
| 3 | San Francisco, CA 94111 |
|   | Telephone: (415) 951-1100 |
| 4 | Facsimile: (415) 951-1180 |
| 5 | mkeane@dl.com |
| 6 | *Attorneys for Defendant National Title Insurance of New York, Inc.* |
| 7 | |
| 8 | HAGENS BERMAN SOBOL SHAPIRO LLP |
|   | By  /s/ Steve W. Berman |
| 9 | Steve W. Berman (*pro hac vice*) |
|   | Thomas E. Loeser (CA Bar No.202724) |
| 10 | 1301 Fifth Avenue, Suite 2900 |
|    | Seattle, Washington 98101 |
| 11 | Telephone: (206) 623-7292 |
|    | Facsimile: (206) 623-0594 |
| 12 | |
| 13 | HAGENS BERMAN SOBOL SHAPIRO LLP |
|    | Reed R. Kathrein (CA Bar No. 139304) |
| 14 | Jeff D. Friedman (CA Bar No.173886) |
|    | 715 Hearst Avenue, Suite 202 |
| 15 | Berkeley, California 94710 |
|    | Telephone: (510) 725-3000 |
| 16 | Facsimile: (510) 725-3001 |
| 17 | |
|    | GIRARD GIBBS LLP |
| 18 | By  /s/ Elizabeth C. Pritzker |
|    | Daniel C. Girard (CA Bar No. 114826) |
| 19 | Elizabeth C. Pritzker (CA Bar No. 146267) |
|    | Aaron M. Sheanin (CA Bar No. 214472) |
| 20 | 601 California Street, 14th Floor |
|    | San Francisco, California 94104 |
| 21 | Telephone: (415) 981-4800 |
|    | Facsimile: (415) 981-4846 |

5

SAVERI & SAVERI, INC.

By /s/ Guido Saveri
Guido Saveri (CA Bar No. 22349)
R. Alexander Saveri (CA Bar No. 173102)
Cadio R. Zirpoli (CA Bar No. 179108)
111 Pine Street, Suite 1700
San Francisco, California 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

*Interim Co-Lead Counsel for Plaintiffs and the Proposed Class*

**PURSUANT TO STIPULATION, IT IS HEREBY SO ORDERED.**

DATED:  July 9__, 2009                    _____
                                          The Honorable Jeffrey S. White
                                          UNITED STATES DISTRICT JUDGE