| | |
|---|---|
| 1 | GREENBERG TAURIG, LLP |
| 2 | FRANK E. MERIDETH, JR. (SBN 46266) |
|   | 2450 COLORADO AVENUE, SUITE 400E |
|   | Santa Monica, California 90404 |
| 3 | Telephone: (310) 586-7700 |
|   | Facsimile: (310) 586-7800 |
| 4 | Email: meridethf@gtlaw.com |

*Attorneys for Defendants The First American Corporation, First American Title Insurance Company and United General Title Insurance Company*

*Additional Counsel Listed on Signature Page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re CALIFORNIA TITLE INSURANCE ANTITRUST LITIGATION | No. 08-cv-1341-JSW |
|---|---|
| | <u>CLASS ACTION</u> |
| THIS DOCUMENT RELATES TO: | STIPULATION AND [PROPOSED] ORDER EXTENDING PAGE LIMIT OF DEFENDANTS' JOINT MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS |
| ALL ACTIONS | |
| | Honorable Jeffrey S. White |

STIPULATION AND [PROPOSED] ORDER EXTENDING PAGE LIMIT OF DEFENDANTS' JOINT
MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS -- 08-CV-1341-JSW
NY 239,709,454v1 111017010100

WHEREAS, on May 21, 2009, the Court issued an Order Granting Motion to Dismiss and Granting Leave to Amend (Docket No. 124);

WHEREAS, Plaintiffs filed their Consolidated Second Amended Class Action Complaint on July 6, 2009 (Docket No. 127);

WHEREAS, Defendants' time to move against, answer or otherwise respond to the Consolidated Second Amended Class Action Complaint was extended through and including August 19, 2009 by an Order of this Court (Docket No. 129);

WHEREAS, Defendants intend to file a Joint Motion to Dismiss Plaintiffs' Consolidated Second Amended Class Action Complaint and a supporting memorandum of points and authorities on August 19, 2009;

WHEREAS, Defendants have met and conferred with Plaintiffs on a request by Defendants for relief from the Court's standing order regarding the length of legal memoranda to be filed in support of or in opposition to any motion, to permit the filing of a joint memorandum of no more than 25 pages in length; and

WHEREAS, Plaintiffs consent to Defendants' request for relief from this Court's standing order to permit the filing of a joint memorandum of points and authorities in support of Defendants' Joint Motion to Dismiss, not to exceed 25 pages in length;

IT IS HEREBY STIPULATED, by and between Defendants and Plaintiffs, through their respective counsel, and subject to Court approval, that Defendants may seek relief from the Court's standing order and, subject to Court approval and said relief being granted, Defendants may file and serve a joint memorandum in support of Defendants' Joint Motion to Dismiss of no more than 25 pages in length.

| | | |
|---|---|---|
| 1 | DATED: August 12, 2009 | GREENBERG TRAURIG, LLP |
| 2 | | |
| 3 | By | /s/ Frank E. Merideth, Jr.<br>FRANK E. MERIDETH, JR. |
| 4 | | -and- |
| 5 | | GREENBERG TRAURIG, LLP |

GREENBERG TRAURIG, LLP
James I. Serota
Kenneth Lapatine
Stephen L. Saxl
Anastasia A. Angelova
200 Park Avenue
New York, New York 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
serotaj@gtlaw.com
lapatinek@gtlaw.com
saxls@gtlaw.com
angelovaa@gtlaw.com

*Attorneys for Defendants The First American Corporation, First American Title Insurance Company and United General Title Insurance Company*

2

STIPULATION AND [PROPOSED] ORDER EXTENDING PAGE LIMIT OF DEFENDANTS' JOINT
MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS -- 08-CV-1341-JSW
NY 239,709,454v1 111017010100

| | |
|---|---|
| 1 | GLASER, WEIL, FINK, JACOBS & SHAPIRO, LLP |
| 2 | James S. Schreier |
|   | Bryan M. Sullivan |
| 3 | 10250 CONSTELLATION BOULEVARD |
|   | 19th Floor |
| 4 | Los Angeles, CA 90067 |
|   | Telephone: (310) 553-3000 |
| 5 | Facsimile: (310) 556-2920 |
| 6 | jschreier@glaserweil.com |
|   | bsullivan@glaserweil.com |
| 7 | |
|   | - and- |
| 8 | |
| 9 | SIMPSON THACHER & BARTLETT LLP |
|   | Barry R. Ostrager |
| 10 | Kevin J. Arquit |
|   | Patrick T. Shilling |
| 11 | 425 Lexington Avenue |
|   | New York, New York 10017-3954 |
| 12 | Telephone: (212) 455-2000 |
|   | Facsimile: (212) 455-2502 |
| 13 | bostrager@stblaw.com |
|   | karquit@stblaw.com |
| 14 | pshilling@stblaw.com |
| 15 | |
|   | *Attorneys for Defendants Fidelity National Financial, Inc., Fidelity National Title Insurance Company, Ticor Title Insurance Company, Ticor Title Insurance Company of Florida, Chicago Title Insurance Company, Security Union Title Insurance Company, Commonwealth Land Title Insurance Company, Lawyers Title Insurance Corporation and Transnation Title Insurance Co.* |

3

STIPULATION AND [PROPOSED] ORDER EXTENDING PAGE LIMIT OF DEFENDANTS' JOINT
MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS -- 08-CV-1341-JSW

