1
2
3
4
5

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CALIFORNIA TITLE INSURANCE ANTITRUST LITIGATION | No. 08-01341 JSW |
| THIS DOCUMENT RELATES TO ALL ACTIONS | **ORDER CONTINUING HEARING AND SETTING BRIEFING SCHEDULE** |
| _____ / | |

On August 19, 2009, Defendants filed motions to dismiss, which are noticed for hearing on October 2, 2009. It is HEREBY ORDERED that the hearing is CONTINUED to October 16, 2009 at 9:00 a.m. It is FURTHER ORDERED that Plaintiffs' opposition briefs shall be due on September 18, 2009, and Defendants' reply briefs shall be due on September 25, 2009. If the Court finds the matter suitable for disposition without oral argument, it shall notify the parties in advance of the hearing date. If the parties wish to modify this briefing schedule, the parties shall submit a stipulation or administrative motion to the Court demonstrating good cause for any such modification.

**IT IS SO ORDERED.**

Dated: August 19, 2009

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE