GUIDO SAVERI (22349)
  guido@saveri.com
R. ALEXANDER SAVERI (173102)
  rick@saveri.com
CADIO ZIRPOLI (179108)
  zirpoli@saveri.com
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA  94111
Telephone:  (415) 217-6810
Facsimile:  (415) 217-6813

*Interim Co-Lead Counsel for Plaintiffs*
 *and the Proposed Class*

*Additional Counsel Listed on Signature Page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re CALIFORNIA TITLE INSURANCE ANTITRUST LITIGATION | No. 08-cv-1341-JSW |
| | CLASS ACTION |
| THIS DOCUMENT RELATES TO: | STIPULATION AND [PROPOSED] ORDER EXTENDING PAGE LIMIT OF PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AND EXTENDING TIME FOR PLAINTIFFS' OPPOSITION AND DEFENDANTS' REPLY  AND CONTINUING HEARING DATE ON MOTION TO DISMISS |
| ALL ACTIONS | |
| | Honorable Jeffrey S. White |

1    WHEREAS, on May 21, 2009, the Court issued an Order Granting Motion to Dismiss and Granting Leave to Amend (Docket No. 124);

WHEREAS, Plaintiffs filed their Consolidated Second Amended Class Action Complaint on July 6, 2009 (Docket No. 127);

WHEREAS, Defendants' time to move against, answer or otherwise respond to the Consolidated Second Amended Class Action Complaint was extended through and including August 19, 2009 by an Order of this Court (Docket No. 129);

WHEREAS, Plaintiffs consented to Defendants' request to seek relief from the Court's standing order regarding the length of legal memorandum and agreed by stipulation that Defendants may seek the Court's permission to expand the page limit for their Joint Motion to Dismiss to no more than 25 pages in length;

WHEREAS, on August 12, 2009 a Stipulation and [PROPOSED] Order Extending Page Limit of Defendants' Joint Memorandum In Support of Defendants' Motion to Dismiss was presented to the Court (Docket No. 130);

WHEREAS, on August 12, 2009 the Court Granted the Stipulation and Order Extending Page Limit of Defendants' Joint Memorandum in Support of Defendants' Motion to Dismiss (Docket No. 131);

WHEREAS, Defendants filed a Joint Motion to Dismiss Plaintiffs' Consolidated Second Amended Class Action Complaint and Defendant Old Republic International Corporation filed a separate Motion to Dismiss and supporting memoranda of points and authorities on August 19, 2009 (Docket No. 132 & 133);

WHEREAS, pursuant to the Court's Order Continuing Hearing and Setting Briefing Schedule, dated August 19, 2009, Plaintiffs' briefs in opposition to Defendants' motions to

dismiss are due on September 18, 2009, and Defendants' reply briefs in further support of their motions to dismiss are due on September 25, 2009 (Docket No. 134);

WHEREAS, Plaintiffs have met and conferred with Defendants on a request by Plaintiffs for relief from the Court's standing order regarding the length of legal memoranda to be filed in support of or in opposition to any motion, to permit the filing of a memorandum of no more than 25 pages in length and on Plaintiffs' request for a five-day extension of the time for Plaintiffs to submit papers in opposition to Defendants' motions to dismiss;

WHEREAS, Defendants consent to Plaintiffs' request for relief from this Court's standing order to permit the filing of a memorandum of points and authorities in opposition to Defendants' Joint Motion to Dismiss, not to exceed 25 pages in length, and to Plaintiffs' request for a five-day extension of time for Plaintiffs to submit papers in opposition to Defendants' motions to dismiss;

WHEREAS, given the need to coordinate among numerous Defendants, Defendants have met and conferred with Plaintiffs and requested a one-week extension of the time for Defendants to submit reply papers in further support of their motion to dismiss, so that Defendants have two weeks from filing of Plaintiffs' opposition papers to submit reply papers instead of one week; and

WHEREAS, Plaintiffs consent to Defendants' request for a one-week extension of the time for Defendants to submit reply papers in further support of their motion to dismiss, so that Defendants have two weeks from the filing of Plaintiffs' opposition papers to submit reply papers;

