UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re CALIFORNIA TITLE INSURANCE ANTITRUST LITIGATION** | 08-1341<br>No. ~~3:08-cv-04130~~-JSW<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR WITHDRAWAL OF APPEARANCE OF KATHERINE B. BORNSTEIN** |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

AND NOW, this 12th day of November 2009, 2009, upon consideration of Motion for Withdrawal of Appearance of Katherine B. Bornstein, it is hereby ORDERED that Plaintiff's Motion is GRANTED and Katherine B. Bornstein shall be removed as counsel for Plaintiff in the above-captioned matter.

_____
Honorable Jeffrey S. White
United States District Judge

Case No. 3:08-cv-04130-JSW
Motion to Withdraw Appearance