| | |
|---|---|
| 1 | GREENBERG TRAURIG, LLP |
| 2 | FRANK E. MERIDETH, JR. (SBN 46266) |
|   | 2450 COLORADO AVENUE, SUITE 400E |
| 3 | Santa Monica, California 90404 |
|   | Telephone: (310) 586-7700 |
| 4 | Facsimile: (310) 586-7800 |
|   | Email: meridethf@gtlaw.com |
| 5 | *Attorneys for Defendants The First American* |
| 6 | *Corporation, First American Title Insurance* |
|   | *Company and United General Title Insurance* |
| 7 | *Company* |
| 8 | *Additional Counsel Listed on Signature Page* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re CALIFORNIA TITLE INSURANCE ANTITRUST LITIGATION | No. 08-cv-1341-JSW |
|---|---|
| | <u>CLASS ACTION</u> |
| THIS DOCUMENT RELATES TO: | STIPULATION AND [<s>PROPOSED</s>] ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT |
| ALL ACTIONS | |
| | Honorable Jeffrey S. White |

---

STIPULATION AND [<s>PROPOSED</s>] ORDER EXTENDING TIME FOR
DEFENDANTS TO RESPOND TO COMPLAINT -- 08-CV-1341-JSW

WHEREAS, on November 6, 2009, the Court issued an Order on Motions to Dismiss Second Amended Consolidated Class Action Complaint ("Second Amended Complaint"), granting in part and denying in part Defendants' motions to dismiss (the "Order") (Docket No. 144);

WHEREAS, pursuant to Fed. R. Civ. P. 12(a)(4)(A), the remaining Defendants would be required to answer the Second Amended Complaint on or before November 23, 2009;

WHEREAS, the Order provided that "[i]f Plaintiffs choose to file an amended complaint on the terms set forth in this Order, they must do so by no later than November 25, 2009";

WHEREAS, Plaintiffs have not yet determined whether they will file a Third Amended Complaint on or before November 25, 2009;

WHEREAS, Defendants have met and conferred with Plaintiffs and requested a 30-day extension of the time for all Defendants required to answer the Second Amended Complaint (from November 23, 2009 through and including December 23, 2009) to answer it, and requested that if a Third Amended Complaint is filed on or before November 25, 2009, that all Defendants required to respond to it have a total of 45 days (through and including January 11, 2010) to move against, answer or respond to a Third Amended Complaint; and

WHEREAS, Plaintiffs have consented to Defendants' request;

IT IS HEREBY STIPULATED, by and between Plaintiffs and Defendants, through their respective counsel, and subject to Court approval, that the time for all Defendants required to answer the Second Amended Complaint shall be extended for 30 days (from November 23, 2009 through and including December 23, 2009), and that if a Third Amended Complaint is filed on or before November 25, 2009, that all Defendants required to respond to the Third Amended Complaint shall have a total of 45 days (through and including January 11, 2010) to move against, answer or respond to the Third Amended Complaint.

| | |
|---|---|
| 1  Dated: November 17, 2009 | SAVERI & SAVERI, INC. |
| 2 | By  /s/ Cadio Zirpoli |
| 3 | Guido Saveri (CA Bar No. 22349) |
| | R. Alexander Saveri (CA Bar No. 173102) |
| 4 | Cadio R. Zirpoli (CA Bar No. 179108) |
| | 706 Sansome Street |
| 5 | San Francisco, California 94111 |
| | Telephone: (415) 217-6810 |
| 6 | Facsimile: (415) 217-6813 |

```
 7                HAGENS BERMAN SOBOL SHAPIRO LLP
 8            By  /s/ Steve W. Berman
 9                Steve W. Berman (pro hac vice)
                  Thomas E. Loeser (CA Bar No.202724)
10                1301 Fifth Avenue, Suite 2900
                  Seattle, Washington 98101
11                Telephone: (206) 623-7292
12                Facsimile: (206) 623-0594

13                HAGENS BERMAN SOBOL SHAPIRO LLP
                  Reed R. Kathrein (CA Bar No. 139304)
14                Jeff D. Friedman (CA Bar No.173886)
                  715 Hearst Avenue, Suite 202
15                Berkeley, California 94710
                  Telephone: (510) 725-3000
16                Facsimile: (510) 725-3001
17
                  GIRARD GIBBS LLP
18            By  /s/ Elizabeth C. Pritzker
19                Daniel C. Girard (CA Bar No. 114826)
                  Elizabeth C. Pritzker (CA Bar No. 146267)
20                Aaron M. Sheanin (CA Bar No. 214472)
                  601 California Street, 14th Floor
21                San Francisco, California 94104
                  Telephone: (415) 981-4800
22                Facsimile: (415) 981-4846
23
                  Interim Co-Lead Counsel for Plaintiffs
24                 and the Proposed Class
25
26
27
28
```

|    |    |    |
|---|---|---|
| 1  |    | GREENBERG TRAURIG, LLP |
| 2  | By | /s/ Frank E. Merideth, Jr. |
| 3  |    | FRANK E. MERIDETH, JR. |

-and-

GREENBERG TRAURIG, LLP
James I. Serota
Kenneth Lapatine
Stephen L. Saxl
Anastasia A. Angelova
200 Park Avenue
New York, New York 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
serotaj@gtlaw.com
lapatinek@gtlaw.com
saxls@gtlaw.com
angelovaa@gtlaw.com

