GREENBERG TRAURIG, LLP
FRANK E. MERIDETH, JR. (SBN 46266)
2450 COLORADO AVENUE, SUITE 400E
Santa Monica, California 90404
Tel: (310) 586-7700 * Fax: (310) 586-7800
Email: meridethf@gtlaw.com

*Attorneys for Defendant First American Title Insurance Company*

*Additional Counsel and Defendants Listed on Signature Page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In RE CALIFORNIA TITLE INSURANCE ANTITRUST LITIGATION | No. 08-cv-1341-JSW |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | CLASS ACTION<br><br>STIPULATION AND [~~PROPOSED~~] ORDER ADJOURNING HEARING DATE<br><br>Honorable Jeffrey S. White |

WHEREAS, on January 6, 2010, Defendants filed a Joint Motion for Certification of Interlocutory Appeal Pursuant to 28 U.S.C. § 1292(b) and For a Stay of Proceedings (the "Motion") [Doc. No. 151];

WHEREAS, Plaintiffs filed their opposition to the Motion on January 29, 2009 [Doc. No. 153], and Defendants filed their reply in further support of the Motion on February 5, 2009 [Doc. No. 155], and the Motion is now fully briefed and the hearing on the Motion is currently scheduled for February 19, 2010 at 9:00 a.m.;

WHEREAS, Kenneth Lapatine, Esq. of Greenberg Traurig, LLP, the attorney planning to take the lead in arguing the Motion on behalf of all Defendants, will be unavailable from February 19 through and including February 26, 2010;

WHEREAS, Defendants have met and conferred with Plaintiffs and requested that the hearing date for the Motion be adjourned from February 19, 2010 to March 5, 2010 or another subsequent date convenient for the Court;

WHEREAS, Plaintiffs have consented to Defendants' request; and

WHEREAS, this is the first request for adjournment of this hearing;

IT IS HEREBY STIPULATED, by and between Plaintiffs and Defendants, through their respective counsel, and subject to Court approval, that the hearing date for the Motion be adjourned from February 19, 2010 to March 5, 2010 or another date convenient for the Court.

Dated: February 8, 2010

SAVERI & SAVERI, INC.

By /s/ Cadio Zirpoli

Guido Saveri (CA Bar No. 22349)
R. Alexander Saveri (CA Bar No. 173102)
Cadio R. Zirpoli (CA Bar No. 179108)
706 Sansome Street
San Francisco, California 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

HAGENS BERMAN SOBOL SHAPIRO LLP

By /s/ Steve W. Berman
Steve W. Berman (*pro hac vice*)
Thomas E. Loeser (CA Bar No.202724)
1918 Eighth Avenue, Suite 3300
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

HAGENS BERMAN SOBOL SHAPIRO LLP
Reed R. Kathrein (CA Bar No. 139304)
Jeff D. Friedman (CA Bar No.173886)
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001

GIRARD GIBBS LLP
By /s/ Elizabeth C. Pritzker
Daniel C. Girard (CA Bar No. 114826)
Elizabeth C. Pritzker (CA Bar No. 146267)
Aaron M. Sheanin (CA Bar No. 214472)
601 California Street, 14th Floor
San Francisco, California 94104
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

*Interim Co-Lead Counsel for Plaintiffs and the Proposed Class*

GREENBERG TRAURIG, LLP

By /s/ Frank E. Merideth, Jr.
FRANK E. MERIDETH, JR.

-and-

GREENBERG TRAURIG, LLP
James I. Serota
Kenneth Lapatine
Stephen L. Saxl
200 Park Avenue
New York, New York 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
serotaj@gtlaw.com
lapatinek@gtlaw.com
saxls@gtlaw.com

*Attorneys for Defendant First American Title Insurance Company*

GLASER, WEIL, FINK, JACOBS & SHAPIRO, LLP
James S. Schreier
Bryan M. Sullivan
10250 CONSTELLATION BOULEVARD
19th Floor
Los Angeles, CA 90067
Telephone: (310) 553-3000
Facsimile: (310) 556-2920
jschreier@glaserweil.com
bsullivan@glaserweil.com

- and-

SIMPSON THACHER & BARTLETT LLP
Barry R. Ostrager
Kevin J. Arquit
Patrick T. Shilling
425 Lexington Avenue
New York, New York 10017-3954
Telephone: (212) 455-2000
Facsimile: (212) 455-2502
bostrager@stblaw.com
karquit@stblaw.com
pshilling@stblaw.com

*Attorneys for Defendants Fidelity National Title Insurance Company, Chicago Title Insurance Company, and Commonwealth Land Title Insurance Company*

LOCKE LORD BISSELL & LIDDELL LLP
Curtis Stanfield Leavitt
400 Capitol Mall, Suite 1460
Sacramento, California 95814
Telephone: (916)-554-0246
Facsimile: (916) 554-5440
CLeavitt@lockelord.com

-and-

LOCKE LORD BISSELL & LIDDELL LLP
David G. Greene
Kevin J. Walsh
Joseph N. Froehlich
885 Third Avenue, 26th Floor
New York, New York 10022
Telephone: (212) 947-4700
Facsimile: (212) 812-8346
DGreene@lockelord.com
KWalsh@lockelord.com
JFroehlich@lockelord.com

*Of Counsel:*

LOCKE LORD BISSELL & LIDDELL LLP
Michael J. Gaertner
Thomas J. Cunningham
Simon A. Fleischmann
111 South Wacker Drive
Chicago, Illinois 60606-4410
Telephone: (312) 443-0700
Facsimile: (312) 443-0336
mgaertner@lockelord.com

*Attorneys for Defendants Old Republic National Title Insurance Company*

The hearing on the motion shall be continued to March 19, 2010 at 9:00 a.m. If the Court finds the matter suitable for disposition without oral argument, it shall notify the parties in advance of the hearin date.

**PURSUANT TO STIPULATION, IT IS HEREBY SO ORDERED.**

DATED: February 9, 2010

The Honorable Jeffrey S. White
UNITED STATES DISTRICT JUDGE