1 | Barry R. Ostrager, State Bar No. 183770
   | bostrager@stblaw.com
2 | SIMPSON THACHER & BARTLETT LLP
   | 1999 Avenue of the Stars, 29th Floor
3 | Los Angeles, California 90067
   | Telephone: (310) 407-7500
4 | Facsimile: (310) 407-7502

5 | Kevin J. Arquit (Pro Hac Vice)
   | karquit@stblaw.com
6 | Patrick T. Shilling (Pro Hac Vice)
   | pshilling@stblaw.com
7 | SIMPSON THACHER & BARTLETT LLP
   | 425 Lexington Avenue
8 | New York, New York 10017
   | Telephone: (212) 455-2000
9 | Facsimile: (212) 455-2002

10 | Eric P. Early, State Bar No. 166275
    | eearly@earlysullivan.com
11 | Bryan M. Sullivan, State Bar No. 209743
    | bsullivan@earlysullivan.com
12 | EARLY SULLIVAN WRIGHT GIZER & MCRAE LLP
    | 6420 Wilshire Boulevard, Suite 880
13 | Los Angeles, California 90048
    | Telephone: (323) 301-4675
14 | Facsimile: (323) 301-4676

15 | Attorneys for Defendants FIDELITY NATIONAL
    | FINANCIAL, INC., FIDELITY NATIONAL TITLE
16 | INSURANCE COMPANY, TICOR TITLE INSURANCE
    | COMPANY, TICOR TITLE INSURANCE COMPANY
17 | OF FLORIDA, CHICAGO TITLE INSURANCE COMPANY,
    | SECURITY UNION TITLE INSURANCE COMPANY,
18 | COMMONWEALTH LAND TITLE INSURANCE COMPANY,
    | and LAWYERS TITLE INSURANCE CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 08-CV-1341-JSW |
| CALIFORNIA TITLE INSURANCE ANTITRUST LITIGATION | **[PROPOSED] ORDER FOR SUBSTITUTION OF COUNSEL** |
| THIS DOCUMENT RELATES TO: | |
| ALL ACTIONS | |
| _____ | |

1
**[PROPOSED] ORDER FOR SUBSTITUTION OF COUNSEL**

IT IS HEREBY ORDERED that, pursuant to the stipulation of the parties and Local Civil Rule 11.5, the law firm of Glaser, Weil, Fink, Jacobs, Howard & Shapiro LLP has withdrawn as counsel for Defendants Fidelity National Financial, Inc., Fidelity National Title Insurance Company, Ticor Title Insurance Company, Ticor Title Insurance Company of Florida, Chicago Title Insurance Company, Security Union Title Insurance Company, Commonwealth Land Title Insurance Company, and Lawyers Title Insurance Corporation ("Defendants") and the law firm of Early Sullivan Wright Gizer & McRae LLP are being substituted as attorneys of record for Defendants in the above captioned proceeding. The law firm of Simpson Thacher & Bartlett LLP remains counsel for Defendants.

_____    ____July 12_____, 2010
The Honorable Jeffrey S. White
United States District Judge

[PROPOSED] ORDER FOR SUBSTITUTION OF COUNSEL