| | |
|---|---|
| 1 | GREENBERG TAURIG, LLP |
| 2 | FRANK E. MERIDETH, JR. (46266) |
| | 2450 Colorado Avenue, Suite 400E |
| 3 | Santa Monica, California 90404 |
| | Telephone: (310) 586-7700 |
| 4 | Facsimile: (310) 586-7800 |
| 5 | Email: meridethf@gtlaw.com |


1  GREENBERG TRAURIG, LLP
2  FRANK E. MERIDETH, JR. (46266)
   2450 Colorado Avenue, Suite 400E
3  Santa Monica, California 90404
   Telephone: (310) 586-7700
4  Facsimile: (310) 586-7800
   Email: meridethf@gtlaw.com
5
6  Attorneys for Defendant FIRST
   AMERICAN TITLE INSURANCE
7  COMPANY
8  *Additional Counsel Listed on Signature Pages*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re CALIFORNIA TITLE INSURANCE ANTITRUST LITIGATION | No. 08-cv-1341-JSW |
| | CLASS ACTION |
| THIS DOCUMENT RELATES TO: | **STIPULATION AND [PROPOSED] ORDER RESETTING CASE MANAGEMENT CONFERENCE DATE** |
| ALL ACTIONS | |
| | Honorable Jeffrey S. White |

    Plaintiffs and Defendants, by and through their respective undersigned counsel, stipulate and agree as follows:

    WHEREAS, by Clerk's Notice dated July 2, 2010, the Court set a Case Management Conference in this matter for September 3, 2010, at 1:30 p.m., in Courtroom 11 before the Honorable Jeffrey S. White (Docket No. 163);

    WHEREAS, the current Case Management Conference date would require some of Defendants' counsel, who reside outside of California, to reschedule or potentially cancel their existing travel plans for the Labor Day holiday weekend, beginning September 3, 2010;

- 1 -

STIPULATION AND [PROPOSED] ORDER RESETTING CASE MANAGEMENT CONFERENCE DATE - 08-CV-1341-JSW

|   |   |
|---|---|
| 1 | WHEREAS, both Plaintiffs and Defendants have met and conferred on Defendants' request that the date for the Case Management Conference be rescheduled from September 3, 2010 to September 10, 2010 or another subsequent date convenient with the Court; |
| 4 | WHEREAS, Plaintiffs do not oppose Defendants' request to reschedule the Case Management Conference for a one week period, subject to Court approval; |
| 6 | WHEREAS, Plaintiffs and Defendants agree to adhere to the Clerk's Notice in all other respects, and will submit a joint Case Management Conference statement on or before August 27, 2010 as required by the Notice; and |
| 9 | WHEREAS, this is the first request for continuance of this Case Management Conference; |
| 10 | IT IS HEREBY STIPULATED, by and between Plaintiffs and Defendants, through their respective undersigned counsel, and subject to Court approval, that the date for the Case Management Conference be rescheduled from September 3, 2010 to September 10, 2010 at 1:30 p.m., or another subsequent date convenient with the Court. |
| 14 | In accordance with General Order 45 of the United States District Court for the Northern District of California, I attest that concurrence in the filing of this document has been obtained from the undersigned counsel. |

DATED: July 12, 2010                                    Respectfully submitted,

By   s/ Daniel C. Girard
   Daniel C. Girard (CA Bar No. 114826)
Elizabeth C. Pritzker (CA Bar No. 146267)
Aaron M. Sheanin (CA Bar No. 214472)
GIRARD GIBBS LLP
601 California Street, 14th Floor
San Francisco, California 94104
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

- 3 -

1
2                                                          By   s/ Steve W. Berman
                                                               Steve W. Berman (*pro hac vice*)
3                                                          Craig R. Spiegel (CA Bar No. 122000)
                                                           HAGENS BERMAN SOBOL SHAPIRO LLP
4                                                          1918 Eighth Avenue, Suite 3300
                                                           Seattle, Washington 98101
5                                                          Telephone: (206) 623-7292
                                                           Facsimile: (206) 623-0594
6
7                                                          Reed R. Kathrein (CA Bar No. 139304)
                                                           Jeff D. Friedman (CA Bar No.173886)
8                                                          HAGENS BERMAN SOBOL SHAPIRO LLP
                                                           715 Hearst Avenue, Suite 202
9                                                          Berkeley, California 94710
                                                           Telephone: (510) 725-3000
10                                                         Facsimile: (510) 725-3001

