| | |
|---|---|
| 1 | GREENBERG TAURIG, LLP |
| 2 | EVAN NADEL (213230)<br>153 Townsend Street, 8th Floor |
| 3 | San Francisco, California 94107<br>Telephone: (415) 655-1300 |
| 4 | Facsimile: (415) 707-2010<br>Email:  nadele@gtlaw.com |
| 5 | |

Attorneys for Defendant FIRST AMERICAN TITLE INSURANCE COMPANY

*Additional Counsel Listed on Signature Pages*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re CALIFORNIA TITLE INSURANCE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | No. 08-cv-1341-JSW<br><br><u>CLASS ACTION</u><br><br>**STIPULATION AND [PROPOSED]<br>ORDER SPECIALLY SETTING CONTINUING<br>CASE MANAGEMENT<br>CONFERENCE DATE**<br><br>Honorable Jeffrey S. White |

Plaintiffs and Defendants, by and through their respective undersigned counsel, stipulate and agree as follows:

WHEREAS, by Clerk's Notice dated July 2, 2010, the Court set a Case Management Conference in this matter for September 3, 2010, at 1:30 p.m., in Courtroom 11 before the Honorable Jeffrey S. White (Docket No. 163);

WHEREAS, by stipulation and order dated July 17, 2010, the Case Management Conference date in this matter is presently set for September 10, 2010, at 1:30 p.m. in Courtroom 11 before Judge White (Docket No. 167);

- 1 -

WHEREAS, Defendants subsequently chose Kenneth Lapatine, a shareholder in Greenberg Traurig, LLP, attorneys for the First American Title Insurance defendants, to be lead counsel for all Defendants at the Case Management Conference.

WHEREAS, Mr. Lapatine is an observant member of the Jewish faith.

WHEREAS, the second day of Rosh Hashanah, one of the high holidays for members of the Jewish faith, falls on Friday, September 10, 2010.

WHEREAS, Yom Kippur, one of the high holidays for members of the Jewish faith, begins on Friday, September 17, 2010.

WHEREAS, Plaintiffs and Defendants understand that Judge White's Civil Standing Orders call for Case Management Conferences to be conducted on Fridays.

WHEREAS, to accommodate Mr. Lapatine's religious beliefs, Defendants respectfully request, and Plaintiffs do not oppose, that the date for the Case Management Conference be specially set on September 7 or 8, or another subsequent date convenient with the Court, subject to Court approval;

WHEREAS, the parties agree that should the Court decline to alter the date of the Case Management Conference, that Mr. Lapatine be permitted to attend the September 10, 2010 Case Management Conference telephonically; and,

WHEREAS, Plaintiffs and Defendants agree to adhere to the Clerk's Notice in all other respects, and will submit a joint Case Management Conference statement on or before five court days before the rescheduled Case Management Conference Date; and

IT IS HEREBY STIPULATED, by and between Plaintiffs and Defendants, through their respective undersigned counsel, and subject to Court approval, that the date for the Case Management Conference be rescheduled from September 10, 2010 to September 7 or 8, or another subsequent date convenient with the Court; in the alternative, it is hereby stipulated by and between Plaintiffs and Defendants, through their respective undersigned counsel, and subject to Court approval, that Mr. Lapatine be permitted to telephonically attend the September 10, 2010 Case Management Conference.

In accordance with General Order 45 of the United States District Court for the Northern District of California, I attest that concurrence in the filing of this document has been obtained from the undersigned counsel.

DATED: August 11, 2010

Respectfully submitted,

By __s/ Daniel C. Girard__
   Daniel C. Girard (CA Bar No. 114826)
   Elizabeth C. Pritzker (CA Bar No. 146267)
   Aaron M. Sheanin (CA Bar No. 214472)
   GIRARD GIBBS LLP
   601 California Street, 14th Floor
   San Francisco, California 94104
   Telephone: (415) 981-4800
   Facsimile: (415) 981-4846

it is HEREBY ORDERED that the case management conference is continued to September 24, 2010 at 1:30 p.m. The parties' joint case management conference statement remains due on September 3, 2010.

**PURSUANT TO STIPULATION,** ~~IT IS HEREBY SO ORDERED.~~

DATED: August 11, 2010

_____
The Honorable Jeffrey S. White
UNITED STATES DISTRICT JUDGE

The Court has deleted the signature pages numbered 4-7 to conserve paper and space.