UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

**DATE**: October 1, 2010                    Time in Court: **28 minutes**

**JUDGE: JEFFREY S. WHITE**            **Court Reporter**:   Joan Columbini

**Courtroom Deputy**: Jennifer Ottolini

**CASE NO. C-08-1341  JSW**

**TITLE: In re California Title Insurance Antitrust Litigation**

| **COUNSEL FOR PLAINTIFF:** | **COUNSEL FOR DEFENDANT:** |
|---|---|
| **Elizabeth Pritzker** | **Patrick Shilling** |
| **Aaron Sheanin** | **David Greene** |
| **Lisa Saveri** | **Kenneth Steinthal** |
| **R. Alex Saveri** | **Evan Nadel** |

**PROCEEDINGS:**   Further Case Management Conference

**RESULTS:**   The Court will refer all discovery matters to a randomly assigned Magistrate Judge. An order shall follow.

ADR: The parties shall submit a stipulation / proposed order re: ADR by 10-15-10

The Court accepted the dates listed on page14 line 10 through page 15 line 17 of the parties joint case management statement (document no. 173).

Further Case Management Conference:  9-16-11 at 9:00 a.m. (to be heard immediately following the hearing on the Motion re: class certification.
Joint Supplemental Case Management Statement due:  9-9-11

Hearing on dispositive motions (if any):  8-10-12 at 9:00 a.m.

Pretrial Conference: 10-9-12 at 2:00 p.m.

Bench Trial: 10-29-12 at 8:00 a.m. (15 day estimate)