GIRARD GIBBS LLP
Daniel C. Girard (114826)
Elizabeth Pritzker (146267)
Aaron Sheanin (214472)
601 California Street, 14th Floor
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
Email: dcg@girardgibbs.com,
Email: ecp@girardgibbs.com
Email: ams@girardgibbs.com

Co-Lead Counsel for PLAINTIFFS and
THE CLASS

GREENBERG TRAURIG, LLP
Evan Nadel (213230)
153 Townsend Street, 8th Floor
San Francisco, California 94107
Telephone: (415) 655-1300
Facsimile: (415) 707-2010
Email: nadele@gtlaw.com

Attorneys for Defendant FIRST
AMERICAN TITLE INSURANCE
COMPANY

*Additional Counsel Listed on Signature Pages*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re CALIFORNIA TITLE INSURANCE ANTITRUST LITIGATION | No. 08-cv-1341-JSW |
| | CLASS ACTION |
| THIS DOCUMENT RELATES TO: | STIPULATION AND [PROPOSED] ORDER REVISING CASE MANAGEMENT SCHEDULE |
| ALL ACTIONS | |
| | Honorable Jeffrey S. White |

Pursuant to the parties' Joint Motion for Administrative relief,

Plaintiffs Lynn Bartron, Lisa Blackwell, Ruben Romero and Sarah Yahn, Lisa Gentilcore, Susan Doolittle, Mark Moynahan, Emilse Magana, and Louis and Silvia Martinez (collectively "Plaintiffs") and defendants First American Title Insurance Company, Old Republic National Title Insurance Company, Fidelity National Title Insurance Company, Chicago Title Insurance Company and Commonwealth Land Title Insurance Company (collectively "Defendants"), by their attorneys, hereby stipulate as follows:

WHEREAS on September 3, 2010, the parties submitted a Joint Case Management Conference Statement setting forth a proposed case management schedule for pretrial and trial proceedings;

WHEREAS in proposing the negotiated schedule, the parties anticipated that discovery would operate on a single track and not be phased between class certification and the merits, and that their disputes would be resolved and substantial discovery would take place well in advance of class certification briefing;

WHEREAS the Court's Order Scheduling Trial and Pretrial Matters entered on October 12, 2010 ("Scheduling Order" (Dkt. No. 180)) adopted most of the dates proposed by the parties;

WHEREAS the parties have engaged in substantial meet-and-confer discussions and litigated a motion to compel and a motion for a protective order with regard to Plaintiffs' initial set of discovery;

WHEREAS Magistrate Judge Chen granted Plaintiffs' motion to compel in substantial part and denied it in part, granted Defendants' motion for protective order in part and denied it in substantial part, directed the parties to continue their meet-and-confer discussions, ordered the phasing of discovery with Phase I focusing on issues of causation and class certification and Phase II focusing on full merits issues, and set February 11, 2011 as the deadline for Defendants to complete their production in response to Plaintiffs' initial set of discovery;

WHEREAS Defendants recognize that, although they have produced documents to Plaintiffs and have been working in good faith to collect, review and produce additional responsive documents as expeditiously as possible, they are unable to meet the February 11, 2011 deadline for producing Phase I documents pursuant to Judge Chen's order, due to, among other things, technological limitations in extracting responsive documents and ESI (including from active systems which slows the extraction process), the recent agreements of the parties and Judge Chen's orders concerning the scope of

production (which covers five years, 2003-2008), and the volume of information to be collected, reviewed, and produced;

WHEREAS although Defendants will continue to make rolling productions of documents and ESI on a regular basis, they will not be able to complete their productions until March 15, 2011, approximately five weeks before Plaintiffs' motion for class certification is due on April 22, 2011;

WHEREAS the parties recognize that such delay would prejudice Plaintiffs' ability to review and analyze the materials, serve follow-up discovery requests (if needed), take follow-on Phase I focused depositions, prepare expert reports and expert testimony, as needed, and prepare Plaintiffs' motion for class certification;

WHEREAS under the current Scheduling Order, fact discovery for Phase II (merits issues) is scheduled for completion approximately two months after the hearing on Plaintiffs' motion for class certification;

WHEREAS if the parties had anticipated that discovery would be phased, they would have proposed additional time for Phase II discovery after the class certification hearing;

