IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CALIFORNIA TITLE INSURANCE ANTITRUST LITIGATION | No. 08-01341 JSW |
| THIS DOCUMENT RELATES TO ALL ACTIONS | **ORDER SETTING BRIEFING SCHEDULE ON MOTION TO COMPEL ARBITRATION** |

On May 18, 2011, Defendants filed a motion to compel arbitration, which is noticed for hearing on July 1, 2011. It is HEREBY ORDERED that Plaintiffs' opposition briefs shall be due on June 3, 2011, and Defendants' reply brief shall be due on June 10, 2011. If the Court finds the matter suitable for disposition without oral argument, it shall notify the parties in advance of the hearing date. If the parties wish to modify this briefing schedule, the parties shall submit a stipulation or administrative motion to the Court demonstrating good cause for any such modification.

**IT IS SO ORDERED.**

Dated: May 19, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE