GIRARD GIBBS LLP
Daniel C. Girard (114826)
Elizabeth Pritzker (146267)
601 California Street, 14th Floor
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
Email: dcg@girardgibbs.com
Email: ecp@girardgibbs.com

Co-Lead Counsel for PLAINTIFFS and
THE CLASS

SIMPSON THATCHER & BARTLETT LLP
Barry R. Ostrager (Pro Hac Vice)
Kevin J. Arquit (Pro Hac Vice)
Patrick T. Shilling (Pro Hac Vice)
425 Lexington Avenue
New York, NY 10017-3954
Email: bostrager@stblaw.com
Email: karquit@stblaw.com
Email: pshilling@stblaw.com

Attorneys for Defendants FIDELITY NATIONAL
TITLE INSURANCE COMPANY, CHICAGO TITLE
INSURANCE COMPANY and COMMONWEALTH LAND
TITLE INSURANCE COMPANY

*Additional Counsel Listed on Signature Pages*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re CALIFORNIA TITLE INSURANCE ANTITRUST LITIGATION | No. 08-cv-1341-JSW<br><br>CLASS ACTION |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | STIPULATION AND [PROPOSED] ORDER MODIFYING CLASS CERTIFICATION SCHEDULE **AS MODIFIED HEREIN**<br>Honorable Jeffrey S. White |

Plaintiffs Lynn Bartron, Lisa Blackwell, Ruben Romero and Sarah Yahn, Lisa Gentilcore, Susan Doolittle, Mark Moynahan, Emilse Magana, and Louis and Silvia Martinez (collectively "Plaintiffs") and defendants First American Title Insurance Company, Old Republic National Title Insurance Company, Fidelity National Title Insurance Company, Chicago Title Insurance Company and Commonwealth Land Title Insurance Company (collectively "Defendants"), by their attorneys, hereby stipulate[1] as follows:

WHEREAS, Plaintiffs wish to seek the Court's permission to modify the briefing, expert discovery and hearing schedule (Dkt. No. 214) associated with Plaintiffs' Motion for Class Certification ("Motion for Class Certification"), for a two-week period, for good cause on the grounds that: (i) Plaintiffs and their expert desire an additional, brief period of time to review and analyze a substantial number of documents and ESI relevant to class certification issues that were only recently produced by a third party bankruptcy trustee; and (ii) Co-Lead Class Counsel has a personal scheduling conflict which was not known to counsel at the time of the Court's prior class certification scheduling order; and

WHEREAS, the parties have met and conferred on the proposed modifications and agree that the requested modified schedule set forth in this stipulation would, if approved by the Court, result in a more orderly and efficient litigation of the case, while only modestly changing the currently-scheduled dates on Plaintiffs' Motion for Class Certification; and

WHEREAS, the requested modified briefing and hearing schedules will, if approved by the Court, not effect a change in the pre-trial schedule, other than as requested herein, or the previously-scheduled trial date; and

WHEREAS, the proposed modifications, if approved by the Court, will have the effect of moving only one previously-scheduled Court date, the hearing date on the Motion for Class Certification, from November 4, 2011 to November 18, 2011;

---

[1] The parties submit this stipulation and proposed order in accordance with the Court's directive that requests to modify scheduling deadlines be submitted either by way of "a stipulation and proposed order **or** a Joint Administrative Motion and proposed order." (Dkt. No. 214 at 8, as modified by the Court) (bold text in original).

1

STIPULATION AND [PROPOSED] ORDER MODIFYING CLASS CERTIFICATION SCHEDULE
CASE NO. 08-CV-1341-JSW

1   THEREFORE, the parties hereby stipulate, subject to the Court's approval, that the briefing,
2  expert discovery and hearing schedule on Plaintiffs' Motion for Class Certification be modified as
3  follows:

| Event | Current Date | Proposed Date |
|---|---|---|
| Last day for moving party to file and serve a motion for or to deny class certification. | June 10, 2011 | June 24, 2011 |
| Deposition(s) of moving party(ies) class certification-related witness(es) | July 22, 2011 | August 5, 2011 |
| Last day to file opposition papers to motion(s) for or to deny class certification, along with supporting evidence, including identification of class certification-related expert and expert reports. | August 12, 2011 | August 31, 2011 |
| Deposition(s) of expert witness(es) of party(ies) filing opposition to motion(s) for or to deny class certification. | September 23, 2011 | October 12, 2011 |
| Last day to file reply papers, if any, in support of motion(s) for or to deny class certification. | October 14, 2011 | November 2, 2011 |
| **Court hearing on motion(s) for or to deny class certification.** | **November 4, 2011** | **November 18, 2011** |

DATED:  June 6, 2011                              Respectfully submitted,


                                                  By   /s/ *Elizabeth C. Pritzker*

                                                  Daniel C. Girard (CA Bar No. 114826)
                                                  Elizabeth C. Pritzker (CA Bar No. 146267)
                                                  GIRARD GIBBS LLP
                                                  601 California Street, 14th Floor
                                                  San Francisco, California 94104
                                                  Telephone: (415) 981-4800
                                                  Facsimile: (415) 981-4846

