IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CALIFORNIA TITLE INSURANCE ANTITRUST LITIGATION | No. 08-01341 JSW |
| THIS DOCUMENT RELATES TO ALL ACTIONS | **ORDER VACATING HEARING** |
| _____ / | |

    Pursuant to Civil Local Rule 7-1(b), the Court finds that the motion to enforce the order compelling arbitration, which has been noticed for hearing on Friday, August 31, 2012 at 9:00 a.m., is appropriate for decision without oral argument. Accordingly, the hearing date is hereby VACATED. The motion will be taken under submission and decided on the papers.

**IT IS SO ORDERED.**

Dated: August 29, 2012

                                                     JEFFREY S. WHITE
                                                   UNITED STATES DISTRICT JUDGE