NY 239,709,454v1 111017010100

|   |   |
|---|---|
| 1 | SIDLEY AUSTIN LLP |
| 2 | Samuel R. Miller |
|   | 555 California St. |
| 3 | San Francisco, CA 94104 |
|   | Telephone: (415) 772-7447 |
| 4 | Facsimile: (415) 772-7400 |
|   | srmiller@sidley.com |
| 5 |   |
| 6 | -and- |
| 7 | FULBRIGHT & JAWORSKI L.L.P. |
|   | David M. Foster |
| 8 | 801 Pennsylvania Avenue, NW |
|   | Washington, D.C. 20004 |
| 9 | Telephone: (202) 662-4517 |
|   | Facsimile: (202) 662-4643 |
| 10 | dfoster@fulbright.com |
| 11 |   |
| 12 | -and- |
| 13 | FULBRIGHT & JAWORSKI L.L.P. |
|   | Mark A. Robertson |
| 14 | 666 Fifth Avenue |
|   | New York, New York 10103 |
| 15 | Telephone: 212-318-3304 |
|   | Facsimile: 212-318-3400 |
| 16 | mrobertson@fulbright.com |
| 17 |   |
|   | *Attorneys for Defendants Stewart Title Guaranty* |
| 18 | *Company and Stewart Title Insurance Company* |

4

STIPULATION AND [PROPOSED] ORDER EXTENDING PAGE LIMIT OF DEFENDANTS' JOINT
MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS -- 08-CV-1341-JSW

NY 239,709,454v1 111017010100

| | |
|---|---|
| 1 | LOCKE LORD BISSELL & LIDDELL LLP |
| 2 | Curtis Stanfield Leavitt |
|   | 400 Capitol Mall, Suite 1460 |
| 3 | Sacramento, California 95814 |
|   | Telephone: (916)-554-0246 |
| 4 | Facsimile: (916) 554-5440 |
|   | CLeavitt@lockelord.com |

        -and-

LOCKE LORD BISSELL & LIDDELL LLP
David G. Greene
Kevin J. Walsh
Joseph N. Froehlich
885 Third Avenue, 26th Floor
New York, New York  10022
Telephone: (212) 947-4700
Facsimile: (212) 812-8346
DGreene@lockelord.com
KWalsh@lockelord.com
JFroehlich@lockelord.com

*Of Counsel:*

LOCKE LORD BISSELL & LIDDELL LLP
Michael J. Gaertner
Thomas J. Cunningham
Simon A. Fleischmann
111 South Wacker Drive
Chicago, Illinois 60606-4410
Telephone: (312) 443-0700
Facsimile: (312) 443-0336
mgaertner@lockelord.com

*Attorneys for Defendants Old Republic National Title Insurance Company and Old Republic International Corporation*

5

STIPULATION AND [PROPOSED] ORDER EXTENDING PAGE LIMIT OF DEFENDANTS' JOINT
MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS -- 08-CV-1341-JSW

NY 239,709,454v1 111017010100

| | |
|---|---|
| 1 | |
| 2 | DEWEY & LEBOEUF LLP |
| | Margaret A. Keane |
| 3 | One Embarcadero Center, Suite 400 |
| | San Francisco, CA 94111 |
| 4 | Telephone: (415) 951-1100 |
| | Facsimile: (415) 951-1180 |
| 5 | mkeane@dl.com |

*Attorneys for Defendant National Title Insurance of New York, Inc.*

6

STIPULATION AND [PROPOSED] ORDER EXTENDING PAGE LIMIT OF DEFENDANTS' JOINT
MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS -- 08-CV-1341-JSW

NY 239,709,454v1 111017010100

| | |
|---|---|
| 1 | |
| 2 |                     HAGENS BERMAN SOBOL SHAPIRO LLP |

```
                        HAGENS BERMAN SOBOL SHAPIRO LLP
                   By   /s/ Steve W. Berman
                        Steve W. Berman (pro hac vice)
                        Thomas E. Loeser (CA Bar No.202724)
                        1301 Fifth Avenue, Suite 2900
                        Seattle, Washington 98101
                        Telephone: (206) 623-7292
                        Facsimile: (206) 623-0594

                        HAGENS BERMAN SOBOL SHAPIRO LLP
                        Reed R. Kathrein (CA Bar No. 139304)
                        Jeff D. Friedman (CA Bar No.173886)
                        715 Hearst Avenue, Suite 202
                        Berkeley, California 94710
                        Telephone: (510) 725-3000
                        Facsimile: (510) 725-3001

                        GIRARD GIBBS LLP
                   By   /s/ Elizabeth C. Pritzker
                        Daniel C. Girard (CA Bar No. 114826)
                        Elizabeth C. Pritzker (CA Bar No. 146267)
                        Aaron M. Sheanin (CA Bar No. 214472)
                        601 California Street, 14th Floor
                        San Francisco, California 94104
                        Telephone: (415) 981-4800
                        Facsimile: (415) 981-4846

                        SAVERI & SAVERI, INC.
                   By   /s/ Guido Saveri
                        Guido Saveri (CA Bar No. 22349)
                        R. Alexander Saveri (CA Bar No. 173102)
                        Cadio R. Zirpoli (CA Bar No. 179108)
                        111 Pine Street, Suite 1700
                        San Francisco, California 94111
                        Telephone: (415) 217-6810
                        Facsimile: (415) 217-6813

                        Interim Co-Lead Counsel for Plaintiffs and the
                        Proposed Class
```

1  PURSUANT TO STIPULATION, IT IS HEREBY SO ORDERED.

3  DATED:  August 12 , 2009               _____
                                          The Honorable Jeffrey S. White
4                                         UNITED STATES DISTRICT JUDGE