IT IS HEREBY STIPULATED, by and between Plaintiffs and Defendants, through their respective counsel, and subject to Court approval, that (i) Plaintiffs may seek relief from the Court's standing order and, subject to Court approval and said relief being granted, Plaintiffs may file and serve a memorandum in opposition to Defendants' Joint Motion to Dismiss of no more than 25 pages in length; (ii) Plaintiffs' time to file and serve their briefs in opposition to Defendants' Joint Motion to Dismiss and Old Republic International Corporation's Motion to

1  Dismiss is extended from September 18, 2009 until September 23, 2009; and (iii) Defendants'
2  time to file and serve reply briefs in further support of Defendants' Joint Motion to Dismiss and
3  Old Republic International Corporation's Motion to Dismiss is extended from September 25, 2009
4  until October 7, 2009.

Dated: September 17, 2009                    SAVERI & SAVERI, INC.

                                             By  /s/ Cadio Zirpoli
                                                 Guido Saveri (CA Bar No. 22349)
                                                 R. Alexander Saveri (CA Bar No. 173102)
                                                 Cadio R. Zirpoli (CA Bar No. 179108)
                                                 706 Sansome Street
                                                 San Francisco, California 94111
                                                 Telephone: (415) 217-6810
                                                 Facsimile: (415) 217-6813

                                             HAGENS BERMAN SOBOL SHAPIRO LLP

                                             By  /s/ Steve W. Berman
                                                 Steve W. Berman (*pro hac vice*)
                                                 Thomas E. Loeser (CA Bar No.202724)
                                                 1301 Fifth Avenue, Suite 2900
                                                 Seattle, Washington 98101
                                                 Telephone: (206) 623-7292
                                                 Facsimile: (206) 623-0594

                                             HAGENS BERMAN SOBOL SHAPIRO LLP
                                                 Reed R. Kathrein (CA Bar No. 139304)
                                                 Jeff D. Friedman (CA Bar No.173886)
                                                 715 Hearst Avenue, Suite 202
                                                 Berkeley, California 94710
                                                 Telephone: (510) 725-3000
                                                 Facsimile: (510) 725-3001

                                             GIRARD GIBBS LLP
                                             By  /s/ Elizabeth C. Pritzker
                                                 Daniel C. Girard (CA Bar No. 114826)
                                                 Elizabeth C. Pritzker (CA Bar No. 146267)
                                                 Aaron M. Sheanin (CA Bar No. 214472)
                                                 601 California Street, 14th Floor
                                                 San Francisco, California 94104
                                                 Telephone: (415) 981-4800
                                                 Facsimile: (415) 981-4846

*Interim Co-Lead Counsel for Plaintiffs and the Proposed Class*

GREENBERG TRAURIG, LLP

By   /s/ Frank E. Merideth, Jr.
      FRANK E. MERIDETH, JR.

-and-

GREENBERG TRAURIG, LLP
James I. Serota
Kenneth Lapatine
Stephen L. Saxl
Anastasia A. Angelova
200 Park Avenue
New York, New York 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
serotaj@gtlaw.com
lapatinek@gtlaw.com
saxls@gtlaw.com
angelovaa@gtlaw.com

*Attorneys for Defendants The First American Corporation, First American Title Insurance Company and United General Title Insurance Company*

GLASER, WEIL, FINK, JACOBS & SHAPIRO, LLP
James S. Schreier
Bryan M. Sullivan
10250 CONSTELLATION BOULEVARD
19th Floor
Los Angeles, CA 90067
Telephone: (310) 553-3000
Facsimile: (310) 556-2920
jschreier@glaserweil.com
bsullivan@glaserweil.com

- and-

SIMPSON THACHER & BARTLETT LLP
Barry R. Ostrager
Kevin J. Arquit
Patrick T. Shilling
425 Lexington Avenue
New York, New York 10017-3954
Telephone: (212) 455-2000
Facsimile: (212) 455-2502
bostrager@stblaw.com
karquit@stblaw.com
pshilling@stblaw.com