*Attorneys for Defendants The First American Corporation, First American Title Insurance Company and United General Title Insurance Company*

3

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS
TO RESPOND TO COMPLAINT -- 08-CV-1341-JSW

| | |
|---|---|
| 1 | GLASER, WEIL, FINK, JACOBS & SHAPIRO, LLP |
| 2 | James S. Schreier |
|   | Bryan M. Sullivan |
| 3 | 10250 CONSTELLATION BOULEVARD |
|   | 19th Floor |
| 4 | Los Angeles, CA 90067 |
|   | Telephone: (310) 553-3000 |
| 5 | Facsimile: (310) 556-2920 |
| 6 | jschreier@glaserweil.com |
|   | bsullivan@glaserweil.com |

- and-

SIMPSON THACHER & BARTLETT LLP
Barry R. Ostrager
Kevin J. Arquit
Patrick T. Shilling
425 Lexington Avenue
New York, New York 10017-3954
Telephone: (212) 455-2000
Facsimile: (212) 455-2502
bostrager@stblaw.com
karquit@stblaw.com
pshilling@stblaw.com

*Attorneys for Defendants Fidelity National Financial, Inc., Fidelity National Title Insurance Company, Ticor Title Insurance Company, Ticor Title Insurance Company of Florida, Chicago Title Insurance Company, Security Union Title Insurance Company, Commonwealth Land Title Insurance Company, Lawyers Title Insurance Corporation and Transnation Title Insurance Co.*

|   |   |
|---|---|
| 1 | SIDLEY AUSTIN LLP |
| 2 | Samuel R. Miller |
|   | 555 California St. |
| 3 | San Francisco, CA 94104 |
|   | Telephone: (415) 772-7447 |
| 4 | Facsimile: (415) 772-7400 |
|   | srmiller@sidley.com |
| 5 |   |
| 6 | -and- |
| 7 | FULBRIGHT & JAWORSKI L.L.P. |
|   | David M. Foster |
| 8 | 801 Pennsylvania Avenue, NW |
|   | Washington, D.C. 20004 |
| 9 | Telephone: (202) 662-4517 |
|   | Facsimile: (202) 662-4643 |
| 10 | dfoster@fulbright.com |
| 11 |   |
| 12 | -and- |
| 13 | FULBRIGHT & JAWORSKI L.L.P. |
|   | Mark A. Robertson |
| 14 | 666 Fifth Avenue |
|   | New York, New York 10103 |
| 15 | Telephone: 212-318-3304 |
|   | Facsimile: 212-318-3400 |
| 16 | mrobertson@fulbright.com |
| 17 | *Attorneys for Defendants Stewart Title Guaranty* |
| 18 | *Company and Stewart Title Insurance Company* |

5

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS
TO RESPOND TO COMPLAINT -- 08-CV-1341-JSW

|   |   |
|---|---|
| 1 | LOCKE LORD BISSELL & LIDDELL LLP |
| 2 | Curtis Stanfield Leavitt<br>400 Capitol Mall, Suite 1460 |
| 3 | Sacramento, California 95814<br>Telephone: (916)-554-0246 |
| 4 | Facsimile: (916) 554-5440<br>CLeavitt@lockelord.com |

LOCKE LORD BISSELL & LIDDELL LLP
Curtis Stanfield Leavitt
400 Capitol Mall, Suite 1460
Sacramento, California 95814
Telephone: (916)-554-0246
Facsimile: (916) 554-5440
CLeavitt@lockelord.com

-and-

LOCKE LORD BISSELL & LIDDELL LLP
David G. Greene
Kevin J. Walsh
Joseph N. Froehlich
885 Third Avenue, 26th Floor
New York, New York  10022
Telephone: (212) 947-4700
Facsimile: (212) 812-8346
DGreene@lockelord.com
KWalsh@lockelord.com
JFroehlich@lockelord.com

*Of Counsel:*

LOCKE LORD BISSELL & LIDDELL LLP
Michael J. Gaertner
Thomas J. Cunningham
Simon A. Fleischmann
111 South Wacker Drive
Chicago, Illinois 60606-4410
Telephone: (312) 443-0700
Facsimile: (312) 443-0336
mgaertner@lockelord.com

*Attorneys for Defendants Old Republic National Title Insurance Company and Old Republic International Corporation*

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS
TO RESPOND TO COMPLAINT -- 08-CV-1341-JSW

DEWEY & LEBOEUF LLP
Margaret A. Keane
One Embarcadero Center, Suite 400
San Francisco, CA 94111
Telephone: (415) 951-1100
Facsimile: (415) 951-1180
mkeane@dl.com

*Attorneys for Defendant National Title Insurance of New York, Inc.*

7

STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME FOR DEFENDANTS
TO RESPOND TO COMPLAINT -- 08-CV-1341-JSW

1
2   **PURSUANT TO STIPULATION, IT IS HEREBY SO ORDERED.**
3
4   DATED: November 30 , 2009                 _____
5                                                           The Honorable Jeffrey S. White
                                                           UNITED STATES DISTRICT JUDGE

8

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS
TO RESPOND TO COMPLAINT -- 08-CV-1341-JSW