11
                                                           By   s/ Guido Saveri
12                                                             Guido Saveri (CA Bar No. 22349)
                                                           R. Alexander Saveri (CA Bar No. 173102)
13                                                         Cadio R. Zirpoli (CA Bar No. 179108)
                                                           SAVERI & SAVERI, INC.
14                                                         706 Sansome Street
                                                           San Francisco, California 94111
15                                                         Telephone: (415) 217-6810
                                                           Facsimile: (415) 217-6813
16
17                                                         *Interim Co-Lead Counsel for Plaintiffs and the Proposed Class*
18
19
20
21
22
23
24
25
26
27
28

- 3 -

STIPULATION AND [PROPOSED] ORDER RESETTING CASE MANAGEMENT CONFERENCE DATE - 08-CV-1341-JSW

- 4 -

| | |
|---|---|
| 1 | |
| 2 | By   Frank E. Merideth, Jr.   <br>     Frank E. Merideth, Jr. |
| 3 | GREENBERG TRAURIG, LLP<br>2450 Colorado Avenue, Suite 400E |
| 4 | Santa Monica, CA 90404<br>Telephone: (310) 586-7700 |
| 5 | Facsimile: (310) 586-7800<br>meridethf@gtlaw.com |
| 6 | James I. Serota |
| 7 | Kenneth Lapatine<br>Stephen L. Saxl |
| 8 | GREENBERG TRAURIG, LLP<br>200 Park Avenue |
| 9 | New York, New York 10166<br>Telephone: (212) 801-9200 |
| 10 | Facsimile: (212) 801-6400<br>serotaj@gtlaw.com |
| 11 | lapatinek@gtlaw.com<br>saxls@gtlaw.com |
| 12 | |
| 13 | *Attorneys for Defendant First American Title Insurance Company* |

- 4 -

STIPULATION AND [PROPOSED] ORDER RESETTING CASE MANAGEMENT CONFERENCE DATE - 08-CV-1341-JSW

|     |                                                                 |
| --- | --------------------------------------------------------------- |
| 1   | By   s/ Bryan M. Sullivan                             |
| 2   |    Eric P. Early (CA Bar No. 166275)             |
|     | Bryan M. Sullivan (CA Bar No. 209743)                           |
| 3   | EARLY SULLIVAN WRIGHT GIZER & MCRAE LLP                         |

1  
2  
3  
4  
5  
6  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28  

By   s/ Bryan M. Sullivan
   Eric P. Early (CA Bar No. 166275)
Bryan M. Sullivan (CA Bar No. 209743)
EARLY SULLIVAN WRIGHT GIZER & MCRAE LLP
6420 Wilshire Boulevard, Suite 880
Los Angeles, California 90048
Telephone: (323) 301-4675
Facsimile: (323) 301-4676
eearly@earlysullivan.com
bsullivan@earlysullivan.com

Barry R. Ostrager
Kevin J. Arquit
Patrick T. Shilling
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017-3954
Telephone: (212) 455-2000
Facsimile: (212) 455-2502
bostrager@stblaw.com
karquit@stblaw.com
pshilling@stblaw.com

*Attorneys for Defendants Fidelity National Title Insurance Company, Chicago Title Insurance Company, and Commonwealth Land Title Insurance Company*

Case 3:08-cv-01341-JSW    Document 167    Filed 07/13/10    Page 5 of 7

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

By  s/ Curtis Stanfield Leavitt
   Curtis Stanfield Leavitt
LOCKE LORD BISSELL & LIDDELL LLP
400 Capitol Mall, Suite 1460
Sacramento, CA 95814
Telephone: (916) 554-0246
Facsimile: (916) 554-5440
cleavitt@lockelord.com

David G. Greene
Kevin J. Walsh
LOCKE LORD BISSELL & LIDDELL LLP
885 Third Avenue, 26th Floor
New York , NY 10022
Telephone:  212-947-4700
Facsimile: 212-947-1202
dgreene@lockelord.com
kwalsh@lockelord.com

*Attorneys for Defendant Old Republic National Title Insurance Company*

STIPULATION AND [PROPOSED] ORDER RESETTING CASE MANAGEMENT CONFERENCE DATE - 08-CV-1341-JSW

- 7 -

**PURSUANT TO STIPULATION, IT IS HEREBY SO ORDERED.**

DATED:   July 13, 2010                          _____
                                                                     The Honorable Jeffrey S. White
                                                                     UNITED STATES DISTRICT JUDGE