WHEREAS under these circumstances, the parties believe they are likely to be prejudiced by the current schedule including the upcoming class certification deadlines and fact discovery cut-off, and submit that very good cause exists to request a modest extension;

WHERAS the parties believe the proposed schedule outlined below will result in a more orderly and efficient litigation of the case, while only modestly changing the currently scheduled dates; and

WHEREAS this is the first request by the parties to modify the Scheduling Order;

THEREFORE, the parties hereby stipulate, subject to the Court's approval, that the Scheduling Order be modified as follows:

| Event | Current Date | Proposed Date |
|---|---|---|
| Defendants to complete rolling production of documents and ESI in response to Plaintiffs' initial set of discovery requests | February 11, 2011 | March 15, 2011 |
| Last day for moving party to file and serve a motion for or to deny class | April 22, 2011 | June 10, 2011 |

| Event | Current Date | Proposed Date |
|---|---|---|
| certification. To the extent any moving party intends to rely upon class certification-related expert reports, the report of such expert(s) shall be included with that party's moving papers. | | |
| Deposition(s) of moving party(ies) class certification-related witness(es) | June 3, 2011 | July 22, 2011 |
| Last day to file opposition papers to motion(s) for or to deny class certification, along with supporting evidence, including identification of class certification-related expert and expert reports. | June 24, 2011 | August 12, 2011 |
| Deposition(s) of expert witness(es) of party(ies) filing opposition to motion(s) for or to deny class certification. | August 5, 2011 | September 23, 2011 |
| Last day to file reply papers, if any, in support of motion(s) for or to deny class certification. | August 26, 2011 | October 14, 2011 |
| Hearing on motion(s) for or to deny class certification. | September 16, 2011 | November 4, 2011 |
| Fact Discovery Cut-Off | December 20, 2011 | April 3, 2012 |
| Plaintiffs' merits expert report(s) and disclosures due pursuant to Rule 26(a)(2) | January 27, 2012 | May 11, 2012 |
| Defendants' merits expert report(s) and disclosures due pursuant to Rule 26(a)(2) | March 9, 2012 | June 22, 2012 |
| Expert Discovery Cut-Off | April 13, 2012 | July 27, 2012 |
| Last day to file dispositive motions | May 25, 2012 | September 7, 2012 |
| Last day to file oppositions to dispositive motions | June 29, 2012 | October 12, 2012 |
| Last day to file reply(ies) in support of | July 20, 2012 | November 2, 2012 |

| Event | Current Date | Proposed Date |
|---|---|---|
| dispositive motions | | |
| Hearing on dispositive motions | August 10, 2012 | November 30, 2012 |
| Pretrial conference | October 8, 2012 | January 28, 2013 |
| Trial | October 29, 2012 | February 19, 2013 |

DATED: February 1, 2011                    Respectfully submitted,


By   /s/ *Aaron M. Sheanin*

Daniel C. Girard (CA Bar No. 114826)
Elizabeth C. Pritzker (CA Bar No. 146267)
Aaron M. Sheanin (CA Bar No. 214472)
GIRARD GIBBS LLP
601 California Street, 14th Floor
San Francisco, California 94104
Telephone: (415) 981-4800
Facsimile: (415) 981-4846


By   /s/ *Steve W. Berman*

Steve W. Berman (*pro hac vice*)
Craig R. Spiegel (CA Bar No. 122000)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Reed R. Kathrein (CA Bar No. 139304)
Jeff D. Friedman (CA Bar No.173886)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001

By   /s/ *Guido Saveri*

Guido Saveri (CA Bar No. 22349)

| | |
|---|---|
| 1 | R. Alexander Saveri (CA Bar No. 173102) |
| 2 | Lisa Saveri (CA Bar No. 112043) |
|   | Cadio R. Zirpoli (CA Bar No. 179108) |
| 3 | SAVERI & SAVERI, INC. |
|   | 706 Sansome Street |
| 4 | San Francisco, California 94111 |
|   | Telephone: (415) 217-6810 |
| 5 | Facsimile: (415) 217-6813 |

*Interim Co-Lead Counsel for Plaintiffs and the Proposed Class*

By  /s/ *Evan S. Nadel*

Kenneth L. Steinthal (CA Bar No. 268655)
Evan S. Nadel (CA Bar No. 213230)
**GREENBERG TAURIG, LLP**
153 Townsend Street,, 8th Floor
San Francisco, California 94107
Telephone: (415) 655-1300
Facsimile: (415) 707-2010
nadele@gtlaw.com