2
STIPULATION AND [PROPOSED] ORDER MODIFYING CLASS CERTIFICATION SCHEDULE
CASE NO. 08-CV-1341-JSW

By   /s/ *Craig R. Spiegel*

Steve W. Berman (*pro hac vice*)
Craig R. Spiegel (CA Bar No. 122000)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Reed R. Kathrein (CA Bar No. 139304)
Jeff D. Friedman (CA Bar No.173886)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001

By   /s/*Lisa Saveri*

Guido Saveri (CA Bar No. 22349)
R. Alexander Saveri (CA Bar No. 173102)
Lisa Saveri (CA Bar No. 112043)
Cadio R. Zirpoli (CA Bar No. 179108)
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, California 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

*Interim Co-Lead Counsel for Plaintiffs and the Proposed Class*

By   /s/ *Evan S. Nadel*

Kenneth L. Steinthal (CA Bar No. 268655)
Evan S. Nadel (CA Bar No. 213230)
**GREENBERG TRAURIG, LLP**
153 Townsend Street,, 8th Floor
San Francisco, California 94107
Telephone: (415) 655-1300
Facsimile: (415) 707-2010
nadele@gtlaw.com

---

3
STIPULATION AND [PROPOSED] ORDER MODIFYING CLASS CERTIFICATION SCHEDULE
CASE NO. 08-CV-1341-JSW

| | |
|---|---|
| 1 | James I. Serota |
| 2 | **GREENBERG TAURIG, LLP** |
|   | 200 Park Avenue |
| 3 | New York, New York 10166 |
|   | Telephone: (212) 801-9200 |
| 4 | Facsimile: (212) 801-6400 |
| 5 | serotaj@gtlaw.com |
|   | lapatinek@gtlaw.com |
| 6 | saxls@gtlaw.com |

*Attorneys for Defendant First American Title Insurance Company*

By   /s/ *Barry R. Ostrager*

Barry R. Ostrager (CA Bar No. 183770)
Kevin J. Arquit
Patrick T. Shilling
**SIMPSON THACHER & BARTLETT LLP**
425 Lexington Avenue
New York, NY 10017-3954
Telephone: (212) 455-2000
Facsimile: (212) 455-2502
bostrager@stblaw.com
karquit@stblaw.com
pshilling@stblaw.com

Bryan M. Sullivan
**EARLY SULLIVAN WRIGHT GIZER & MCRAE LLP**
Eric P. Early (CA Bar No. 166275)
Bryan M. Sullivan (CA Bar No. 209743)
6420 Wilshire Boulevard, Suite 880
Los Angeles, California 90048
Telephone: (323) 301-4675
Facsimile: (323) 301-4676
eearly@earlysullivan.com
bsullivan@earlysullivan.com

*Attorneys for Defendants Fidelity National Title Insurance Company, Chicago Title Insurance Company, and Commonwealth Land Title Insurance Company*

4
STIPULATION AND [PROPOSED] ORDER MODIFYING CLASS CERTIFICATION SCHEDULE
CASE NO. 08-CV-1341-JSW

| | |
|---|---|
| 1 | By   /s/ Curtis Stanfield Leavitt |
| 2 | Curtis Stanfield Leavitt<br>**LOCKE LORD BISSELL & LIDDELL LLP** |
| 3 | 400 Capitol Mall, Suite 1460<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-0246<br>Facsimile: (916) 554-5440 |
| 5 | cleavitt@lockelord.com |

David G. Greene
Kevin J. Walsh
**LOCKE LORD BISSELL & LIDDELL LLP**
3 World Financial Center
New York, NY 10281-2101
Telephone: 212-415-8600
Facsimile: 212-303-2754
dgreene@lockelord.com
kwalsh@lockelord.com

*Attorneys for Defendant Old Republic National Title Insurance Company*

---

5

STIPULATION AND [PROPOSED] ORDER MODIFYING CLASS CERTIFICATION SCHEDULE
CASE NO. 08-CV-1341-JSW

In accordance with General Order 45 of the United States District Court for the Northern District of California, I attest that concurrence in the filing of this document has been obtained from the undersigned counsel.

By  /s/ *Elizabeth C. Pritzker*

Daniel C. Girard (CA Bar No. 114826)
Elizabeth C. Pritzker (CA Bar No. 146267)
GIRARD GIBBS LLP
601 California Street, 14th Floor
San Francisco, California 94104
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | ~~For good cause show, the Court adopts the modified briefing, class certification-related expert~~ |
| 3 | ~~discovery and hearing deadlines described in the stipulation above. It is so~~ **ORDERED**. |

The Court GRANTS the parties request to modify the briefing schedule, but the Court is unavailable on the requested hearing date. Accordingly, the hearing shall be held on December 9, 2011. The Court also notes that if Defendants intend to move to deny class certification, rather than simply oppose Plaintiffs' motion, the parties are ORDERED to file cross-motions in a four brief format, *i.e.* Plaintiffs to file opening brief, Defendants to file opposition and cross-motion to deny, Plaintiffs to file reply and opposition, and Defendants to file reply. The parties shall meet and confer on this issue sufficiently and shall submit a revised stipulation on the briefing schedule if necessary.

June 7, 2011

*Jeffrey S. White*
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

7

STIPULATION AND [PROPOSED] ORDER MODIFYING CLASS CERTIFICATION SCHEDULE
CASE NO. 08-CV-1341-JSW