*Attorneys for Defendants Fidelity National Financial, Inc., Fidelity National Title Insurance Company, Ticor Title Insurance Company, Ticor Title Insurance Company of Florida, Chicago Title Insurance Company, Security Union Title Insurance Company, Commonwealth Land Title Insurance Company, Lawyers Title Insurance Corporation and Transnation Title Insurance Co.*

|   |   |
|---|---|
| 1 | SIDLEY AUSTIN LLP |
| 2 | Samuel R. Miller |
|   | 555 California St. |
| 3 | San Francisco, CA 94104 |
|   | Telephone: (415) 772-7447 |
| 4 | Facsimile: (415) 772-7400 |
|   | srmiller@sidley.com |

                        SIDLEY AUSTIN LLP
                        Samuel R. Miller
                        555 California St.
                        San Francisco, CA 94104
                        Telephone: (415) 772-7447
                        Facsimile: (415) 772-7400
                        srmiller@sidley.com

                                -and-

                        FULBRIGHT & JAWORSKI L.L.P.
                        David M. Foster
                        801 Pennsylvania Avenue, NW
                        Washington, D.C. 20004
                        Telephone: (202) 662-4517
                        Facsimile: (202) 662-4643
                        dfoster@fulbright.com

                                -and-

                        FULBRIGHT & JAWORSKI L.L.P.
                        Mark A. Robertson
                        666 Fifth Avenue
                        New York, New York 10103
                        Telephone:  212-318-3304
                        Facsimile: 212-318-3400
                        mrobertson@fulbright.com

                        *Attorneys for Defendants Stewart Title Guaranty Company and Stewart Title Insurance Company*

6
STIPULATION AND [PROPOSED] ORDER EXTENDING PAGE LIMIT OF PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AND EXTENDING TIME FOR PLAINTIFFS' OPPOSITION AND DEFENDANTS' REPLY -- 08-CV-1341-JSW

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LOCKE LORD BISSELL & LIDDELL LLP
Curtis Stanfield Leavitt
400 Capitol Mall, Suite 1460
Sacramento, California 95814
Telephone: (916)-554-0246
Facsimile: (916) 554-5440
CLeavitt@lockelord.com

-and-

LOCKE LORD BISSELL & LIDDELL LLP
David G. Greene
Kevin J. Walsh
Joseph N. Froehlich
885 Third Avenue, 26th Floor
New York, New York  10022
Telephone: (212) 947-4700
Facsimile: (212) 812-8346
DGreene@lockelord.com
KWalsh@lockelord.com
JFroehlich@lockelord.com

*Of Counsel:*

LOCKE LORD BISSELL & LIDDELL LLP
Michael J. Gaertner
Thomas J. Cunningham
Simon A. Fleischmann
111 South Wacker Drive
Chicago, Illinois 60606-4410
Telephone: (312) 443-0700
Facsimile: (312) 443-0336
mgaertner@lockelord.com

*Attorneys for Defendants Old Republic National Title Insurance Company and Old Republic International Corporation*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DEWEY & LEBOEUF LLP
Margaret A. Keane
One Embarcadero Center, Suite 400
San Francisco, CA 94111
Telephone: (415) 951-1100
Facsimile: (415) 951-1180
mkeane@dl.com

*Attorneys for Defendant National Title Insurance of New York, Inc.*

8
STIPULATION AND [PROPOSED] ORDER EXTENDING PAGE LIMIT OF PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AND EXTENDING TIME FOR PLAINTIFFS' OPPOSITION AND DEFENDANTS' REPLY -- 08-CV-1341-JSW

The Court shall approve the stipulation. However, in order to ensure the Court has adequate time to consider the parties' briefs, the hearing set for October 16, 2009, is HEREBY CONTINUED to Friday, October 30, 2009 at 9:00 a.m.

~~PURSUANT TO STIPULATION, IT IS HEREBY SO ORDERED.~~

DATED: September 17, 2009

_____
The Honorable Jeffrey S. White
UNITED STATES DISTRICT JUDGE