James I. Serota
**GREENBERG TAURIG, LLP**
200 Park Avenue
New York, New York 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
serotaj@gtlaw.com
lapatinek@gtlaw.com
saxls@gtlaw.com

*Attorneys for Defendant First American Title Insurance Company*

By  /s/ *Bryan M. Sullivan*

Bryan M. Sullivan
**EARLY SULLIVAN WRIGHT GIZER & MCRAE LLP**
Eric P. Early (CA Bar No. 166275)
Bryan M. Sullivan (CA Bar No. 209743)
6420 Wilshire Boulevard, Suite 880
Los Angeles, California 90048
Telephone: (323) 301-4675

5

STIPULATION AND [PROPOSED] ORDER REVISING CASE MANAGEMENT SCHEDULE
CASE NO. 08-CV-1341-JSW

```
 1                                         Facsimile: (323) 301-4676
                                            eearly@earlysullivan.com
 2                                          bsullivan@earlysullivan.com

 3
                                            Barry R. Ostrager
 4                                          Kevin J. Arquit
                                            Patrick T. Shilling
 5                                          SIMPSON THACHER & BARTLETT LLP
                                            425 Lexington Avenue
 6                                          New York, NY 10017-3954
                                            Telephone:  (212) 455-2000
 7                                          Facsimile: (212) 455-2502
                                            bostrager@stblaw.com
 8                                          karquit@stblaw.com
                                            pshilling@stblaw.com
 9
10
                                            Attorneys for Defendants Fidelity National Title
11                                          Insurance Company, Chicago Title Insurance
                                            Company, and Commonwealth Land Title
12                                          Insurance Company

13
                                            By   /s/ Curtis Stanfield Leavitt
14                                              Curtis Stanfield Leavitt
15                                          LOCKE LORD BISSELL & LIDDELL LLP
                                            400 Capitol Mall, Suite 1460
16                                          Sacramento, CA 95814
                                            Telephone: (916) 554-0246
17                                          Facsimile: (916) 554-5440
                                            cleavitt@lockelord.com
18
19                                          David G. Greene
                                            Kevin J. Walsh
20                                          LOCKE LORD BISSELL & LIDDELL LLP
                                            3 World Financial Center
21                                          New York , NY 10281-2101
                                            Telephone:  212-415-8600
22                                          Facsimile: 212-303-2754
                                            dgreene@lockelord.com
23                                          kwalsh@lockelord.com
24
25
                                            Attorneys for Defendant Old Republic National
26                                          Title Insurance Company

27
28
```

STIPULATION AND [PROPOSED] ORDER REVISING CASE MANAGEMENT SCHEDULE
CASE NO. 08-CV-1341-JSW

In accordance with General Order 45 of the United States District Court for the Northern District of California, I attest that concurrence in the filing of this document has been obtained from the undersigned counsel.

By /s/ Aaron M. Sheanin

Daniel C. Girard (CA Bar No. 114826)
Elizabeth C. Pritzker (CA Bar No. 146267)
Aaron M. Sheanin (CA Bar No. 214472)
GIRARD GIBBS LLP
601 California Street, 14th Floor
San Francisco, California 94104
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

**[PROPOSED] ORDER**

For very good cause ~~show~~ shown, the Court adopts the case management schedule identified in the stipulation above. It is so **ORDERED**.

It is FURTHER ORDERED that the parties should, in the future, submit either a stipulation and proposed order **or** a Joint Administrative Motion and proposed order. If the Court finds that a request to modify deadlines it has imposed is not supported by good cause, it will deny the request whether it be by stipulation or by motion.

**February 3, 2011**

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

8

STIPULATION AND [PROPOSED] ORDER REVISING CASE MANAGEMENT SCHEDULE
CASE NO. 08-CV-1341-JSW

**CERTIFICATE OF SERVICE**

I, Aaron M. Sheanin, hereby certify that on February 1, 2011, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of California, using the electronic case files system of the court. The electronic case files system sent a "Notice of Electronic Filing" to all counsel of record.

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California on February 1, 2011.

By  /s/ Aaron M. Sheanin